**Eric J. Brickenstein**, OSB No. 142852
Email: eric@northcurrentlegal.com
**Mark J. Kimbrell**, OSB No. 143607
Email: mark@northcurrentlegal.com
**NORTH CURRENT LEGAL LLC**
1050 SW 6th Avenue, Suite 1414
Portland, Oregon 97204
Phone: (503) 489-9020

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
(Eugene Division)

| | |
|---|---|
| **NEWPORT FISHERMEN'S WIVES, INC.,** an Oregon nonprofit corporation and **LINCOLN COUNTY,** a political subdivision of the State of Oregon,<br><br>Plaintiffs,<br>v.<br><br>**UNITED STATES COAST GUARD**, an agency of the United States Department of Homeland Security, and **KRISTI NOEM** in her official capacity as Secretary of the Department of Homeland Security<br><br>Defendant. | Case No.<br><br><br>**DECLARATION OF TAUNETTE DIXON IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Taunette Dixon, being sworn, say:

1.  I am over 18 years of age and competent to make this declaration. I have personal knowledge of the facts stated in this declaration.

**Page 1 – DECLARATION OF TAUNETTE DIXON IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

2. I reside at Toledo, Oregon, I am a commercial fishing vessel owner and a member of plaintiff Newport Fishermen's Wives, Inc., ("NFW"), where I serve on the Board of Directors.

3. I was born in Newport, Oregon and come from a four-generation fishing family. I have been engaged in commercial fishing for my whole life and I own the F/V Tauny Ann out of Newport, Oregon. I believe that it is my responsibility to do my utmost to protect and advocate for the safety of my vessel's crew and for the other men and women of our community who fish off the coast of Newport.

4. I am very familiar with the U.S. Coast Guard helicopter operations based in Newport, Oregon. In my opinion, the presence of a rescue helicopter in Oregon is absolutely vital to the safety of my vessel and crew.

5. Oregon coastal waters are approximately 50-54°F year-round. Based on my experience, these cold-water temperatures create life-threatening conditions requiring immediate rescue response in the case of a mayday event or person overboard. My experience with the critical importance of rescue helicopter capabilities is very personal. My father was rescued by a Coast Guard rescue helicopter in Alaska in the 1980's. Even in a life raft and a survival suit he ended up with pneumonia. I will never forget that time we waited to hear from the Coast Guard; they saved his life.

6. The removal of Newport's rescue helicopter and related operations has harmed and will continue to harm me in several ways. I own a commercial fishing vessel that will be crossing the Yaquina Bay bar soon to drop Dungeness crab pots on our fishing grounds. If the

**Page 2 – DECLARATION OF TAUNETTE DIXON IN
SUPPORT OF PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER**

helicopter is not immediately returned, my vessel and crew will be forced to take this dangerous trip without the safety net of a rescue helicopter in the close vicinity necessary to deploy and respond in time to maximize their chance of survival if they are thrown into the water.

7. I not only have a family member on our boat, but we also have a close bond with all our crew, and it is my responsibility to keep our crew safe.

8. I also have the difficult job of contacting the families in the first few hours or day after a tragedy at sea through my role in NFW. It is heart wrenching to speak with these families, many of whom I already know, who are still in shock and in unimaginable grief. NFW helps these families financially because this so commonly happens at the beginning of our Dungeness crab season, which is both our most lucrative and dangerous season of the year. My colleagues at NFW and I also help with counselling, funeral services, and whatever other assistance is needed to support the families of lost fishermen during the most difficult times in their lives.

9. During crab season, which typically runs from December through March, sea conditions are at their most dangerous. I have spent many hours at the viewpoint of the entrance of our jetties, watching my family, my boat or a boat in our fleet cross the bar to make sure they make it across safely.

10. The Newport area serves many vessels and people who depend on immediate helicopter rescue capability, including commercial fishermen, recreational boaters, charter operations and tourists. The rescue helicopter also spends a great deal of time rescuing people stranded on rocks and cliffs in the area, as well as surfers and loggers. It is not just

commercial fishermen who rely deeply on the air rescue capabilities at Newport Air Base for their safety.

11. I understand that the rescue helicopter and related infrastructure have been or are being removed from Newport Air Base, and that the facility has effectively been closed. To my knowledge, no public meetings were held in the Newport area regarding the recent changes to helicopter operations and the apparent closure of Newport Air Base. I received no notice or opportunity to comment on these abrupt and dramatic changes to the situation that has been in place since the 1980's.

12. I was involved in the efforts during 2014 and 2015 to maintain Newport helicopter operations, including a lawsuit that was filed by NFW and local jurisdictions against the Coast Guard in this Court. It was and is my understanding that we were given assurances that Newport Air Base would not be closed without the government's compliance with strict rules requiring determinations, public comment, notice to Congress, and an 18-month review period.

13. I feel deeply that the Coast Guards actions are a grave violation of public trust that is endangering the lives of my family, friends, and community.

14.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

DATED this ___21____ day of November, 2025.

_____

**Page 4 – DECLARATION OF TAUNETTE DIXON IN
SUPPORT OF PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER**

_Taunette Dixon_

Taunette Dixon

Page 5 – DECLARATION OF TAUNETTE DIXON IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER