UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NEWPORT FISHERMEN'S WIVES, INC.; and LINCOLN COUNTY,<br><br>                               *Plaintiffs*,<br>v.<br><br>UNITED STATES COAST GUARD, an agency of the United States Department of Homeland Security; and KRISTI NOEM in her official capacity as the Secretary of Homeland Security,<br><br>                               *Defendants.* | Case No. **6:25-CV-02165-AA**<br><br>AFFIDAVIT OF MAILING |

STATE OF OREGON      ) ss.
County of Multnomah )

    I, Mitch Wirth, being first duly sworn, depose and say that I am employed by Nationwide Process Service, Inc. On November 24, 2025, I mailed an exact and complete copy of the *Summons in a Civil Action; Complaint; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; U.S. District Court – Oregon Civil Case Management Time Schedules; Case Management Order; Civil Cover Sheet; Plaintiffs' Motion for Temporary Restraining Order; Declaration of Taunette Dixon; Declaration of Leann Cyr, Ph.D; Declaration of Gary Ripka; Declaration of Walter Chuck;* and *Declaration of Rebecca Bostwick-Terry,* by **Certified Mail**, postage pre-paid to the Attorney General of the United States in connction with service upon Kristi Noem, in her official capacity as the Secretary of Homeland Security.

    The envelope reflected receipt #9589 0710 5270 3213 9847 13 and was addressed as follows:

        **ATTORNEY GENERAL OF THE UNITED STATES**
        **U.S. DEPARTMENT OF JUSTICE**
        **950 PENNSYLVANIA AVENUE, NW**
        **WASHINGTON, D.C. 20530-0001**

    The postmarked Certified Mail Receipt reflecting article #9589 0710 5270 3213 9847 13 is attached hereto and incorporated herein as Exhibit "A."

    I declare under the penalty of perjury that the above statements are true and correct.

                                                                               Mitch Wirth

SUBSCRIBED AND SWORN TO BEFORE ME this 24th day November 2025, by Mitch Wirth.

                                                                    Notary Public for Oregon

OFFICIAL STAMP
**Aaron Jonathan Crowe**
NOTARY PUBLIC - OREGON
COMMISSION NO. 1059133
MY COMMISSION EXPIRES May 15, 2029

NATIONWIDE PROCESS SERVICE, INC.
315 W Mill Plain Blvd, Suite 206
Vancouver, WA 98660
(503) 241-0636



Exhibit – "A"