UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NEWPORT FISHERMEN'S WIVES, INC.; and
LINCOLN COUNTY,

*Plaintiffs,*

v.

UNITED STATES COAST GUARD, an agency of
the United States Department of Homeland Security;
and KRISTI NOEM in her official capacity as the
Secretary of Homeland Security,

*Defendants.*

Case No. **6:25-CV-02165-AA**

AFFIDAVIT OF SERVICE

STATE OF OREGON

County of Multnomah

} ss.

    I, Mitch Wirth, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true and exact copy of:

**Summons in a Civil Action;  Complaint; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; U.S. District Court – Oregon Civil Case Management Time Schedules; Case Management Order; Civil Cover Sheet; Plaintiffs' Motion for Temporary Restraining Order; Declaration of Taunette Dixon; Declaration of Leann Cyr, Ph.D; Declaration of Gary Ripka; Declaration of Walter Chuck; and Declaration of Rebecca Bostwick- Terry**

UNITED STATES and Its Agencies or Officers - Pursuant to FRCP 4(i):

Upon **UNITED STATES COAST GUARD,** an agency of the United States Departement of Homeland Security, by delivering such true copy, at 1000 SW 3rd Ave., Ste. 600, Portland, OR 97204, to Sarah Hengel, who is a clerical employee designated by the United States Attorney for the District of Oregon to receive such documents on behalf of the United States Atttorney for the District of Oregon on November 24, 2025 at 12:35 p.m.

    I declare under the penalty of perjury that the above statements are true and correct.

_____

Mitch Wirth

SUBSCRIBED AND SWORN TO BEFORE ME this 24th day November 2025, by Mitch Wirth.

_____

Notary Public for Oregon


OFFICIAL STAMP
**Aaron Jonathan Crowe**
NOTARY PUBLIC - OREGON
COMMISSION NO. 1059133
MY COMMISSION EXPIRES May 15, 2029

NATIONWIDE PROCESS SERVICE, INC.
315 W Mill Plain Blvd, Suite 206
Vancouver, WA 98660
(503) 241-0636