**Keith Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Lydia Anderson-Dana,** OSB No. 166167
Email: landersondana@stollberne.com
**Elizabeth B. Kinsman**, OSB No. 172956
Email: ekinsman@stollberne.com
**Anuj Shah,** OSB No. 243717
Email: ashah@stollberne.com
**Chloe Jasper**, OSB No. 253957
Email: cjasper@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

Attorneys for *Amicus Curiae* City of Newport

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NEWPORT FISHERMEN'S WIVES, INC., an Oregon nonprofit corporation, and LINCOLN COUNTY, a political subdivision of the State of Oregon,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES COAST GUARD, an agency of the United States Department of Homeland Security, and KRISTI NOEM in her official capacity as the Secretary of Homeland Security,<br><br>Defendants. | Case No. 6:25-cv-02165-AA<br><br>**DECLARATION OF ROB MURPHY IN SUPPORT OF BRIEF OF *AMICUS CURIAE* CITY OF NEWPORT**<br><br>Consolidated with:<br>*State of Oregon v. Noem, et al.,*<br>No. 6:25-cv-02172-AA |

PAGE 1 - **DECLARATION OF ROB MURPHY**

I, Rob Murphy, declare under penalty of perjury as follows:

1. I am the Fire Chief of the Newport Fire Department (the "Department") in Newport, Oregon. I make this declaration based on personal knowledge.

2. I have been with the Department for 22 years. I have served as the Department's Fire Chief for 11 years. The Department serves the area within and outside of city limits, including in the rural fire protection district. In total, the Department covers 24 square miles and 16 miles of coastline.

3. The United State Coast Guard's rescue helicopter in Newport has served a critical role for safety in the Newport area since 1987. It has been the only rescue helicopter in our area. Newport does not have its own rescue helicopter.

4. In my experience, the standard response time for the Coast Guard's rescue helicopter when it is stationed in Newport is approximately 10 minutes. It has been the only rescue helicopter stationed on Oregon's Central Coast region, allowing expeditious search-and-rescue and recovery. There is no other first responder in the area with a rescue helicopter, let alone one that can offer this same response time. In my experience, the helicopter's response time increases to up to 85 minutes when it is stationed in North Bend.

5. The rescue helicopter's absence from Newport and its relocation to North Bend dramatically increases response times, which can put lives at risk. The Coast Guard's rescue helicopter has served a vital safety role for rescues in the ocean, on cliffsides, and in the hills for loggers.

6. When an emergency call comes in from the coastline, my Department and the Coast Guard respond. We have routinely trained with the Coast Guard and work as a team. We may also coordinate with motor lifeboat crews in Yaquina Bay.

**PAGE 2 - DECLARATION OF ROB MURPHY**

7. The Department is not equipped to go into ocean beyond waist deep. We do not have jet skis, rescue boats, or other equipment or vehicles with high-sea capabilities.

8. In addition to attempting rescues from the ocean, members of the Department serve on the Lincoln County Technical Rescue team, our local cliffside search and rescue team. They regularly train and engage in rescue missions with the Coast Guard's rescue helicopter.

9. The rescue helicopter serves a vital role for people (typically surfers or hikers) who become trapped in or along the coastal line due to rising tides or unexpected changes in wave heights and weather patterns.

10. The same is true for loggers. A large amount of logging happens immediately east of Newport's coastline. Logging is an inherently dangerous occupation. For serious injuries at a logging site, we will often call on the Coast Guard for assistance because they are the only local responder with lift capabilities. If the Coast Guard's helicopter is unavailable, we have to send our request to the National Guard in Salem, which has a response time of up to two hours.

11. The safety risks to the firefighters in my Department greatly increase without the rescue helicopter's availability.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 25th day of November, 2025.

By: _____
Rob Murphy

PAGE 3 - DECLARATION OF ROB MURPHY