**Keith Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Lydia Anderson-Dana,** OSB No. 166167
Email: landersondana@stollberne.com
**Elizabeth B. Kinsman**, OSB No. 172956
Email: ekinsman@stollberne.com
**Anuj Shah,** OSB No. 243717
Email: ashah@stollberne.com
**Chloe Jasper**, OSB No. 253957
Email: cjasper@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

Attorneys for City of Newport

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NEWPORT FISHERMEN'S WIVES, INC., an Oregon nonprofit corporation, and LINCOLN COUNTY, a political subdivision of the State of Oregon,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES COAST GUARD, an agency of the United States Department of Homeland Security, and KRISTI NOEM in her official capacity as the Secretary of Homeland Security,<br><br>Defendants. | Case No. 6:25-cv-02165-AA<br><br>**CERTIFICATE OF SERVICE**<br><br>Consolidated with:<br>*State of Oregon v. Noem, et al.,*<br>No. 6:25-cv-02172-AA |

PAGE 1 - **CERTIFICATE OF SERVICE**

I am an attorney with the firm Stoll Stoll Berne Lokting & Shlachter P.C., who is seeking leave to appear as counsel of record for *Amicus Curiae* City of Newport in the above-captioned action. I am over the age of 18 and not a party to the subject cause.

On the date below, I have caused to be served a copy of City of Newport's Motion for Leave to File *Amicus Curiae* Brief (Dkt. 29), *Amicus Curiae* Brief (Dkt. 30), Declaration of Jan Kaplan (Dkt. 31), and Declaration of Rob Murphy (Dkt. 32) on the following parties at the below addresses by Certified United States Mail:

| | |
|---|---|
| United States Department of Homeland Security<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528 | Kristi Noem<br>U.S. Department of Homeland Security<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528<br><br>*In her official capacity as Secretary of Homeland Security* |
| United States Coast Guard<br>2703 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528 | Admiral Kevin Lunday<br>2703 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528<br><br>*In his official capacity as Acting Commandant of the U.S. Coast Guard* |

DATED this 26th day of November, 2025.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: *s/ Elizabeth B. Kinsman*
  **Keith Ketterling**, OSB No. 913368
  **Lydia Anderson-Dana**, OSB No. 166167
  **Elizabeth B. Kinsman**, OSB No. 172956
  **Anuj Shah**, OSB No. 243717
  **Chloe Jasper**, OSB No. 253957
  209 SW Oak Street, Suite 500
  Portland, OR 97204
  Telephone: (503) 227-1600
  Facsimile: (503) 227-6840
  Email:  kketterling@stollberne.com
       landersondana@stollberne.com
       ekinsman@stollberne.com
       ashah@stollberne.com
       cjasper@stollberne.com

PAGE 2 – **CERTIFICATE OF SERVICE**

-and-

**Tiffany Johnson**, OSB No. 151190
City Attorney Office
169 SW Coast Hwy
Newport, OR 97365
Telephone: 541-574-0607
Email: t.johnson@newportoregon.gov

*Attorneys for City of Newport*

PAGE 3 – **CERTIFICATE OF SERVICE**