SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**SUSANNE LUSE, OSB # 142489**
Assistant United States Attorney
Susanne.Luse@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2936
Telephone:	(503) 727-1000
Facsimile:	(503) 727-1117
	Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NEWPORT FISHERMEN'S WIVES; LINCOLN COUNTY, | Case No. 6:25-cv-02165-AA (Lead)<br>Case No. 6:25-cv-02172-AA (Trailing) |
| Plaintiffs, | |
| v. | DECLARATION OF CAPTAIN KENT R. REINHOLD IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| UNITED STATES COAST GUARD; KRISTI NOEM, | |
| Defendants. | |

I, Kent R. Reinhold, Captain, United States Coast Guard make the following Declaration in lieu of an affidavit as permitted by 28 USC Section 1746. I understand that this Declaration may be filed in this action with the United States District Court for the District of Oregon and is the legal equivalent of a statement made under oath.

1. I am over 18 years of age and competent to make this declaration. I have personal knowledge of the facts stated in this declaration.

2. I am a Captain in the United States Coast Guard presently assigned to the Coast Guard Pacific Area Command. I have served in the Coast Guard for over 22 years. I currently serve as the Division Chief, Planning & Strategy Division, Coast Guard Pacific Area. I have accrued nearly 3,000 hours as an aircraft commander, instructor pilot, and flight examiner in the MH-65 Dolphin helicopter. I earned my naval aviator wings in 2003, and my operational assignments include Sector San Juan, Puerto Rico; Coast Guard Air Station Miami, Florida; and Coast Guard Air Station Atlantic City, New Jersey, where I regularly deployed to Washington, D.C. conducting air intercepts of violators inside the critical National Capital Region airspace. I also served as the Operations Officer and Chief Pilot of Helicopter Interdiction Tactical Squadron (HITRON) Jacksonville, where I oversaw all flight operations for the nation's premiere airborne use-of-force and counter-drug aviation unit responsible for over $2 billion in annual maritime interdictions.

3. The United States Coast Guard has eleven statutory missions divided into six non-Homeland Security missions and five homeland security missions. 6 U.S.C. §

468. The non-Homeland Security missions are marine safety, search and rescue, aids to navigation, living marine resources (fisheries enforcement), marine environmental protection, and ice breaking operations. The Homeland Security missions are ports, waterways, & coastal security, drug interdiction, migrant interdiction, defense readiness, and other law enforcement. Although plaintiffs' complaint focuses on the Coast Guard's search and rescue mission, Coast Guard helicopters are multi-mission platforms that support almost all these missions.

4. The Coast Guard's Air Facility ("AIRFAC") in Newport, Oregon was established in 1987 as a forward operating location for a single Coast Guard helicopter to operate primarily in Search and Rescue ("SAR") efforts near the Oregon coastline.

5. AIRFAC Newport lies between the far larger Air Stations in Astoria and North Bend. Each Air Station houses multiple helicopters along with dozens of support personnel. To be precise, AIRFAC Newport is 95 nautical miles to the south of Air Station ("AIRSTA") Astoria, and 70 miles to the north of AIRSTA North Bend.

6. AIRFAC Newport is a forward operating location of AIRSTA North Bend, and AIRFAC Newport houses no permanently assigned helicopter and no permanently assigned air crew. Since 2018, as stated in Exhibit 2, one aviation rated petty officer's permanent assigned duty is at AIRFAC Newport and that petty officer has the job title of "Station Keeper." The Station Keeper maintains the fuel farm at AIRFAC Newport and assists the aircrew when a

helicopter is at AIRFAC Newport.

7. When AIRFAC Newport is in use, the Coast Guard flies a MH-65 helicopter from AIRSTA North Bend to AIRFAC Newport. The helicopter has a crew of four: a pilot, copilot, flight mechanic, and rescue swimmer. Once at AIRFAC Newport, the MH-65 crew remains at a readiness status for their entire time there.

8. There are different levels of readiness status. If a helicopter and crew are at B-0 status, the crew is on standby to launch within thirty minutes of notification of a distress situation. If the helicopter and the crew are at B-1 status, the crew is on standby to launch within one hour of notification of a distress situation. An aircrew can only remain at a B-0 status for 24 hours. This limitation is to ensure the aircrew can safely operate the helicopter. A B-1 status can be maintained safely by a single crew for multiple days in a row.

9. When AIRFAC Newport is maintained with a B-0 readiness status, at the conclusion of each 24-hour period, the MH-65 departs from AIRFAC Newport to return to AIRSTA North Bend and another helicopter and crew from AIRSTA North Bend arrives to take their place. When AIRFAC Newport is maintained at a B-1 readiness status, the crew remains at AIRFAC Newport for multiple days in a row. Typically, the crew arrives on a Friday and remains until Tuesday. On Tuesday, the MH-65 and crew departs from AIRFAC Newport and returns to AIRSTA North Bend and another helicopter and crew from AIRSTA North Bend arrives to take their place.

10. Each Coast Guard helicopter is allocated 645 hours per year for flight operations. If helicopters are shuttled daily between AIRSTA North Bend and AIRFAC Newport, the transit alone consumes a majority of one helicopter's annual flight-hours even before any missions are flown. This is significant because the Coast Guard does not currently have sufficient MH-65 helicopters to meet its mission requirements across the Pacific Area of operations. For example, AIRSTA San Francisco has deployed an MH-65 helicopter to AIRSTA San Diego to meet mission demands there for most of this year which left AIRSTA San Francisco short one MH-65 helicopter. By November 2025, two of the four MH-65s stationed at AIRSTA San Francisco could no longer fly due to parts shortages. AIRSTA North Bend was tasked with providing a replacement MH-65 to AIRSTA San Diego with the deployment expected to last from 18 November 2025 through mid-December, depending on repairs to the AIRSTA San Francisco helicopters. As a result, AIRSTA San Francisco was able to keep two operational MH-65Es in the San Francisco area.

11. Having two operational helicopters allowed AIRSTA San Francisco to complete 10 Pilot or Crew Upgrade events and launch on one SAR case where the helicopter searched until they found the missing person in the water. AIRSTA San Francisco still has two MH-65Es in a non-operational status. To comply with the temporary restraining order in this case, the AIRSTA North Bend MH-65 has returned to North Bend from San Diego. During its brief deployment to AIRSTA San Diego, the AIRSTA North Bend

helicopter participated in several missions including an overflight of the fire aboard the container ship One Henry Hudson in the Port of Los Angeles. The Coast Guard-led Unified Command responding to this fire which burned for several days and presented a significant hazard to the port. Because AIRSTA San Francisco cannot deploy one of its two operational helicopters to San Diego, AIRSTA San Diego remains short one helicopter. In addition to the shortage of MH-65s, the Coast Guard is currently short two MH-60 helicopters across the West Coast.

12. Since the establishment of AIRFAC Newport in 1987, numerous improvements have been made to the national and regional SAR system. For instance, AIRSTA North Bend initially served as the base of operations for H-52 helicopters, which had a response speed of approximately 90 knots and limited line of sight communications. Now AIRSTA North Bend serves as the base for modern MH-65 helicopters, which have a response speed in excess of 120 knots and advanced communications that are compatible with all Federal, state, and local public safety agencies.

13. Similarly, the original H-3 helicopters at AIRSTA Astoria have been replaced with H-60 helicopters. The H-3 had a response speed of 120 knots and limited communications capabilities, whereas the H-60 has a response speed of 140 knots and advanced communications that are compatible with all Federal, state, and local public safety agencies.

14. In addition, the speed of Coast Guard surface vessels which also conduct

SAR operations have nearly doubled since the establishment of AIRFAC Newport, and these modern vessels possess navigation and communications suites vastly superior to their predecessors. Over 90% of SAR cases off the Oregon coast are within 10 miles of shore and accordingly in range of local Coast Guard SAR surface vessels.

15. Further, the Coast Guard's advanced command, control and direction-finding communications system, known as Rescue 21, reached Initial Operating Capability in 2005 and now covers the Atlantic, Pacific, and Gulf Coasts. Rescue 21 serves to more accurately identify the location of callers in distress via towers that generate lines of bearing to the source of VHF radio transmissions; technology that significantly reduces search time in SAR operations.

16. Significant advancements have also been made to vessel radio communications. For example, Digital Selective Calling ("DSC") radios now allow mariners to send a digital call directly to another DSC-equipped vessel or shore station. In conjunction with Rescue 21, DSC radios can be used in an emergency to send vessel identification and location information to rescue facilities at the push of a button.

17. Finally, 406 MHz Emergency Position Indicating Radio Beacons ("EPIRB") can be used by private vessels to activate automatically when entering the water, or can be manually activated in an emergency situation. Since 1998, boaters have been able to use EPIRBs with integrated GPS receivers, which

send location and identifying information upon activation immediately to authorities through geostationary and polar orbiting satellites. Most commercial fishing vessels are required by Coast Guard regulations to carry an EPIRB. 46 C.F.R. § 25.26-5.

18. The Coast Guard has maintained a SAR response standard of two hours since the mid-1970s, which includes 30 minutes of preparation time and a 90 minute transit time to arrive on-scene. This standard has been periodically reexamined in studies by the Coast Guard and has been affirmed as an appropriate balance between the Coast Guard's commitment to aid those in peril on the sea and the organization's responsibility to fiscal stewardship.

19. The Coast Guard adheres to this two-hour standard wherever possible, with the understanding that mariners are responsible for equipping themselves for the location and climate in which they operate. In addition, using a single SAR response standard provides a uniform starting point for allocating scarce Coast Guard assets, as balanced against known risks.

20. This standard is based on general survival expectations but also recognizes that there are numerous factors that may affect the survival time of a person in the water. These factors include water temperature, ocean conditions, air temperature and surface winds. Accordingly, one cannot state with certainty the amount of time mariners can survive following a sinking off the Oregon coast, or anywhere else.

21. The complaint in this case references the capsizing of the F/V LASSEIGNE

20 miles off Siletz Bay, Oregon, with the loss of lives of the three crew members aboard as an impetus for the creation of AIRFAC Newport. Although a Coast Guard helicopter was on scene within an hour, none of the crew was alive likely because the vessel had only one immersion suit (which was not used) and no life raft. www.amsea.org/preparing-for-a-hazardous-job. Because of this and other fatal commercial fishing vessel incidents, Congress provided the Coast Guard with the authority to create regulations to protect commercial fisherman. *See* 46 C.F.R. Part 28. A commercial fishing vessel like the F/V LASSEIGNE operating today off the Oregon coast must carry an immersion suit for each person aboard and an inflatable liferaft. This equipment significantly increases survival time if a commercial fishing vessel capsizes.

22. With all of these improvements to the search and rescue system, by 2012, the Coast Guard determined that the SAR coverage of the MH-65 helicopter at AIRFAC Newport was redundant to the coverage provided by AIRSTA Astoria and AIRSTA North Bend in meeting the nationwide two-hour SAR response standard. Given its limited assets, the Coast Guard began exploring the possibility of closing AIRFAC Newport in Fiscal Year 2014, along with AIRFAC Charleston, South Carolina, which also provided redundant SAR coverage.

23. The Coast Guard's budgetary request was approved on January 17, 2014, when the Fiscal Year 2014 Consolidated Appropriations Act (HR 3547) was

signed into law. The Explanatory Statement clarified that the Coast Guard budget "allows for the closure" of AIRFACs Newport and Charleston.

24. Before AIRFAC Newport was closed, plaintiffs in this case filed a lawsuit seeking an injunction to prevent the closure of the air facility. *Newport Fishermen's Wives, et al. v. United States Coast Guard*, 14-cv-01890 (D. Or. 2014). That lawsuit was ultimately dismissed as moot after Congress passed the Howard Coble Coast Guard and Maritime Transportation Act of 2014 (Public Law 113–281; 128 Stat. 3022). This law contained a provision prohibiting the Coast Guard from closing any air facility that was in operation on 30 November 2014. This law has been amended and renumbered several times with the current statute found at 14 U.S.C. § 912. This statute includes a provision which authorizes the Secretary to modify "the operational posture of units or reallocate resources as necessary to ensure the safety of the maritime public nationwide." 14 U.S.C. § 912(b). The Coast Guard has consistently exercised this authority with respect to operations at AIRFAC Newport.

25. In 2014 when the earlier lawsuit was filed, AIRSTA North Bend flew an MH-65 helicopter to AIRFAC Newport daily in order to maintain a B-0 readiness status year round. As stated previously, shuttling helicopters back and forth every day consumed the majority of a full year's worth of flight hours for one helicopter. This also reduced the opportunities for conducting maintenance because all maintenance is done at AIRSTA North Bend and two of the station's five helicopters were shuttling back and forth every day

with another in a B-0 readiness status at North Bend. On 21 August 2019, as detailed in Exhibit 1, in order to improve maintenance and operational readiness, AIRSTA North Bend requested and received permission to switch the readiness status of the AIRFAC Newport from B-0 to B-1, meaning the helicopter and aircrew would spend more than a 24-hour period in Newport before rotating. This cut the number of flight hours spent on transit flights in half.

26. AIRFAC Newport operated at a B-1 readiness status every day until 24 April 2021. From that day until 09 September 2021, AIRFAC Newport operated on weekends due to Echo transition and fleet sustainment issues, as stated in Exhibit 3. The following year, AIRFAC Newport operated on the weekends only from 01 June through 02 October 2022, because of insufficient qualified air crew also detailed in Exhibit 3.

27. Summers are a difficult time of year for fully manning all types of Coast Guard units, and particularly so for air stations. Coast Guard service members typically serve tours of duty in a particular job for periods of two to four years and then are transferred to a new job. Each summer, about one-third of all Coast Guard military members transfer to a new job. In addition to finding new housing, perhaps schools for children and a job for a spouse, members often must spend time training and qualifying for their new job. For a brand new aviator who has just completed flight school, this process can take a full year. Even an experienced aircraft commander needs to

qualify at a new air station including conducting area familiarization flights so the first time the pilot flies to an area is not under the stress of conducting a rescue at night with driving rain and high winds. Enlisted personnel serving as rescue swimmers and flight mechanics also must undergo new training and qualifications at each duty station. The process of conducting that training and qualifying new personnel is easier when all personnel are at North Bend rather than always having an aircrew in Newport.

28. For 2023 and 2024, AIRSTA North Bend requested and received permission to increase the operational readiness posture at AIRFAC Newport to weekends and holidays from May through September as per Exhibits 4 and 5. The remainder of the year AIRFAC Newport was operational every day with occasional exceptions because of weather issues, maintenance or repair of helicopters, crew availability, or deployments. For example, in the summer of 2023, AIRSTA North Bend was required to deploy a helicopter aboard Coast Guard Cutter ALERT for a living marine fisheries patrol. Coast Guard cutters do not have permanently assigned helicopters so when one is needed, a helicopter is deployed from an air station, reducing that air station's available helicopters and personnel.

29. AIRFAC Newport began 2025 in a B-1 readiness status. AIRSTA North Bend was authorized to modify operations at AIRFAC Newport from 05 May 2025 through 30 September 2025, because of a lack of qualified aircraft commanders and limitations in other qualified aircrew and mission capable helicopters as stated

in Exhibit 6. As described in the previous paragraph, training and qualification of aviation personnel are more effectively accomplished when all aviation personnel are co-located at North Bend. During this period, AIRSTA North Bend did not forward deploy a helicopter in B-1 readiness status at AIRFAC Newport. However, AIRSTA North Bend helicopters did continue to use AIRFAC Newport. Helicopter crews would use AIRFAC Newport weekly to train with the crews at Coast Guard Stations Yaquina Bay and Depoe Bay, and helicopter crews in a non-readiness status would remain overnight at AIRFAC Newport as available to increase mission execution efficiencies and training opportunities.

30. By maintaining all helicopters and assigned personnel at AIRSTA North Bend, the air station was able to maintain its B-0 readiness status at the air station while enabling the air station to focus on preserving future readiness through training and development. That effort was successful in reducing staffing issues by the fall, but the deployment of a helicopter and personnel to fill a shortage at AIRSTA San Diego prevented AIRSTA North Bend from resuming a B-1 readiness status at AIRFAC Newport. That deployment was scheduled to end by mid-December 2025, in time for the opening of Dungeness crab season as detailed in Exhibit 7.

31. The Coast Guard currently is rotating helicopters and air crews through AIRFAC Newport to maintain a B-1 status. The Coast Guard intends to maintain that status through spring 2026 as it has since 2021. As it has for the past five years, AIRSTA North Bend will assess its readiness posture for

the summer 2026 transfer season and may request permission to consolidate its resources at Air Station North Bend in order to optimize operational readiness through the summer months and across the entire year by focusing on training and development of new personnel.

32. Of the five helicopters permanently assigned to AIRSTA North Bend, three are currently non-operational due to significant maintenance issues and the need for tail rotor parts that are not available. Therefore, of the two remaining operational helicopters available to AIRSTA North Bend, one is located at AIRSTA North Bend and in accordance with the Court's Order, one is located at AIRFAC Newport. This readiness posture with only one ready aircraft at AIRSTA North Bend severely limits training capacity and opportunities.

33. Managing availability of finite assets and resources to support the SAR mission is a complex matter necessitating that operational commanders have the most amount of discretion to shift assets, especially on short notice, to ensure the safety of mariners and the ability of the Coast Guard to respond to a local or national emergency, whether that be a terrorist attack, natural disaster, or a mariner in distress.

///

///

///

///

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 5th day of December 2025 in Alameda, California.

_____
CAPT KENT R. REINHOLD, USCG