U.S. Department of Homeland Security
United States Coast Guard

Commander
United States Coast Guard
Coast Guard Thirteenth District

916 Second Ave.
Seattle, WA 98174
Phone: (206) 220-7256

3710
21 Aug 19

# MEMORANDUM



| | |
|---|---|
| From: B. D. Berg, CAPT<br>CGD THIRTEEN (dr) | Reply to B. D. Berg, CAPT<br>Attn of: 206-220-7256 |

To: CG SECTOR NORTH BEND

Subj: APPROVAL FOR AIRFAC NEWPORT ALTERNATE STAFFING MODEL

Ref: (a) CG Air Operations Manual, COMDTINST M3710.1 (series)
(b) Coast Guard Authorization Act of 2015 14 USC §676a(c) (pg 121)
(c) Newport Staffing: Background, Options, and Risk Request White Paper

1. **Issue.** Air Facility (AIRFAC) Newport is staffed using the traditional 24-hour duty cycle employed in Coast Guard Aviation. The duty relief is conducted at 1230 daily and involves an aircraft swap between AIRFAC and Sector North Bend (SNB) with the goal to provide a nearly continuous B-0 coverage at the two facilities. However, daily evolutions to ferry aircraft between facilities devotes considerable resources in terms of time on the aircraft and decreased availability for performing maintenance, as nearly all scheduled maintenance must be performed at Sector North Bend's aircraft hangar. Further, parts obsolescence and the overall aging MH-65 has increased program maintenance and casualty response at a time when this air station continues to exceed Search and Rescue (SAR) requirements while supporting aircraft deployments.

2. **Background.** Sector North Bend evaluated several courses of action to improve maintenance availability and determined transitioning to a 48-hour aircrew duty cycle during the standard work week provided the best balance to improve maintenance and overall readiness. This model is forecasted to improve maintenance and aircrew and mechanic availability and continuity while reducing resources expended to support the two daily aircraft movements. The model also stipulates decreasing the readiness posture from B-0 to B-1 to avoid placing crews in the highest alert status for 48 continuous hours, allowing for breaks for physical fitness activity and brief departures for food in Newport. Per references (a) and (b), flight crewmembers shall not be assigned alert duty for more than 24 consecutive hours and there is no requirement to maintain a continuous 24-hour duty cycle at AIRFAC Newport.

3. **Action.** Thirteenth District authorizes Sector North Bend's alternative staffing model. Beginning 01 September 2019, CG Sector North Bend is delegated the authority to transition AIRFAC Newport, OR from a B-0 to B-1 readiness posture. Instead of daily crew reliefs, crews will stand three, 48-hour watches from Sunday afternoon through Saturday morning. A 24-hour B-1 readiness posture will continue Saturday until Sunday until the schedule resets. This is a six-month pilot program and not a permanent change.

4. **Reporting.** Upon the completion of a six-month pilot program you will submit a written program analysis to D13(dr) that will be used to measure effectiveness. At a minimum, the following information shall be tracked:

   a. B-1 SAR launches, specifically number of SAR cases/launches;

    b. Time from initial notification to wheels-up;

    c. Maintenance cancelations;

    d. AIRFAC Newport aircraft NMCS and NMCM;

    e. Track and record any unforeseen circumstances, impacts to training, duty schedule and aircraft availability.

5. I commend Sector North Bend for successfully engaging state and local representatives, including the Lincoln County Commissioner and the Fisherman Wives Association on this proposed change. If at any time the alternative staffing model prevents a timely launch, or is found to be detrimental to what the CG, local community, and public expects, you shall take appropriate action to revert to the previous 24-hour B-0 requirement.

#

Copy: CG PACAREA (PAC37-AF)
       COMDT (CG-711)