

U.S. Department of
Homeland Security

United States
Coast Guard

Commander
United States Coast Guard
Sector North Bend

2000 Connecticut Avenue
North Bend, OR 97459
Phone: (541) 756-9220
Fax: (541) 756-9203

3710

MAY 0 4 2020

# MEMORANDUM

From: O. M. Saboe, CAPT
CG SECTOR North Bend

Reply to Attn of: AOPS
(541) 756-9213

To: CGD THIRTEEN (dr)

Subj: AIRFAC NEWPORT ALTERNATIVE STAFFING TRIAL RESULTS

Ref: (a) Coast Guard Air Operations Manual, COMDTINST M3710.1 (series)
(b) CGD THIRTEEN (dr) memo 3710 of 21 Aug 19
(c) Newport Staffing: Background, Options, and Risks Request White Paper
(d) Coast Guard Authorization Act of 2015 14 USC §676a(c) (pg 121)
(e) Seattle Search and Rescue Plan, CGD13INST M16130.1 (series)
(f) Sector North Bend Organization Manual, SECTORNBENDINST M5000.1(series)
(g) Sector North Bend Concept of Operations for Alternate Staffing of Air Facility Newport, SECTORNBENDINST M3710.1 (series)

1. **Background.** In accordance with refs (a), (b), (c), and (d), Sector North Bend altered its readiness posture in a trial manner at Air Facility (AIRFAC) Newport from a traditional 24-hour duty cycle to one where three 48-hour watches and one 24-hour watch compose a seven day duty period. The extended duty limits of ref (a) allowed for a B-1 response instead of a traditional B-0 response. The experiment has proven successful to date, with a great deal of measurable and intangible benefits to the unit.

2. **Operational Outcomes.**

   a. The SAR workload for AIRFAC Newport was approximately the same during the period from September 2019 through February 2020 as the year prior. There was no meaningful change in the time it took to launch an aircraft with the relaxed duty posture. This was not due to crews feeling pressure to operate in a "pseudo B-0", but is instead reflective of the AOR's optempo and the good judgement of aircrews managing their duty periods and time away from the facility.

|  | Total AIRFAC Newport SAR Caseload Sep 18 – Feb 19 | Total AIRFAC Newport SAR Caseload Sep 19 – Feb 20 |
|---|---|---|
| **Number of In Flight Diverts** | 4 | 10 |
| **Number of Launches** | 14 | 9 |
| **Total SAR Caseload** | 18 | 19 |
| **Average Launch Time, excludes intentional delays** | 26 minutes | 22 minutes |

b. Considered as a whole, the total number of flight hours was comparable over the two periods (1360 hours vs. 1331.7 hours). As expected, without a daily transfer to Newport, flight hours shifted to North Bend from Newport. Additionally, fewer flight hours were logged for SAR Support, while more were logged for LMR and Training.





c. The total amount of UMRR for Sector North Bend and AIRFAC Newport significantly increased when compared with the same period last year. This was unrelated to the new duty scheduling, but instead driven by maintenance demands following airframe tri-swaps with the Aviation Logistics Center and Air Station Houston. It is notable that the total flight hours were comparable for the two periods in spite of aircraft maintenance challenges.



3. **Maintenance Outcomes.**

 a. AIRFAC Newport crews cancelled or aborted for maintenance related reasons 30 times while operating as a B1. In the same period, the unit as a whole cancelled or aborted 429 events for all reasons and 157 times for aircraft or maintenance issues.

 b. Not Mission Capable (NMC) statistics are not recorded as hours and are not specifically assigned to an air facility. By cross-referencing the Asset Status Summaries with UMRR, the unit was able to estimate how often this occurred at Newport. This is an admittedly imperfect approximation, but it does support the idea that the unit accrued the vast majority of its NMC time at home station. Aircraft positioned in Newport remained in an up status for 98.94% of the trial period.

|  | 2019/Sep | 2019/Oct | 2019/Nov | 2019/Dec | 2020/Jan | 2020/Feb |
|---|---|---|---|---|---|---|
| Total North Bend NMCM | 32.70% | 27.50% | 34.50% | 22.60% | 15.10% | 16.20% |
| Total North Bend NMCS | 6.90% | 0.00% | 7.10% | 30.40% | 27.40% | 18.80% |
| Total North Bend NMC (percentage) | 39.60% | 27.50% | 41.60% | 53.00% | 42.50% | 35.00% |
| Total North Bend NMC (hours) | 285.1 | 204.6 | 299.5 | 394.3 | 316.2 | 243.6 |
| Newport NMC (percentage) | 4.00% | 0.31% | 0.78% | 0.07% | 0.20% | 1.02% |
| Newport NMC (hours) | 28.8 | 2.3 | 5.6 | 0.5 | 1.5 | 7.1 |

    c. Aviation Engineering found that the prolonged duty periods had little impact on aircraft maintenance planning. Additionally, the department had previously assigned a permanent party AMT1, in 2018, to AIRFAC Newport to assist with aircraft and facilities maintenance. This has proven critical in being able to provide timely Quality Assurance duties and has been instrumental in reducing the need to drive maintainers to and from the site when aircraft break.

4. **Successes.**

    a. Scheduling:

        (1) In developing the duty standards for this revised posture, pilots and crews assigned to AIRFAC Newport were allowed and encouraged to adjust their flight schedule to best meet their crew's training needs, operational missions, and the weather. On Fridays, when two duty crews would be available in North Bend, crews were permitted up to four hours of flight time and allowed to "Remain Over Lunch/Dinner".

        (2) This permissive scheduling accomplished multiple goals. Primary was to create more opportunities for junior Aircraft Commanders to practice small team leadership and build greater appreciation of unit needs without any major consequences for mistakes. This is similar to what they might encounter on a deployment and is what they will regularly encounter at traditional second tour H65 units. In addition, crews were able to depart the relatively benign coastal airspace and gain more proficiency in busier airspaces like those encountered at Portland, Eugene, or Salem.

        (3) The Aviation Operations Division made a concerted effort to pair Instructor Pilots (IP) with pilots in syllabi at AIRFAC Newport during this trial period. This, coupled with the flexible scheduling standards that allowed IPs to maximize duty periods, resulted in completion of 11 pilot upgrades during the six-month trial period. In contrast, in the twelve months from March 2018 until February of 2019, the unit accomplished 16 pilot upgrades. This greater throughput was possible due to the fewer required duty periods, which in turn made it easier to pair IPs and students.

        (4) Shifting the bulk of the pilot upgrade flights to Newport made more events available for aircrew progression in North Bend. Like most air stations, North Bend avoids "dual upgrade flights", where a junior aircrew member is completing a syllabus event at the same time as a junior pilot. This de-confliction was much easier under this duty model.

    b. Swapping to extended duty periods has reduced the size of the travel budget needed to support AIRFAC Newport. In January 2019, the unit paid $4,797.00 in per diem costs to support the facility. In January 2020, that cost was $4,582.00. At the same time, the daily per diem increased from $26.00 to $29.00. The unit expects to save 14% in per diem costs assuming no change to per diem rates.

    c. Sector North Bend engaged with the fishing community in Newport about the proposed changes and obtained their support prior to starting the experiment. This openness avoided any accusations or suspicion that the Coast Guard was attempting to close the facility.

4

d. Aviation Engineering regularly had one extra person available each day to conduct maintenance and turn around aircraft. This brought the number of workers during the day shift, not counting the four assigned to the Heavy Maintenance Team, from three to four. By itself, one extra person does not seem like a huge addition, but their availability made a meaningful difference in the unit's ability to execute the daily flight schedule in a smooth and efficient manner. Without a daily hot gas or aircraft through-flight inspection to support Newport, the extra personnel were available for other maintenance tasking.

e. As evidenced by the DEOMI survey, most North Bend personnel felt positive or neutral about the change, with only a small minority expressing dissatisfaction. The submitted comments suggest that most members felt the freedom afforded by the B-1 response posture made the duty more enjoyable. There was disagreement on the appropriate length of duty, with support equally divided for 24-hour periods, 48-hour periods, and longer (one week or longer) duty periods.

5. The unit has been manning Newport as a B-1 with 48-hour watches since September 1. Overall, I feel this is an improvement over the old scheduling standards.



| | Frequency | Percent |
|---|---|---|
| Strongly Disagree | 3 | 3.9 |
| Disagree | 0 | 0.0 |
| Neither Agree nor Disagree | 47 | 61.8 |
| Agree | 15 | 19.7 |
| Strongly Agree | 11 | 14.5 |
| Total | 76 | 100.0 |

5. **Challenges.**

a. The shift to longer duty periods has revealed some habitability deficiencies in the AIRFAC Newport facility. These range from outdated, decrepit gym and kitchen equipment to insufficient workstations to complete routine work. To date, the unit has spent approximately $1,152 of unit funds and $2,400 of Shipmate Funds on AIRFAC Newport improvements, with multiple projects ongoing. Regardless of the unit's future duty posture in Newport, these purchases will continue to correct now recognized shortcomings.

b. During holiday routine, Aviation Engineering experienced challenges in managing their day-work shift schedule and its interactions with the Newport duty schedule. Junior personnel felt that time away from work was not as equitable as it could be. In addition, there were some concerns in both the DEOMI survey and informal breakout sessions that duty schedules did not equitably distribute Newport assignments between married and unmarried service members and the Newport duty was too challenging for those with spouses. Aviation Engineering has addressed the vast majority of these concerns through tweaks to holiday routine scheduling and member education.

6. **Recommendations.**

a. Newport should permanently shift to a B-1 posture. Sector North Bend's Commanding Officer should control duty periods and relief times, to the extent allowed by ref (a).

b. Update ref (f) to reflect a B-1 readiness posture at AIRFAC Newport and possibility of staging the Newport duty crew in North Bend, as outlined in ref (g). Chapter 4 of ref (e) should be altered to include the following language and table:

Air Stations. Units must maintain a readiness posture in accordance with the below table:

| Sector / Air Station | Aircraft Allowance | Readiness Posture |
|---|---|---|
| Columbia River | 3 x MH-60 | 1 B-0 |
| North Bend | 5 x MH-65 | 1 B-0, 1 B-1 (Note 1) |
| Port Angeles | 3 x MH-65 | 1 B-0 |

**Note 1:** Sector North Bend normally maintains one B-0 aircraft at Sector North Bend and one B-1 aircraft at AIRFAC Newport. The Commanding Officer of Sector North Bend, with the concurrence of D13 (drm), may determine that this posture negatively impacts the unit's ability to conduct operations or training and elect to stage both crews at Sector North Bend. This posture is more likely during deployments or challenging maintenance periods. The intent is to have an aircrew in Newport as much as reasonably practical.

#

Copy:   CG PACAREA (PAC37-AF)
        COMDT (CG-711)

### Newport Staffing: Background, Options, and Risks

**Background:** Air Facility Newport is currently staffed using the traditional 24-hour duty cycle employed in Coast Guard Aviation. Duty relief is conducted daily at 1230, usually via the duty aircraft flying to Sector North Bend. This allows for continuous B0 coverage of Sector North Bend's northern AOR.

The facility itself is widely supported by Newport's community and previous attempts to close it have met with wide resistance. There is no demonstrated need for that level of coverage: Sector North Bend can meet SAR Addendum response standards for the AOR from North Bend and the caseload for the Sector is not heavy enough to warrant a second B0 aircraft.

At the same time, especially during PCS season, it becomes a resource draining facility in terms of personnel, maintenance, and logistics. While the coverage requirement doubles (or triples, if supporting a shipboard deployment), the number of personnel and aircraft only increases by 60% in the traditional Coast Guard staffing model.

This paper lays out alternative staffing strategies that keeps the facility manned permanently, but reducing the coverage to B1. This is allowed by employing the use of the Extended Period Duty Limits from 3710.1H and is widely practiced in D17 by Air Station Kodiak at Air Facility Cordova, FOB Cold Bay, FOB Kotzebue, and by shore based ALPAT crews. It would also increase the actual Coast Guard presence in Newport by minimizing the number of aircrew swaps. Pragmatically, especially in the evening, the crews will often be able to meet the B0 launch standards in a B1 status because of the time spent at the facility. If there is a need to preserve a B0 posture, every model is able to preserve limited periods of the status during the initial crew turnover (i.e the first 24 hours of a duty period). Aircrews would be allowed to depart the facility for recreation or sustenance, but must be able to return and launch within a one hour time window.

Each of the models below should help address the concerns highlighted above to a varying degree.

**Normal Staffing:** As discussed above, the normal staffing model involves a daily crew change at 1230. An example of a generic flight mechanic schedule is presented below for clarity. The second day of the North Bend duty is not represented due to the member being available at North Bend for a normal 0800-1600 workday that coincides with duty.



Figure 1: Typical FM duty calendar. NB is an overnight North Bend duty (1600 relief every day), while NP is a Newport duty (1230 relief every day). "Sl" represents sliders used to break up the eight day duty requirements of 3/10.1H and to limit crew work weeks to five days.

Benefits:

- Technically, this model enables a stronger, more responsive duty posture than shifting to a B1 schedule.

Drawbacks:

- Incredibly demanding of personnel and aircraft.
- The actual Coast Guard presence in Newport is minimized due to a minimum of 1.4 flight hours required to transfer crews every day. Often times, this works out to more due to the need to complete emergent maintenance or conduct a crew swap in North Bend.
- Enlisted leadership report that due to the constant churn created by the schedule, they do not have adequate opportunity to mentor junior members.
- Maintenance is more challenging because there is no continuity on the hangar deck. Flight mechanics start jobs, but have to deploy to Newport the following day, and do not get the opportunity to complete the job. This leads to procedural errors and time spent conducting a pass down instead of fixing the discrepancy.

**48/24 Hour Staffing:** In this model, the duty week is split into three 48 hour periods and one 24 hour period.



Figure 2: Conceptual 48/24 Staffing

Benefits:

- Modest improvement on pilot, flight mech, and rescue swimmer availability.
- Constantly returns aircraft to North Bend, allowing for more constant maintenance attention and flexibility.

- Reduced number of Newport swaps required.
- Increases opportunities for direct mentorship of junior enlisted by senior enlisted members
- For some families and members, shorter periods away from home will be beneficial
- Requires the least adjustment by the Aviation Engineering department.
- Has the potential to maintain a B0 period from Saturday afternoon until Sunday afternoon.

Drawbacks:

- Aside from the traditional model, this one has the most moving parts and is the most difficult to schedule for.
- Not operationally tested to date by Air Stations. However, small boat stations utilize a similar model.
- Requires the most startup and shutdown sequences at the Air Facility, as well as the most flight hours. It is a common perception in the aviation community that the plane is most likely to break during one of these sequences and may be a source of increased risk.

**Weekly Staffing:** This is most analogous to what is employed by D17 and produces the biggest increase in aircrew availability. It requires the use of a GV in conjunction with the crew swaps to handle crew baggage.



Figure 3: Conceptual One Week Staffing

Benefits:

- The largest increase in pilot and aircrew availability. This model particularly benefits pilot availability because they stand the most duty with the smallest pool of individuals.
- This would provide a leadership experience to junior pilots by allowing them to manage a crew and plane for a one-week period.

- It is very conducive to completing pilot or aircrew upgrade syllabi if the assigned aircrew includes an IP. It is conceivable that an entire syllabus could be completed in one week without distraction. For Flight Mechanic upgrades, a BA would have to be assigned in addition to the normal duty aircrew. The lack of opportunity to focus on upgrade syllabi due to other collateral considerations was highlighted in the unit's DEOMI survey.
- Conceptually simple.
- Already operationally employed by D17.
- The most significant reduction in Newport swaps required.
- Largest travel cost reduction due to least number of ½ per diems required.
- Increases opportunities for direct mentorship of junior enlisted by senior enlisted members.

Drawbacks:

- Maintenance planning becomes more difficult due to the need to keep the plane in Newport for one week at a time. It is conceivable that aircraft swaps could be made, but at that point, many of the benefits of the model would be reduced.
- One crewmember would have to drive a GV with a week of baggage due to the limited capacity of the H-65.
- Presents the most limited opportunities to assume a B0 posture.
- Creates recurrent EMT and pool training challenges for the swimmer shop beyond those normally cause by normal leave. However, overall attendance would increase because the normal trainings due to fewer people on duty on a given pool day (3 in this model vs. 4 currently).

**One Week/One Day Model:** This model attempts to capture the better aspects of both the 48-Hour and Week models. It is possible to maintain a B0 posture from 1230 Friday until 1230 Sunday due to careful timing of the crew swaps. In terms of benefits, it sits somewhere in the middle of the models presented above.



Figure 4: One Week/One Day Conceptual Staffing Model. A B0 duty posture could be maintained in Newport from 1230 on Friday through the first 24 hours of the week deployment.

Benefits:

- Maintains leadership opportunities for junior pilots by still allowing them to run an Air Facility for a significant period of time.
- It is very conducive to completing pilot or aircrew upgrade syllabi if the assigned aircrew includes an IP. It is conceivable that an entire AC or Advanced SAR syllabus could be completed in one week without distraction. For Flight Mechanic upgrades, a BA would have to be assigned in addition to the normal duty aircrew. The lack of opportunity to focus on upgrade syllabi due to other collateral considerations was recently highlighted in the unit's DEOMI survey and this would help address it.
- Increases opportunities for direct mentorship of junior enlisted by senior enlisted members.

Drawbacks:

- Maintenance planning becomes more difficult due to the need to keep the plane in Newport for one week at a time. It is conceivable that aircraft swaps could be made, but at that point, many of the benefits of the model would be reduced.
- One crewmember would have to drive a GV with a week of baggage due to the limited capacity of the H-65.
- Creates recurrent EMT and pool training challenges for the swimmer shop beyond those normally cause by normal leave. However, overall attendance would increase because the normal trainings due to fewer people on duty on a given pool day (3 in this model vs. 4 currently).
- Not operationally tested.

**Comparisons:** A slightly different methodology was used when comparing pilots and aircrew. For pilots, the total number of days encumbered, whether as the duty (night) or ready (day). For aircrew, the number of days available at North Bend during normal working hours was the focus. All data below reflects a one-month period.

|  | Total Newport Swaps | Improvement Over Default | Flight Hours Spent on Swaps |
|---|---|---|---|
| 24-Hour | 30 | - | 42 |
| 48-Hour | 18 | 40% | 25.2 |
| One Week | 4 | 87% | 5.6 |
| One Week / One Day | 9 | 70% | 12.6 |



TOTAL NEWPORT SWAPS




|  | Pilots | | | |
|---|---|---|---|---|
|  | Duty Days | Improvement Over Default | Non-Encumbered Weekdays | Improvement Over Default |
| 24-Hour Duty | 219 | - | 188 | - |
| 48-Hour NP | 196 | 11% | 210 | 12% |
| One Week | 167 | 24% | 236 | 26% |
| One Week / One Day | 178 | 19% | 230 | 22% |




**Recommendations:** Maintaining Air Facility Newport in its current state is not in the best interest of the Coast Guard. It negatively impacts the development of junior personnel and creates increasing logistical challenges as the H-65 platform continues to age and demand more maintenance resources.

North Bend's Aviation Engineering Department feels that adopting a 48-Hour duty cycle presents the best solution to decreasing the impact of the duty schedule, increasing maintainer availability, and other intangibles such as regular parent availability at home. It would also be the least disruptive to the currently employed maintenance plan. From an Operational perspective, it is an acceptable paradigm, although other solutions have been better tested and present better opportunities for increased efficiencies and junior member development.

No matter the plan employed, there is universal recognition that transitioning to a constant B1 posture at Newport through lengthened duty cycles will increase the presence of Coast Guard aircrews in the economically important community. Not shifting between a B1 and a B0 will alleviate confusion among SAR controllers. A possible compromise would be to enact a policy of automatically launching both aircrews for cases in the northern part of the AOR and standing down the second crew once it has been determined that it does not add value to the mission.