**Snaith, Joan CAPT USCG D13 (USA)**

| | |
|---|---|
| **From:** | Broadhurst, Daniel J CAPT USCG HITRON (USA) |
| **Sent:** | Wednesday, November 26, 2025 11:03 AM |
| **To:** | Snaith, Joan CAPT USCG D13 (USA) |
| **Subject:** | FW: Sector North Bend - modified NP posture |
| **Attachments:** | AY22 Summer Staffing (002).xlsx |
| **Signed By:** | DANIEL.J.BROADHURST@USCG.MIL |

**From:** Knutson, Breanna L CAPT USCG SEC NORTH BEND (USA) <Breanna.L.Knutson@uscg.mil>
**Sent:** Thursday, May 19, 2022 4:57 PM
**To:** Broadhurst, Daniel J CAPT USCG D13 (USA) <Daniel.J.Broadhurst@uscg.mil>
**Cc:** ▮▮▮▮▮▮▮ CDR USCG SEC NORTH BEND (USA) <▮▮▮▮▮▮▮@uscg.mil>; ▮▮▮▮▮▮▮ CDR USCG SEC NORTH BEND (USA) <▮▮▮▮▮▮@uscg.mil>; ▮▮▮▮▮▮▮ LCDR USCG STA NORTH BEND (USA) <▮▮▮▮▮▮▮@uscg.mil>
**Subject:** Sector North Bend - modified NP posture

Good afternoon Dan,
We have put together the following information for you regarding our intention to stand down Newport from Monday to Thursday during the summer months. Our current plan is to plan for the months of June and July and to re-evaluate mid-July to see where we stand. Please let me know if you need more information or would like to discuss further.

Attached is a spreadsheet showing our pilot, flight mechanic and rescue swimmer staffing levels for the months of June and July. We have based these staffing levels on the following:

1) The percentage of Aircraft Commanders are based on the draft duty grids that our Ops Dept has already written. (This does not take into account Co-Pilot health because a Co-pilot cannot cover an AC, but the opposite can happen, so the AC's will be our "sticking point" for pilots.)

2) Regarding Flight Mechs these percentages are best case scenario and only account for PCS inbound/outbound members. They do not account for leave, TDY, medical, or any other event that would otherwise make it so the member cannot stand duty. At no time during this period do we get above 64%. We have used 25 FM's as our optimal number to base this off of. This is due to the fact that many of our Flight Mechs also stand Watch Captain duty, as well as fill out the rest of the flight schedule, not to mention the fact that they are usually our experienced maintainers who run HMT, etc. I know you and the CoS know all of this, but I just want to be clear on what these calcs are based on.)

3) Regarding Rescue Swimmers, the percentages are also best case scenario and only account for PCS inbound/outbound members and assume 1 person on leave at any given time. We are including one person on leave because a) we have some leave requests already approved that I will not cancel and b) because the RS's have been at critically short numbers for at least the past year and we are trying to mitigate burnout. The RS shortage is NOT a short term problem and I need to manage their long term mental and physical health. This percentage does not account for e-leave, TDY, medical, or any other event that would otherwise make it so the member cannot stand duty. At no time during this period do we get above 57%. Additionally, our AST Shop Chief departs on June 2nd and our AST1 will be holding down the fort for two months, while continuing to stand duty until the new ASTC is in place at the end of July. He is coming from HITRON and will not be qualified as an RS upon arrival.

1

Obviously we have not taken this decision lightly, and there are some other Coast Guard wide and North Bend specific factors that were taking into account. These include:

1. Our Rescue Swimmer shop is being asked to perform 100% of their duties with just over half the staff into the foreseeable future. There is no RFF coming or other mitigation measures that we could implement that will make this situation better until we receive more people. We have informally reached out to OPS/AOPS Miami, Savannah, Houston, Port Angeles, & San Fran to lay ground work for a formal RFF and all none of those units would have been able to provide assistance. We did not do a formal RFF. To highlight the grim prospect of us receiving a new AST A-School graduate in the near future, in FY22 there will only be ONE SINGLE class graduating from AST-A School and class size shrank from 24 per class at ATTC to 16 per class in Petaluma, with graduation rates averaging 25-33%. Our draft duty grid for the summer shows qualified RS standing between 12-16 duty days per month. This is not significantly higher than the average of what they have been standing the past year, but they need a relief valve, because that is already a very high number. We will need to continue to rely heavily on the RS shop to help us upgrade Flight Mechs and conduct vert surface training for those new to the AOR. I also have three unvaccinated AST's whose future in the CG is uncertain. I have asked my pilots to start thinking about how they would conduct SAR without a RS and will be asking my FSB to more formally take a look at this potential outcome in the future. (Cape Cod and Clearwater have already had to do this on a limited basis – so we will also look to them for best practices.)
2. We recently had a pilot go med down due to mental health and having unusual responses to stressful situations. This was an incredibly mature decision to come forward, but also makes you wonder how many others are going through something similar and were too afraid to ask for help. When I walk through the hangar deck and ask how folks are, I often get an "okay" or an "I've been better." We continue to use intrusive leadership to take care of our people to the best of our ability, but the burnout from the sustained OPTEMPO is real.
3. We have had some leading indicators that by themselves aren't necessary red flags, but when we look at the totality of the circumstances are concerning:
   a. Having to send Chiefs/shop supervisors on the road to Newport when the plane breaks at the AIRFAC because there is literally no one else to do it.
   b. Having to cancel multiple sorties each week due to not have the crew to staff them. We are currently at 91.8% of our reduced 89% flight hours.
   c. Leaving rags in the engine compartment
   d. Forgetting to reconnect GPS prior to flight
   e. Melting pitot covers

It is our goal to meet all missions assigned to us; however, we recognize that we are currently doing it on the backs of our people and the present pace is unsustainable as each person is doing the job of more than 1 person. The staffing levels are going to only get worse before they get better. We are committed to getting our AY22 inbound members qualified and in the duty rotation as quickly as possible to resume our usual NP posture.

In terms of historical averages of SAR cases in the Air Fac's AOR during this period, last year from the period of 15 April to 20 August (when we had the modified Air Fac posture due to the Echo transition and PCS RS shortages), there were 4 aviation cases in the NP AOR during the week from Mon-Thursday. All of which were successfully prosecuted by the North Bend B-0.

Regarding the NP Fisherman's Wives Club. Once we have concurrence on implementation of our plan, I will reach out to them to explain the situation and our intentions. I do not believe it's necessary or prudent to reach out before hand as it almost would appear as if we are asking their permission. I am very aware and appreciative of Capt. Saboe's efforts to repair and maintain the Coast Guard's relationship with them have been working to ensure that positive relationship is well preserved.

2

Please let me know if you need anything more from us — we can try to pull whatever data you think you might need. Give me a call if you want to chat.
Thanks!!

**CAPT Bree Knutson**
**Sector North Bend**
**(W) 541.756.9253**
**(C) 541.991.0007**

**Sector North Bend Proposal: Seasonalize AIRFAC Newport, June/July 2022**

**BLUF:** Due to a chronic lack of swimmers, and an acute lack of flight mechanics, SNB requests permission to seasonalize AIRFAC Newport, manning the facility from Thursday thru Sunday in the months of June and July, 2022. They do not have the AST/FM personnel to maintain a dual ready response requirement during this time.

**Background**: SNB has been experiencing a chronic AST shortage for several years. They are currently at 57% strength (8 of 14 total billets filled). 2 billets are gapped, 1 is permanently grounded w/ a broken hip, 1 was just recently grounded due to a fractured wrist on a SAR case, 1 is a hard refuser for the COVID vaccine (and 2 others are unvax'd but likely to comply), and 1 AST is considered to be "on leave" at all times, for tracking purposes. Effectively, they have the bodies to maintain 1 ready aircraft, yet SNB has a 2 ready aircraft requirement. SNB does not have the AST resources to man both, and likely haven't had the resources for several years now. SNB anticipates 1 A-School graduate in October, and 1 ASTC from HITRON to arrive this PCS season. No other relief is expected.

In addition to the AST shortage, SNB will be going down to 64% strength of flight mechanics over the June-July summer transfer season. This is 64% of the operational baseline number of 25 flight mechanics. This is only a temporary challenge, which is exacerbated by a lack of swimmers to conduct training and the all-encompassing (and syllabus interrupting) E-Model transition last summer. The flight mechanic shortage is expected to be alleviated at the end of the transfer season.

**Case Load:** Last year, from April – August 2021, there were only 4 aviation SAR cases to which AIRFAC Newport responded.

**Precedence**: This plan was executed in CY21, while SNB transitioned from Delta to Echo Model MH-65s and was still experiencing this chronic AST shortage.

**Way Forward - Short Term**: Respectfully request to seasonalize AIRFAC Newport as requested. This will alleviate staffing concerns for both ASTs and FMs. SNB will socialize this with the Fishermen's Wives Association, as well as conducting deliberate ROLs to Newport on Tuesdays or Wednesdays, and continuing to work training flights with STA Yaquina Bay throughout the summer. NOTE: There is a surge capacity available, in which the B-0 ready could be shifted to AIRFAC from North Bend, or a duty FM and RS could be left on an indefinite B-1 status in Newport for a week at a time, but these aren't considered sustainable solutions for more than a week or so.

**Way Forward - Long Term**: With the baseline facts that SNB does not have the AST personnel resources to maintain a dual ready requirement, and has no real relief available, we respectfully request your consideration to stand the AIRFAC Newport B-1 ready without an AST after the summer months. While this is a significant decrease in response capability, CG-711 confirms that they will defer to the operational commander on whether or not to classify an aircraft w/out an AST as the "ready." This has not been officially requested by SNB yet, but is a possible solution to the AST shortage. This would set the expectation that an AIRFAC aircraft may or may not have a swimmer onboard. SNB is socializing this concept with their wardroom and swimmer shop at this time, with more details to follow.