| U.S. Department of Homeland Security | Commander | 915 Second Avenue |
| United States Coast Guard | Thirteenth Coast Guard District | Seattle, WA 98174-1067 |
| | | Staff Symbol: (drm) |
| | | Phone: (206) 220-7260 |

3501
20 May 2023

# MEMORANDUM



From: Melvin W. Bouboulis, RADM  
      CGD THIRTEEN (d)

Reply to: x7260  
Attn of: D13 (drm)

To: CG AIRSTA North Bend

Subj: AIR STATION NORTH BEND RESOURCE OPTIMIZATION REQUEST

Ref: (a) CG AIRSTA North Bend memo 3501 of 04 May 2023

1. I concur with the optimization plan outlined in reference (a) to staff Air Facility Newport with a B-1 during weekends from Fridays at noon to Sundays at noon, and on federal holidays. Newport remains a strategical location for forward-deploy SAR coverage, however I agree current resource constraints will not allow for continual staffing.

2. Additionally, I ask that you staff Air Facility Newport if resources increase and allow for appropriate staffing and/or if the SAR risk is projected to increase within Air Facility Newport's area of responsibility. You may temporarily shift your B-0 SAR response from AIRSTA North Bend to AIRFAC Newport if the circumstances warrant your presence in Newport.

3. Plan to source CGC ALERT's patrol with an embarked helicopter as scheduled. D13 will work with PACAREA to reassess this posture if staffing issues necessitate, later in the summer.

4. Thank you for your continued forward-leaning leadership. I am confident we will continue to serve the American public to the best of our abilities.

#

This document was prepared for internal government use only and is not intended for dissemination outside of the U. S. Coast Guard.



U.S. Department of Homeland Security

United States Coast Guard

Commanding Officer
United Sates Coast Guard
Air Station North Bend

2000 Connecticut Ave.
North Bend, OR 97459
Phone: (541) 756-9220
Email: breanna.l.knutson@uscg.mil

3501

# MEMORANDUM

From: Breanna L. Knutson, CAPT
CG AIRSTA North Bend

Reply to CDR T. Whalen
Attn of: 541-756-9215

To: CGD THIRTEEN (d)
Thru: CGD THIRTEEN (drm)

Subj: AIR STATION NORTH BEND RESOURCE OPTIMIZATION REQUEST

Ref: (a) D13 Seattle Search and Rescue Plan, M16130.1 (series)
(b) FY2023 PACAREA H-65 Deployment Schedule
(c) FY2023 D13 Operational Planning Direction
(d) FY2023-2024 PACAREA Operational Planning Direction

1. Due to resource availability between 12 May and 30 September 2023, Air Station North Bend requests to alternately staff Air Facility Newport with a B-1 during weekends only from Fridays at noon to Sundays at noon. We will extend our B-1 SAR posture to cover all federal holidays.

2. Personnel Availability

    a. Air Station North Bend will be staffed between 57% and 62% in all aircrew positions between 12 May and 30 September 2023.

        i. <u>Pilots.</u> Air Station North Bend's PAL is 21 pilots but is currently staffed with 23 pilots. We have 6 aircraft commanders PCSing and 2 members TDY to ATC Mobile for their Transition Course. We also have 1 pilot on caregiver leave and 1 pilot who is medically grounded for greater than 6 months. Between 28 August and 30 September, 2 pilots will be needed to support an LMR deployment. During this period, we will be down to 13 pilots or 62% of PAL.

        ii. <u>Flight Mechanics and Aircrew.</u> Air Station North Bend's PAL is 48 members. We are currently gapped 7 positions putting us at 85% staffing. North Bend has 9 members PCSing, retiring, or temporarily separating and 2 members out on caregiver leave. During this period, we will be down to 30 aviation engineering members or 62.5% of PAL. Out of these 30 members, we will have 2 FMs supporting a HITRON Hybrid deployment from 12 May to 18 July, 1 FM supporting the Q3 PACAREA HOP from 21 to 28 June, and 3 FMs supporting an LMR shipboard deployment from 28 August to 30 September.

Subj: AIR STATION NORTH BEND RESOURCE OPTIMIZATION REQUEST 3501

      iii. <u>Rescue Swimmers.</u> Air Station North Bend's PAL is 14 members. We currently have 10 qualified duty standing rescue swimmers putting us at 71% staffing. During AY23, North Bend has 2 members PCSing or separating, putting rescue swimmer staffing at 57%.

3. Aircraft Availability

   a. Air Station North Bend is projected to have only 2 out of 5 aircraft available until 23 June 2023. Due to calendar and unscheduled maintenance, it is projected that we will have no B-0 or B-1 availability approximately 10% of the time.

      i. Air Station North Bend typically has one aircraft in heavy maintenance year-round with the exception of July and August. The 6537 was supposed to come up from heavy maintenance in April; however, aircraft have been consistently having their heavy maintenance period extended due to lack of parts availability.

| Asset | Status | RFB | Notes |
|---|---|---|---|
| 6504 | NMC | 19 May | Heavy maintenance. |
| 6519 | NMC | 10 May but will be sent on deployment from 12 May to 18 July 2023. | Replacing right hand main landing gear. HITRON Hybrid pre-deployment configuration change. |
| 6521 | FMC | | |
| 6524 | FMC | | Will be coming down for heavy maintenance on 19 May. This aircraft has less than 35 hours remaining on it before it hits its do not exceed hours for a main gearbox replacement. RFB will be 23 June 2023. |
| 6537 | NMC | Unknown | Heavy maintenance. Awaiting Secondary Hydraulic Pump. |

4. Air Station North Bend also requests consideration to conduct our CGC ALERT LMR support from land. We are currently relying on the Q3 HOP opportunity at the end of June to get our 2 identified pilots DLQ current and qualified. If we were able to do land based LMR support versus shipboard support, we would be able to resume our normal Air Facility Newport posture beginning on 1 September versus 1 October.

#

2