**Kircher, Jay F CDR USCG STA NORTH BEND (USA)**

| | |
|---|---|
| From: | Conley, Brian T CAPT USCG D13 (USA) |
| Sent: | Friday, April 5, 2024 3:06 PM |
| To: | Kircher, Jay F CDR USCG STA NORTH BEND (USA) |
| Cc: | Evans, Thomas C CAPT USCG D13 (USA); ▮▮▮▮▮ CDR USCG D13 (USA); ▮▮▮▮▮ CDR USCG AIRSTA ASTORIA (USA) |
| Subject: | RE: ASNB's aircraft outlook - request to keep NP helo/crew in NB to support Stan Visit next week |
| Signed By: | brian.t.conley@uscg.mil |

Jay,

Copying CAPT Evans and Tahnee since I'll be in St. Louis next week, and also Adam Young because of something the Admiral said that I'll mention in a second. I will be reachable next week except when on the airplane to and from, so please don't hesitate to call.

I briefed the Admiral about your request and he supports it. He just asks that we keep Astoria informed of your status (I know you're in constant comms with them) in case it makes more sense to have them launch on something in the Northern part of the AOR vice launching the B-1 from North Bend.

As for the summer staffing of Newport, he's fine with continuing what we've done in the past. He did ask a couple questions about meeting obligations. To my knowledge, our requirement is to have an airfac in Newport. Similar to tiering our surf stations, if we need to support the higher tier unit (North Bend in this case) it's no different than what we're doing with the surf stations. I also told him that to my knowledge we have not missed a SAR case by staffing Newport the way we have in the past. If that's not correct, please let me know...I don't want to give bad info. That said, he's comfortable continuing what we've done in recent history, so plan to do that.

v/r,
CAPT C

From: Kircher, Jay F CDR USCG STA NORTH BEND (USA) <Jay.F.Kircher@uscg.mil>
Sent: Friday, April 5, 2024 2:42 PM
To: Conley, Brian T CAPT USCG D13 (USA) <Brian.T.Conley@uscg.mil>
Subject: ASNB's aircraft outlook - request to keep NP helo/crew in NB to support Stan Visit next week

Good afternoon, Captain,

Current aircraft status:
-6524 will be our only up asset until at least tomorrow.
-NP crew will complete the 6521's test flight when ready this weekend and fly up to NP following.

Projected aircraft status:
-6521 and 6524 will be our only two up aircraft until at least Wednesday, 10 April. The soonest we hope to get the 6537 up is Wednesday afternoon.

STAN Visit status:
-Out of 26 scheduled checks (pilot, FM, RS) so far, we've completed 10 and cancelled/aborted 16.
-We have 15 FM Stan Checks coming due in the next couple months, and we've completed 4 out of the 8 we've scheduled so far.

1

Bottom line, sir, is we could really use two aircraft to get us to a better place before Transfer Season and to help get ATC what they need to evaluate us. I recommend keeping the B-1 here in NB to limit the extra time put on the NP aircraft and the ready crew. The NP crew will have a decent amount of extra crew day going back and forth in addition to their flight time crew day, otherwise.

We would bring NP back no earlier than Monday morning if we decide to use the aircraft to support our Stan Visit, sir.

Respectfully,

CDR Jay Kircher
Operations Officer
USCG Air Station North Bend
Office: (541) 756-9215
Cell: (541) 991-0010



## Kircher, Jay F CDR USCG STA NORTH BEND (USA)

**From:** Kircher, Jay F CDR USCG STA NORTH BEND (USA)
**Sent:** Tuesday, April 2, 2024 12:59 PM
**To:** Conley, Brian T CAPT USCG D13 (USA)
**Cc:** ███████ LT USCG AIRSTA NORTH BEND (USA)
**Subject:** Airfac Newport stop/start dates recommendation
**Signed By:** Jay.F.Kircher@uscg.mil

Good afternoon, Captain,

ASNB respectfully recommends stopping NP week deployments beginning 13 May (off-going crew departs NP on 12 May) and starting fulltime again on 01 October 2024 (oncoming crew departs NB at 1230 on 01OCT).

Our recommended NP stop date is based on the initial Transfer Season squeeze that we'll begin feeling 13 May. The NP start date is based on PACAREA's suggestion that we (along with HB and PA) support the ACTIVE's 01AUG to 30SEP patrol with land-based LMR and the scheduling of multiple rounds of DLQ training. We'd like to take advantage of multiple DLQ opportunities as well as support targeted LMR with the "NP helo" through the entirety of the patrol to increase our DLQ quals and proficiency. Please note that I am working with PAC-37 to have one of our pilots attend a scheduled DLQ training at a different unit; otherwise, our entire unit will lapse on its current DLQ qualification. Also please note that PAC is drafting the FY25 MH65 Deployment schedule to include an ASNB-provided AvDet.

ASNB will provide a B-1 SAR crew and aircraft every weekend (oncoming Friday, off-going Sunday) during the NP Alternate Staffing period and will extend to include Federal Holiday weekends:
-Memorial Day: oncoming 24 May, off-going 27 May
-Independence Day: oncoming 03 July, off-going 07 July
-Labor Day: oncoming 30 August, off-going 02 September

Respectfully,

CDR Jay Kircher
Operations Officer
USCG Air Station North Bend
Office: (541) 756-9215
Cell: (541) 991-0010