**U.S. Department of Homeland Security**
**United States Coast Guard**

Commanding Officer
United Sates Coast Guard
Air Station North Bend

2000 Connecticut Ave.
North Bend, OR 97459
Phone: (541) 756-9220

3501
08 April 2025

# MEMORANDUM

From:  Jason A. Bustamente, CAPT
     CG AIRSTA North Bend

Reply to  CDR J. Kircher
Attn of:    541-756-9215

To: CGD THIRTEEN (d)
Thru: CGD THIRTEEN (dr)
      CGD THIRTEEN (drm)

Subj: AIR STATION NORTH BEND RESOURCE OPTIMIZATION REQUEST – AY25

Ref: (a) D13 Seattle Search and Rescue Plan, M16130.1 (series)

1. Due to resource availability during Assignment Year 2025 (AY25), Air Station North Bend (ASNB) requests to amend reference (a) to permit the discontinuation of staffing Air Facility Newport with a B-1 aircrew between 05 May and 30 September 2025.

2. With the continued fleetwide shortage of H65 Aircraft Commanders (ACs), ASNB's AC strength will be reduced by 50% to just five ACs during the AY25 Transfer Season. Historical experience has shown six ACs is the minimum daily AC availability requirement to sustain the North Bend B-0, the Newport B-1, and operational and training mission scheduling. ASNB will experience other vital aircrew and aircraft maintainer shortages forecast for AY25; however, the AC gap will be most limiting to Unit Readiness Requirements.

3. Maintaining the Newport B-1, even if only on the weekends, will significantly reduce ASNB's ability to sustain pilot and aircrew syllabi, jeopardizing unit readiness for the 2025/26 Crab Season and beyond. Further, ASNB's five ACs during the AY25 Transfer Season does not consider any members' leave or TDY absences during this period. (Note: since February 2025, ASNB has sent four pilots, including one AC, to support Alien Expulsion Operations along the Southern Border, totaling eight weeks TDY).

4. ASNB will continue to utilize Air Facility Newport by sending helicopter crews to Newport weekly to train with MLB Station Yaquina Bay and Depoe Bay, and to conduct operational missions (e.g., Border Security & Territorial Integrity (BSTI) and LMR operations). When available, ASNB intends to schedule non-ready crews to remain overnight in Newport to increase mission execution efficiency and training opportunities. ASNB foresees the opportunity to utilize this capability to conduct BSTI operations in both North Bend and Astoria AORs.

#

3501
22 May 2025

FIRST ENDORSEMENT on AIRSTA North Bend memo 3501 of 08 APR 2025

From: Brian T. Conley, CAPT
 CGD THIRTEEN (dr)
To: CGD THIRTEEN (d)

Subj: AIR STATION NORTH BEND RESOURCE OPTIMIZATION REQUEST – AY25

Ref: (a) Seattle Search and Rescue Plan, CGD13INST 16130.1 (series)

1. I acknowledge and concur with the request from Air Station North Bend (ASNB) for the temporary modification of staffing Air Facility Newport with a B-1 aircrew between May 5th and September 30th, 2025. The projected reduction in Aircraft Commander (AC) strength, coupled with other vital aircrew and maintainer shortages during AY25, presents a significant challenge to maintaining operational readiness. I agree and understand the validity of the assessment that maintaining the Newport B-1, even on a limited basis, would severely impact pilot and aircrew syllabi, potentially jeopardizing readiness for the critical 2025/26 Crab Season and other operational commitments.

2. I expect D13 (drm) and ASNB to proactively mitigate any potential risks arising from this temporary change. ASNB's commitment to continue utilizing Air Facility Newport for weekly training with Station Yaquina Bay and Depoe Bay, as well as conducting operational missions, is vital. I strongly encourage ASNB to prioritize scheduling non-ready crews for overnight stays in Newport whenever possible to maximize mission execution efficiency and training opportunities, including BCTI and LMR operations. Furthermore, ASNB should maintain close communication with District 13 (dre) and (drm) regarding high-risk fisheries openers, marine events, and other activities on the central Oregon coast to ensure situational awareness and appropriate resource allocation.

3. This temporary reduction in staffing at Air Facility Newport should be viewed as an opportunity to optimize training and resource allocation within the ASNB operational footprint. I encourage ASNB to explore innovative approaches to maintain pilot proficiency and readiness, such as leveraging collaborative exercises with other units. It is also essential to develop a clear plan for the reinstatement of B-1 aircrew staffing at Newport as soon as resource availability allows. By carefully managing risks and actively seeking opportunities to maximize training and operational effectiveness, ASNB can minimize the impact of this temporary change and maintain its overall readiness posture.

\#



**U.S. Department of Homeland Security**

**United States Coast Guard**

Commander
United States Coast Guard
Thirteenth District

915 Second Avenue
Seattle, WA 98174
Phone: (206) 220-7090

3501
29 Jun 2025

# MEMORANDUM

*Charles Fosse* (Digitally signed by FOSSE.CHARLES.E. Date: 2025.06.29 22:35:45 -07'00')

From: Charles E. Fosse, RADM
CGD THIRTEEN (d)

To: CG AIRSTA North Bend

Subj: AIR STATION NORTH BEND AND AIR FACILITY NEWPORT RESOURCING DECISION FY25

Ref: (a) Air Station North Bend memo 3501 of 08 Apr 2025
(b) D13 (Drm) endorsement of Air Station North Bend memo 3501 of 08 Apr 2025
(c) Seattle Search and Rescue Plan, M16130.1 (series)

1. I have reviewed reference (a) and understand your limitations with respect to qualified personnel to staff both Air Station North Bend and Air Facility Newport as directed in reference (b). I approve your request to prioritize readiness at Air Station North Bend, with some caveats.

2. CAPT Conley's endorsement of reference (a) outlines expectations that you will work with D13(drm) to mitigate risks to public safety and that you will maximize opportunities to maintain a presence at Air Facility Newport through weekly training events with Stations Yaquina Bay and Depoe Bay, including night training events with overnight stays at the Air Facility whenever possible. Crews that remain overnight should be in a B-1 status, ready to respond when requested, and their presence reported to Sector Columbia River and D13 Command Centers.

3. Notify D13(drm) as soon as you can resume standing a B-1 at Air Facility Newport following the qualification of newly reported pilots. My expectation is that you will resume standing the watch as soon as staffing allows, with a minimum goal of staffing Air Facility Newport as we have over the last several summer seasons. Staffing the Air Facility from Friday through Monday will help us reduce risk to the public during the summer when we see higher levels of recreational boating.

4. Lastly, it is important that we track readiness so that we have the means to articulate our challenges and request resources. Log periods of UMRR in ALMIS anytime you are not able to maintain readiness requirements in accordance with reference (b) or other authority. The authorization to reduce your presence at Air Facility Newport is not a change to reference (b) but instead an acknowledgement that personnel challenges will result in persistent UMRR status for Air Facility Newport for an extended period.

5. If you have any questions, please contact CAPT Brian Conley or Mr. Scott Giard.

#



U.S. Department of
Homeland Security

United States
Coast Guard

Commander
Coast Guard District Northwest

915 Second Avenue
Seattle, WA 98174-1067
Phone: (206) 220-7090

5440
29 OCT 2025

# MEMORANDUM

From: Scott J. Giard
CGD NORTHWEST (drm-sar)

To: CGD NORTHWEST (d)
Thru: CGD NORTHWEST (dr)

Subj. AIR FACILITY NEWPORT STAFFING MANAGEMENT EFFICIENCIES

Ref: (a) Seattle Search and Rescue Plan, CGD13INST M16130.3 (series)
(b) CGD-Northwest Memo 3501 of 29 Jun 2025

1. Air Station North Bend (ASNB) submitted a request to CGD Northwest for a temporary modification to the ref (a) requirement to provide a B-1 aircraft and crew at Air Facility Newport from May thru September 2025. The management efficiency gained through this modification of the Air Facility's operational posture was required due to a reduction in Aircraft Commander strength at ASNB, along with other aircrew and maintainer shortages during Assignment Year 2025 (AY25). The forecasted shortage presented a significant challenge to maintain operational readiness and the decision was made to sustain operational readiness at ASNB, and to enable pilots assigned there to focus on preserving future readiness through training and development.

2. CGD Northwest granted ASNB's request for the temporary modification of staffing/manning at Air Facility Newport for the duration of FY25.

3. Although the staffing issues mentioned in paragraph one that resulted from AY25 were overcome, mission critical deployments of aviation personnel preclude the reconstitution of a B-1 readiness at Air Facility Newport. CGD Northwest and Air Stations North Bend and Astoria continue to proactively manage and mitigate any potential risks associated with the change in accordance with ref (b). CGD Northwest expects to continue sourcing much of the aviation personnel deployment needs with ASNB personnel. I assess that an acceptable amount of risk remains and continues to be proactively managed.

4. CGD Northwest granted ASNB's request to continue the modification to ref (a) until sufficient aviation personnel are available to safely meet the requirements.

5. CGD-Northwest (drm) is notifying all applicable CG units of the facility status and will provide details on aviation services available at the co-located municipal airport.

#