# Stern, David M CDR USCG D11 (USA)

| | |
|---|---|
| **From:** | Foster, Michelle M CDR USCG D13 (USA) |
| **Sent:** | Monday, October 20, 2025 1:58 PM |
| **To:** | Stern, David M CDR USCG D11 (USA) |
| **Cc:** | Kircher, Jay F CDR USCG STA NORTH BEND (USA); Bustamente, Jason A CAPT USCG STA NORTH BEND (USA) |
| **Subject:** | RE: One month deployment to San Diego iso Operation Border Trident (OBT) |
| **Signed By:** | michelle.m.Foster@uscg.mil |

Good Afternoon!

Approved by the CoC here in District Northwest- cc'ing the command.

---

**From:** Stern, David M CDR USCG D11 (USA) <David.M.Stern@uscg.mil>
**Sent:** Monday, October 20, 2025 11:40 AM
**To:** Foster, Michelle M CDR USCG D13 (USA) <Michelle.M.Foster@uscg.mil>
**Cc:** Kircher, Jay F CDR USCG STA NORTH BEND (USA) <Jay.F.Kircher@uscg.mil>
**Subject:** One month deployment to San Diego iso Operation Border Trident (OBT)

Hi Michelle,

As previously discussed with CAPT Snaith, CAPT Conley and Jay, it was indicated North Bend could provide an aircraft, aircrew and maint crew to support OBT in San Diego from mid Nov to mid Dec. Let me know if that is still the case and officially approved by the NWD CoC so we can put the units in communication to enact. If you have any questions pls give me a ring!

Dave

V/r,

CDR Dave Stern
Aviation Forces Manager
Coast Guard Southwest District
DIPS: (571) 608-6873
Command Center: 510-437-3701