**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SUSANNE LUSE, OSB # 142489**
Assistant United States Attorney
Susanne.Luse@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2936
Telephone:	(503) 727-1000
Facsimile:	(503) 727-1117
	Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| NEWPORT FISHERMEN'S WIVES; LINCOLN COUNTY, | Case No. 6:25-cv-02165-AA (Lead)<br>Case No. 6:25-cv-02172-AA (Trailing) |
| Plaintiffs, | |
| v. | DECLARATION OF CAPTAIN JOAN SNAITH IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| UNITED STATES COAST GUARD; KRISTI NOEM, | |
| Defendants. | |

I, Joan Snaith, Captain, United States Coast Guard make the following Declaration in lieu of an affidavit as permitted by 28 USC Section 1746. I understand that this Declaration may be filed in this action with the United States District Court for the District of Oregon and is the legal equivalent of a statement made under oath.

1. I am over 18 years of age and competent to make this declaration. I have personal knowledge of the facts stated in this declaration.

2. I am a Captain in the United States Coast Guard presently assigned to the Coast Guard Northwest District. I have served in the Coast Guard for over 24 years. I currently serve as the Incident Management Chief, Response Division, Coast Guard Northwest District. I have accrued over 3,000 hours as an aircraft commander, instructor pilot, and flight examiner in the H-65 Dolphin helicopter. I earned my naval aviator wings in 2004, and my operational assignments include Coast Guard Cutter CONFIDENCE; Coast Guard Air Station (AIRSTA) Traverse City, Michigan; and Coast Guard AIRSTA Atlantic City, New Jersey, where I regularly deployed to Washington, D.C. conducting air intercepts of violators inside the critical National Capital Region airspace. I also served as the Operations Officer and Chief Pilot of Coast Guard AIRSTA New Orleans, where I oversaw flight operations for five H-65 aircraft and 12 auxiliary aircraft responding to 964 Search and Rescue (SAR) Cases and saving 400 lives. I also served as an Air Operations Coordinator in Houston, Texas during the lifesaving response to Hurricane Harvey. My most recent aviation

assignment was as Commanding Officer of Coast Guard AIRSTA Port Angeles, Washington.

3. I have reviewed the Electronic Asset Logbook (EAL) and Marine Information for Safety and Law Enforcement (MISLE) records for the following cases, and I make this declaration based on my personal experience and expertise as a Coast Guard aviator and the information I learned in reviewing these files.

## 2010 SAR CASE

4. As stated in Exhibit 1, on June 16, 2010, the Coast Guard received a request from Tillamook Dispatch Center requesting helicopter assistance for a 16-year-old female stuck on a cliff near Neskowin, Oregon. An MH-65 helicopter from AIRSTA North Bend, deployed to Air Facility (AIRFAC) Newport was flying on a scheduled training mission at the time the Coast Guard received the request. Based on my experience as Coast Guard Aviator and service at the Coast Guard Northwest District, and following my review of the EAL and MISLE records pertaining to this mission, the MH-65 had to return to AIRFAC Newport to refuel before proceeding on the case as the distance to the location, time required to complete a vertical surface hoist, and fly to a suitable landing site would exceed the remaining fuel onboard the aircraft. A second aircraft, an MH-60 based at AIRSTA Astoria, was also diverted from a training flight to assist. The MH-60 arrived on scene, completed the hoist and delivered the 16 year old female to the local Fire Department Beach Rescue team for medical evaluation. The

MH-65 was released from the case while airborne enroute to Neskowin and returned to AIRFAC Newport.

## 2018 SAR CASE

5. As stated in Exhibit 2, on December 13, 2018, the Coast Guard received a request for assistance from Lane County Dispatch for a hoist of an injured logger in vicinity of Mapleton, Oregon. AIRSTA Station North Bend was the closest aviation unit to Mapleton, therefore AIRSTA Station North Bend was selected to execute the request. The hoist was completed and patient transferred to higher level care in Eugene, Oregon.

## 2019 SAR CASE

6. As stated in Exhibit 3, on April 22, 2019, the Coast Guard received a request for an agency assist from Lincoln County dispatch to evacuate an elderly gentleman from an area where terrain would not allow for a safe transit to waiting emergency services in the vicinity of Newport, Oregon. A MH-65 assigned to AIRSTA North Bend and deployed to AIRFAC Newport was directed to launch. Given that the mission location was in the vicinity of Newport there was little distance to travel to the scene from the AIRFAC. The aircraft's gross weight at takeoff would have been close to maximum limit of 9,480 lbs and over the 9,200 lbs gross weight limit for a maneuver called Hover Out of Ground Effect (HOGE). These weight limits are prescribed by the H-65 Flight Manual. Being able to HOGE was required to complete the mission.

In addition to the weight limit, the H-65 flight manual also states a 10% power margin is recommended for HOGE with several factors affecting the power margin; generally, the factors with the largest impact on power margin are gross weight and wind. For this mission the wind was 2 knots, which will produce a lower power margin than if the winds were 10 knots.

The quickest option available to bring the aircraft within weight limits and establish a safe power margin was to execute the emergency procedure for Fuel Jettison. As depicted in Exhibit 4, this procedure disperses fuel from the helicopter's fuel tanks into the air. The rate of fuel jettison is not controllable beyond jettisoning from one fuel supply at a time (the H-65 has two fuel systems). If jettisoned one system at time, as directed in the H-65 Flight Manual, the fuel will jettison at a fixed rate of (135 lbs/minute). This is much faster than allowing the helicopter's engines to burn fuel through normal operation (~10 lbs/minute). Per the H-65 Flight Manual, jettisoning fuel is only allowed during an urgent mission or during an inflight emergency. General practice is to establish the helicopter in a climb over non-populated water at a higher-than-normal altitude (generally >1,000'), if weather allows. This is to minimize fuel contacting persons, boats, animals, or infrastructure. In general, the aviation fuel carried on the H-65 evaporates quickly but not instantaneously.

Based on my review of this case, the crew transited from AIRFAC Newport to a location offshore of Newport, completed the emergency procedure in which 600 lbs of fuel was jettisoned, then flew back to the location requested by Lincoln County dispatch. This delayed arrival to the location by 15 minutes. Given the increased readiness of the AIRSTAs North Bend and Astoria in comparison to AIRFAC Newport, as well as the time required to jettison fuel, my evaluation is that the basing location of the aircraft would not have affected the outcome in this case. All three potential responding aircraft would have arrived at the location at approximately the same time and would have completed the mission.

## SAR SORTIE MAP

7. The graphic in Exhibit 5 is pulled from the MISLE database. It was filtered to show only SAR sorties from Fiscal Year 2021 – Fiscal Year 2025 (FY21-FY25) which occurred south of Latitude 46.25N and north of Latitude 42.0N. A sortie is a flight from aircraft take off to shut down or a voyage from getting underway to final mooring for a vessel. A single SAR case can have multiple sorties by both aircraft and boats. To separate the data into boat, AIRSTA North Bend, and AIRSTA Astoria, the data was separated by the entry in the "Resource Name" column, and dividing the sorties into 60 (for MH-60 aircraft which would only be flown in the state of Oregon out of AIRSTA Astoria), 65 (for MH-65 aircraft which would only be flown in the state of Oregon by AIRSTA North Bend), and all others (which would encompass all

Coast Guard boat station sorties in Oregon and Station Cape Disappointment, Ilwaco, Washington, if response was to SAR in Oregon as well as any Coast Guard cutter sorties or other agency sorties that were entered into MISLE). The Resource Name field is a free text field that has thousands of different entries, this may induce some error. Our experts who work with this data believe the error amounts are potentially in the 10s not 100s of 3,514 total sorties.

On the map, purple dots are AIRSTA Astoria SAR sorites in Oregon, Red dots are AIRSTA North Bend SAR sorties in Oregon, and gray dots are SAR sorties for all other units (vast majority being Coast Guard boat stations) in Oregon. I am unable to parse out which MH-65 helicopters departed from AIRFAC Newport from within the MH-65 data. Dots can overlay other dots if there is a high concentration of SAR cases in a certain location.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 5th day of December 2025 in Seattle, Washington.


<u>/s/ Joan Snaith</u>
CAPT JOAN SNAITH, USCG