| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 3768570 | 17JUN2010 02:05:00Z | SEC NorBnd | Initial Notification - At 0205Z on 17 June 2010, GNB recieved a call from Tillamook Dispatch Center stating a 16YOF was reported stuck on the cliffs IVO Neskowin. Tillamook advised that they may need an helicopter assistance. | |
| 3768570 | 17JUN2010 02:08:00Z | SEC NorBnd | Tillamook County called officially requesting Helicopter Assistance. | |
| 3768570 | 17JUN2010 02:10:00Z | SEC NorBnd | OPS briefed via Voicemail. | |
| 3768570 | 17JUN2010 02:11:00Z | SEC NorBnd | Called XO(acting CO) briefed request and advised that 6537 is airborne for training. | |
| 3768570 | 17JUN2010 02:12:00Z | SEC NorBnd | Tasked R6537 to procede to Neskowin for Agency Assist. OPS briefed. | |
| 3768578 | 17JUN2010 02:12:00Z | SEC NorBnd | HH65C - 6537 Launched | Launch/Start Location |
| 3768578 | 17JUN2010 02:12:00Z | SEC NorBnd | Response Resource Requested | |
| 3768570 | 17JUN2010 02:13:00Z | SEC NorBnd | Gru Astoria called and advised they recieved the same report but they were able to get that the 16YOF is wearing black shorts and shirt. They also stated that if we needed they have 6021 conducting training off Cannon Beach approx 46NM from Neskowin. Advised Astoria we are responding with 6537. | |
| 3769457 | 17JUN2010 02:16:00Z | SEC ClmbiaRvr | Station Tillamook Bay RCVD call from Tillamook County 911, in regards to a female hiker stuck on the side of a cliff, near Cascade Head. | |
| 3768570 | 17JUN2010 02:23:00Z | SEC NorBnd | 6537 advised GNB that they would have to refuel and that would have to happen prior to responding. ETA to Neskowin is approx 45 minutes. | |
| 3768570 | 17JUN2010 02:24:00Z | SEC NorBnd | Called Astoria and requested approx ETA for 6021, they stated 26 minutes. We requested they divert 6021 for SAR. they accepted our request. | |
| 3768591 | 17JUN2010 02:33:00Z | SEC ClmbiaRvr | Response Resource Requested | |
| 3768570 | 17JUN2010 02:34:00Z | SEC NorBnd | Briefed D13 that Tillamook Dispatch callled GNB for an agency assist involving a 16 YOF stuck on a cliff ivo Neskowin Creek. GNB has R6537 and Astoria has R6021 proceeding enroute to assist. R6021 has a 16Minute ETA and 6537 has a 33Minute ETA. | |
| 3768591 | 17JUN2010 02:35:00Z | SEC ClmbiaRvr | MH60J - 6021 Launched | Launch/Start Location |

| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 3769457 | 17JUN2010 02:45:00Z | SEC ClmbiaRvr | Received information from 911 that reporting source is ▇▇▇, phone number ▇▇▇ identified person in distress is a 16yr old female with a black top and black shorts, approx. 50' above the beach. Need's assistance to get down. | |
| 3768578 | 17JUN2010 02:50:00Z | SEC NorBnd | HH65C - 6537 On Scene at 17JUN2010 02:50:00Z | On Scene/CSP Location |
| 3768578 | 17JUN2010 02:51:00Z | SEC NorBnd | HH65C - 6537 Alongside | Alongside/Overhead Location |
| 3768578 | 17JUN2010 02:51:00Z | SEC NorBnd | Target Located at 17JUN2010 02:51:00Z | Target Located Location |
| 3768591 | 17JUN2010 02:51:00Z | SEC ClmbiaRvr | MH60J - 6021 Alongside | Alongside/Overhead Location |
| 3768591 | 17JUN2010 02:51:00Z | SEC ClmbiaRvr | MH60J - 6021 On Scene at 17JUN2010 02:51:00Z | On Scene/CSP Location |
| 3768591 | 17JUN2010 02:51:00Z | SEC ClmbiaRvr | Target Located at 17JUN2010 02:51:00Z | Target Located Location |
| 3769457 | 17JUN2010 02:53:00Z | SEC ClmbiaRvr | 505620 is the MISLE number for previous case of stranded hiker. | |
| 3768570 | 17JUN2010 02:58:00Z | SEC NorBnd | Briefed D13 D13 R6021 and R6537 o/s R6021 is conducting cliff rescue and R6537 stndby. | |
| 3768591 | 17JUN2010 03:04:00Z | SEC ClmbiaRvr | MH60J - 6021 Departed Scene | |
| 3769457 | 17JUN2010 03:04:00Z | SEC ClmbiaRvr | CG-6021 reports that they have the rescue swimmer and 16yr female on beach. Awaiting pick up of rescue swimmer. | |
| 3768570 | 17JUN2010 03:07:00Z | SEC NorBnd | R6021is landing on the beach to recover the RS and 16YOF. R6537 is RTB | |
| 3768578 | 17JUN2010 03:09:00Z | SEC NorBnd | HH65C - 6537 Departed Scene | |
| 3768570 | 17JUN2010 03:17:00Z | SEC NorBnd | Briefed D13 R6021 deployed RS to survey the beach for LZ. The 6021 is landing to recover the RS and the 16YOF. R6537 is RTB. | |
| 3768570 | 17JUN2010 03:19:00Z | SEC NorBnd | Briefed OPS regarding the current details involving the case and that we are awaiting information from Astoria regarding the R6021 and the 16YOF. | |
| 3768578 | 17JUN2010 03:25:00Z | SEC NorBnd | HH65C - 6537 Sortie Ended | Sortie End Location |
| 3768591 | 17JUN2010 03:43:00Z | SEC ClmbiaRvr | MH60J - 6021 Sortie Ended | Sortie End Location |
| 3768570 | 17JUN2010 03:48:00Z | SEC NorBnd | Talked to PIC of Rescue 6537 and he stated that the R6021 lowered the Rescue Swimmer to the 16YOF. The Rescue Swimmer recovered the 16YOF and the 6021 lowered both Rescue Swimmer and 16YOF to the beach. Briefed D13. | |

| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 3768570 | 17JUN2010 04:11:00Z | SEC NorBnd | Group Astoria debriefed the A/C. 6021 delivered R/S to vicitm on cliff face and lowered both approx 60 feet to the beach, and turned her over to Netarts F/D beach rescue 6154. | |
| 3768570 | 17JUN2010 04:20:00Z | SEC NorBnd | Briefed OPS on results. | |
| 3769457 | 18JUN2010 03:53:00Z | SEC ClmbiaRvr | Case Closed, Agnecy Action Complete and Final MISLE review of this IMA is completed by OS1 ▮▮▮ MISLE VALIDATED. | |
| 3768570 | 19JUN2010 22:11:00Z | SEC NorBnd | Reviewed by OS1 ▮▮▮ | |

# Case Report

**MISLE Case Id:** 505620  **Opened Date:** 16JUN2010 19:45Z  **Scheduled End Date:**

**Status:**  Closed - Agency Action Complete

**Title:**  SAR Special Operation/ 45 06. N 123 59. W Neskowin, OR/170238ZJUN10

**Incident Type/Subtype:** Search and Rescue / Special Operation

**SMC/IC:**  Sector North Bend

**Activities:**

**MISLE Activity Id:** 3769457  **Title/Description:** SAR Special Operation/ 45 06. N 123 59. W Neskowin
**Enf Activity Id:**
**Incident Summary:** Station Tillamook Bay RCVD call from Tillamook County 911, in regards to a female hiker stuck on the side of a cliff, near Cascade Head.  Received information from 911 that reporting source is ▮▮▮▮▮▮▮▮ , phone number ▮▮▮▮▮▮▮▮ , identified person in distress is a 16yr old female with a black top and black shorts, approx. 50' above the beach. Need's assistance to get down. CG-6021 reports that they have the rescue swimmer and 16yr female on beach awaiting pick up of rescue swimmer. Case Closed, Agency Action Complete and Final MISLE review of this IMA is completed by OS1 ▮▮▮▮ MISLE VALIDATED.
AS 085-10

**MISLE Attachments:** 16Jun10.doc
blusheet.pdf

**MISLE Activity Id:** 3768570  **Title/Description:** SAR Special Operation/ 45 06. N 123 59. W Neskowin
**Enf Activity Id:**
**Incident Summary:** At 0205Z on 17 June 2010, Group North Bend received a call from Tillamook Dispatch Center stating a 16YOF was reported stuck on the cliffs IVO Neskowin. Tillamook called and advised Group North Bend they were requesting assistance. Group North Bend diverted Rescue 6537 and Group Astoria diverted Rescue 6021 to assist. Rescue 6021 and Rescue 6537 arrived on scene at 0258Z. Rescue 6021 proceeded with the rescue while Rescue 6537 provided cover.  Rescue 6021 delivered Rescue Swimmer to subject on cliff face, hoisted both into aircraft and safely lowered both approx 60 feet to the beach where subject was turned over to Netarts Fire Department beach rescue. Rescue 6537 and 6021 RTB. Case Closed.

**MISLE Attachments:** 17 JUNE 10 MID.pdf
16Jun10.doc
6021 blue sheet for stranded hiker.pdf
505620.PDF

**MISLE Activity Id:** 3768591  **Title/Description:**
**Enf Activity Id:**
**Incident Summary:**
**MISLE Attachments:**

**MISLE Activity Id:** 3768578  **Title/Description:**
**Enf Activity Id:**
**Incident Summary:**
**MISLE Attachments:**

**IMA Timeline:**

**MISLE Activity Id :** 3768570      **MISLE Case Id:** 505620

**Case Title:** SAR Special Operation/ 45 06. N 123 59. W Neskowin, OR/170238ZJUN10

| | |
|---|---|
| **Date/Time:** | 170205ZJUN10    **Entered By:** |
| **Message:** | Initial Notification - At 0205Z on 17 June 2010, GNB recieved a call from Tillamook Dispatch Center stating a 16YOF was reported stuck on the cliffs IVO Neskowin. Tillamook advised that they may need an helicopter assistance. |
| **Date/Time:** | 170208ZJUN10    **Entered By:** |
| **Message:** | Tillamook County called officially requesting Helicopter Assistance. |
| **Date/Time:** | 170210ZJUN10    **Entered By:** |
| **Message:** | OPS briefed via Voicemail. |
| **Date/Time:** | 170211ZJUN10    **Entered By:** |
| **Message:** | Called XO(acting CO) briefed request and advised that 6537 is airborne for training. |
| **Date/Time:** | 170212ZJUN10    **Entered By:** |
| **Message:** | Tasked R6537 to procede to Neskowin for Agency Assist. OPS briefed. |
| **Date/Time:** | 170213ZJUN10    **Entered By:** |
| **Message:** | Gru Astoria called and advised they recieved the same report but they were able to get that the 16YOF is wearing black shorts and shirt. They also stated that if we needed they have 6021 conducting training off Cannon Beach approx 46NM from Neskowin. Advised Astoria we are responding with 6537. |
| **Date/Time:** | 170223ZJUN10    **Entered By:** |
| **Message:** | 6537 advised GNB that they would have to refuel and that would have to happen prior to responding. ETA to Neskowin is approx 45 minutes. |
| **Date/Time:** | 170224ZJUN10    **Entered By:** |
| **Message:** | Called Astoria and requested approx ETA for 6021, they stated 26 minutes. We requested they divert 6021 for SAR. they accepted our request. |
| **Date/Time:** | 170234ZJUN10    **Entered By:** |
| **Message:** | Briefed D13 that Tillamook Dispatch callled GNB for an agency assist involving a 16 YOF stuck on a cliff ivo Neskowin Creek. GNB has R6537 and Astoria has R6021 proceeding enroute to assist. R6021 has a 16Minute ETA and 6537 has a 33Minute ETA. |
| **Date/Time:** | 170258ZJUN10    **Entered By:** |
| **Message:** | Briefed D13 D13 R6021 and R6537 o/s R6021 is conducting cliff rescue and R6537 stndby. |
| **Date/Time:** | 170307ZJUN10    **Entered By:** |
| **Message:** | R6021is landing on the beach to recover the RS and 16YOF. R6537 is RTB |
| **Date/Time:** | 170317ZJUN10    **Entered By:** |
| **Message:** | Briefed D13 R6021 deployed RS to survey the beach for LZ. The 6021 is landing to recover the RS and the 16YOF. R6537 is RTB. |
| **Date/Time:** | 170319ZJUN10    **Entered By:** |
| **Message:** | Briefed OPS regarding the current details involving the case and that we are awaiting information from Astoria regarding the R6021 and the 16YOF. |
| **Date/Time:** | 170348ZJUN10    **Entered By:** |
| **Message:** | Talked to PIC of Rescue 6537 and he stated that the R6021 lowered the Rescue Swimmer to the 16YOF. The Rescue Swimmer recovered the 16YOF and the 6021 lowered both Rescue Swimmer and 16YOF to the beach. Briefed D13. |
| **Date/Time:** | 170411ZJUN10    **Entered By:** |
| **Message:** | Group Astoria debriefed the A/C. 6021 delivered R/S to vicitm on cliff face and lowered both approx 60 feet to the beach, and turned her over to Netarts F/D beach rescue 6154. |

| | | | | |
|---|---|---|---|---|
| **Date/Time:** | 170420ZJUN10 | **Entered By:** | | |
| **Message:** | Briefed OPS on results. | | | |
| **Date/Time:** | 192211ZJUN10 | **Entered By:** | | |
| **Message:** | Reviewed by OS1 | | | |

**MISLE Activity Id :** 3769457     **MISLE Case Id:** 505620

**Case Title:** SAR Special Operation/ 45 06. N 123 59. W Neskowin, OR/170238ZJUN10

**Date/Time:** 170216ZJUN10     **Entered By:** ▇▇▇ ▇▇▇▇ E.

**Message:** Station Tillamook Bay RCVD call from Tillamook County 911, in regards to a female hiker stuck on the side of a cliff, near Cascade Head.

**Date/Time:** 170245ZJUN10     **Entered By:** ▇▇▇ ▇▇▇▇ E.

**Message:** Received information from 911 that reporting source is ▇▇▇▇▇▇, phone number ▇▇▇▇▇▇, identified person in distress is a 16yr old female with a black top and black shorts, approx. 50' above the beach. Need's assistance to get down.

**Date/Time:** 170253ZJUN10     **Entered By:** ▇▇▇ ▇▇▇▇ E.

**Message:** 505620 is the MISLE number for previous case of stranded hiker.

**Date/Time:** 170304ZJUN10     **Entered By:** ▇▇▇ ▇▇▇▇ E.

**Message:** CG-6021 reports that they have the rescue swimmer and 16yr female on beach. Awaiting pick up of rescue swimmer.

**Date/Time:** 180353ZJUN10     **Entered By:** ▇▇▇ ▇▇▇▇ E.

**Message:** Case Closed, Agnecy Action Complete and Final MISLE review of this IMA is completed by OS1 ▇▇▇ MISLE VALIDATED.

**Quick Response Cards:**

☐ Initial SAR
    ☐ Time of call
    ☐ Position
    ☐ Persons on board
    ☐ Nature of distress
    ☐ Description of vessel
    ☐ All persons wearing PFD's?
    ☐ On scene weather

```
P
FM: SECTOR NORTH BEND
TO:
INFO:
BT
UNCLAS //N16130//
SUBJ: SEARCH AND RESCUE/SPECIAL OPERATION/LAT: 45°06.0 N LONG: 123°59.0 W
PERIOD: 160000Z JUN 10 - 052359Z DEC 25
1. SITUATION.
A.  CURRENT STATUS: CLOSED - AGENCY ACTION COMPLETE
B.  NOTIFICATION: 17 JUN 2010 , TILLAMOOK DISPATCH CENTER, 911 OR OTHER EMERGENCY NUMBER
C.  NARRATIVE: AT 0205Z ON 17 JUNE 2010, GROUP NORTH BEND RECEIVED A CALL FROM TILLAMOOK
DISPATCH CENTER STATING A 16YOF WAS REPORTED STUCK ON THE CLIFFS IVO NESKOWIN. TILLAMOOK
CALLED AND ADVISED GROUP NORTH BEND  THEY WERE REQUESTING ASSISTANCE. GROUP NORTH BEND
DIVERTED RESCUE 6537 AND GROUP ASTORIA DIVERTED RESCUE 6021 TO ASSIST. RESCUE 6021 AND
RESCUE 6537 ARRIVED ON SCENE AT 0258Z. RESCUE 6021 PROCEEDED WITH THE RESCUE WHILE
RESCUE 6537 PROVIDED COVER.  RESCUE 6021 DELIVERED RESCUE SWIMMER TO SUBJECT ON CLIFF
FACE, HOISTED BOTH INTO AIRCRAFT AND SAFELY LOWERED BOTH APPROX 60 FEET TO THE BEACH
WHERE SUBJECT WAS TURNED OVER TO NETARTS FIRE DEPARTMENT BEACH RESCUE. RESCUE 6537 AND
6021 RTB. CASE CLOSED.
D.  INVOLVED SUBJECTS:

PERSON NAME: DISPATCH, TILLAMOOK, DOB: , ROLE:
PERSON NAME:                         DOB: , ROLE: REPORTING PARTY
PERSON NAME: UNKNOWN, UNKNOWN, DOB: , ROLE: SUBJECT OF INVESTIGATION
PERSON NAME:                         DOB: , ROLE: REPORTING PARTY
OTHER NAME: <NO SUBJECT>, ROLE:
E.  WEATHER:
WEATHER DTTM: 17JUN2010 02:50:00(Z), WEATHER DESC: NESKOWIN, OR, LOCATION:  WEATHER
SOURCE:  WIND SPEED:  KTS, WIND DIR:  T, GUST SPEED:  KTS, AIR TEMP:  F, VISIBILITY: 2.0
 NM, SEA LEVEL PRESSURE:  SKY CONDITION: OVERCAST, PRECIP AMT (LAST 24 HRS):
PRECIPITATION DESC: DRIZZLE, VISIBILITY PRECIPITATION DESC: FOG, WATER CONDITION SOURCE:
 WATER TEMP:  F, WATER DEPTH:  FT ABOVE MLLW, TIDE:  TIDAL SPEED:  KTS, TIDAL DIR:  T,
RIVER SPEED:  KTS, RIVER DIR:  T, ICE COVERAGE:  %, ICE CHARACTER:  WAVE HT:  FT, WAVE
DIR:  T, WAVE PERIOD:  SECONDS, SWELL HT:  FT, SWELL DIR:  T, SWELL PERIOD:  SECONDS,
WARNINGS IN EFFECT:
2.  ACTION TAKEN:
170205Z JUN10: INITIAL NOTIFICATION - AT 0205Z ON 17 JUNE 2010, GNB RECIEVED A CALL FROM
TILLAMOOK DISPATCH CENTER STATING A 16YOF WAS REPORTED STUCK ON THE CLIFFS IVO NESKOWIN.
TILLAMOOK ADVISED THAT THEY MAY NEED AN HELICOPTER ASSISTANCE.
170208Z JUN10: TILLAMOOK COUNTY CALLED OFFICIALLY REQUESTING HELICOPTER ASSISTANCE.
170210Z JUN10: OPS BRIEFED VIA VOICEMAIL.
170211Z JUN10: CALLED XO(ACTING CO) BRIEFED REQUEST AND ADVISED THAT 6537 IS AIRBORNE
FOR TRAINING.
170212Z JUN10: TASKED R6537 TO PROCEDE TO NESKOWIN FOR AGENCY ASSIST. OPS BRIEFED.
170213Z JUN10: GRU ASTORIA CALLED AND ADVISED THEY RECIEVED THE SAME REPORT BUT THEY
WERE ABLE TO GET THAT THE 16YOF  IS WEARING BLACK SHORTS AND SHIRT.  THEY ALSO STATED
THAT IF WE NEEDED THEY HAVE 6021 CONDUCTING TRAINING OFF CANNON BEACH APPROX 46NM FROM
NESKOWIN. ADVISED ASTORIA WE ARE RESPONDING WITH 6537.
170223Z JUN10: 6537 ADVISED GNB THAT THEY WOULD HAVE TO REFUEL AND THAT WOULD HAVE TO
HAPPEN PRIOR TO RESPONDING. ETA TO NESKOWIN IS APPROX 45 MINUTES.
170224Z JUN10: CALLED ASTORIA AND REQUESTED APPROX ETA FOR 6021, THEY STATED 26 MINUTES.
WE REQUESTED THEY DIVERT 6021 FOR SAR. THEY ACCEPTED OUR REQUEST.
170234Z JUN10: BRIEFED D13 THAT  TILLAMOOK DISPATCH CALLLED GNB FOR AN AGENCY ASSIST
INVOLVING A 16 YOF STUCK ON A CLIFF IVO NESKOWIN CREEK. GNB HAS R6537 AND ASTORIA HAS
R6021 PROCEEDING ENROUTE TO ASSIST. R6021 HAS A 16MINUTE ETA AND 6537 HAS A 33MINUTE
ETA.

170258Z JUN10: BRIEFED D13 D13 R6021 AND R6537 O/S R6021 IS CONDUCTING CLIFF RESCUE AND
R6537 STNDBY.
170307Z JUN10: R6021IS LANDING ON THE BEACH TO RECOVER THE RS AND 16YOF. R6537 IS RTB
```

```
170317Z JUN10: BRIEFED D13 R6021 DEPLOYED RS TO SURVEY THE BEACH FOR LZ. THE 6021 IS
LANDING TO RECOVER THE RS AND THE 16YOF. R6537 IS RTB.

170319Z JUN10: BRIEFED OPS REGARDING THE CURRENT DETAILS INVOLVING THE CASE AND THAT WE
ARE AWAITING INFORMATION FROM ASTORIA REGARDING THE R6021 AND THE 16YOF.
170348Z JUN10: TALKED TO PIC OF RESCUE 6537 AND HE STATED THAT THE R6021 LOWERED THE
RESCUE SWIMMER TO THE 16YOF. THE RESCUE SWIMMER RECOVERED THE 16YOF AND THE 6021 LOWERED
BOTH RESCUE SWIMMER AND 16YOF TO THE BEACH.  BRIEFED D13.
170411Z JUN10: GROUP ASTORIA DEBRIEFED THE A/C.  6021 DELIVERED R/S TO VICITM ON CLIFF
FACE AND LOWERED BOTH APPROX 60 FEET TO THE BEACH, AND TURNED HER OVER TO NETARTS F/D
BEACH RESCUE 6154.

170420Z JUN10: BRIEFED OPS ON RESULTS.
192211Z JUN10: REVIEWED BY OS1 ███
3.   PLANS AND RECOMMENDATIONS:
4.   AMPLIFYING INFO:
5.   SORTIE DATA:
C. UNIT: SECTOR NORTH BEND, RESOURCE ID: HH65C - 6537, RISK ASSESSMENT: GREEN:12, TIME
ON SORTIE: 01:13 TIME SEARCHING: 00:01
D. UNIT: SECTOR COLUMBIA RIVER, RESOURCE ID: MH60J - 6021, RISK ASSESSMENT: GREEN:19,
TIME ON SORTIE: 01:08 TIME SEARCHING:
6.   MISLE CASE ID: 505620
```

https://misleprod.osc.uscg.mil/web/desktop/Uscg.Osc.Misle.Infrastructure.Shell.application?workflow=107

**Inspection Activities: None**

# Case History Report

**05DEC2025 12:58Z**

### ---Administrative Data---

**MISLE Case Id: 505620**    Open Date: 16JUN2010 19:45Z
Status: Closed - Agency Action Complete
Title: SAR Special Operation/ 45 06. N 123 59. W Neskowin, OR/170238ZJUN10
Owning Unit: Sector North Bend    Originating Unit: Sector North Bend

**Other Activities (Non IMA or Non Sortie) in Case:**
None

### ---Incident Data---

●**MISLE Activity Id: 3768570**    Status: Closed - Agency Action Complete    Start Date: 17JUN2010
Type: Incident Management
Originating Unit: Sector North Bend    Owning Unit: Sector North Bend
Notification Method: 911 or other emergency number
Incident Summary:  At 0205Z on 17 June 2010, Group North Bend received a call from Tillamook Dispatch Center stating a 16YOF was reported stuck on the cliffs IVO Neskowin. Tillamook called and advised Group North Bend they were requesting assistance. Group North Bend diverted Rescue 6537 and Group Astoria diverted Rescue 6021 to assist. Rescue 6021 and Rescue 6537 arrived on scene at 0258Z. Rescue 6021 proceeded with the rescue while Rescue 6537 provided cover.  Rescue 6021 delivered Rescue Swimmer to subject on cliff face, hoisted both into aircraft and safely lowered both approx 60 feet to the beach where subject was turned over to Netarts Fire Department beach rescue. Rescue 6537 and 6021 RTB. Case Closed.

●**MISLE Activity Id: 3769457**    Status: Closed - Agency Action Complete    Start Date: 16JUN2010
Type: Incident Management
Originating Unit: Sector Astoria    Owning Unit: Sector Columbia River
Notification Method:
Incident Summary:  Station Tillamook Bay RCVD call from Tillamook County 911, in regards to a female hiker stuck on the side of a cliff, near Cascade Head.  Received information from 911 that reporting source is ▓▓▓ ▓▓▓▓▓ phone number ▓▓▓▓▓▓▓▓, identified person in distress is a 16yr old female with a black top and black shorts, approx. 50' above the beach. Need's assistance to get down. CG-6021 reports that they have the rescue swimmer and 16yr female on beach awaiting pick up of rescue swimmer. Case Closed, Agency Action Complete and Final MISLE review of this IMA is completed by OS1 ▓▓▓▓▓ MISLE VALIDATED.
AS 085-10

### ---Involved Subjects---

Person Name: dispatch, tillamook　　　　　　　　　　　Status:
　　Role:　　　　　　　　　　　　　　　　　　　　　　Birth Date:
　　Identification(s)

Person Name: ▉▉▉▉▉▉▉▉　　　　　　　　　　　　　　Status:
　　Role: Reporting Party　　　　　　　　　　　　　　　Birth Date:
　　Identification(s)

Person Name: ▉▉▉▉▉▉▉▉　　　　　　　　　　　　　　Status:
　　Role: Reporting Party　　　　　　　　　　　　　　　Birth Date:
　　Identification(s)

Person Name: unknown, unknown　　　　　　　　　　　Status:
　　Role: Subject of Investigation　　　　　　　　　　　Birth Date:
　　Identification(s)

Other Subject Description: <no subject>
　　Role:
Other Subject Description: <no subject>
　　Role:

**Resource List:**
Name: HH65C - 6537
　　Kind:
Name: MH60J - 6021
　　Kind: Aircraft (Helicopter)

## ---Sortie Data---

●MISLE Activity Id: 3768578　　　　　　　Status: Closed - Agency Action Complete
Activity Type: Resource Sortie　　　　　　 Start Date: 16JUN2010
Originating Unit: Sector North Bend　　　　Owning Unit: Sector North Bend
Target Location Method: Visual sighting only　Distance Traveled: 9999 Nautical Miles
Sortie Type: Search and Rescue
Requested Time: 17JUN2010 02:12:00Z
Launch Time: 17JUN2010 02:12:00Z
On Scene/CSP Time: 17JUN2010 02:50:00Z
Target Located Time: 17JUN2010 02:51:00Z
Alongside/Overhead Time: 17JUN2010 02:51:00Z
Depart Time: 17JUN2010 03:09:00Z
Sortie End Time: 17JUN2010 03:25:00Z

**Weather:**
Observed Date/Time: 17JUN2010 02:50Z
　　Area Observed: Neskowin, OR
　　Water Temp:　　　　　　Water Depth:　　　　　　　Wave Height:
　　Wind Speed: 1 Knots　　Wind Gust:　　　　　　　　Wind Direction:
　　Ceiling:　　　　　　　　Visibility: 2.0 Nautical Miles　Sea Pressure:
　　Sky Cond: Overcast　　 Precipitation Type: Drizzle

- **MISLE Activity Id: 3768591**　　Status: Closed - Agency Action Complete
Activity Type: Resource Sortie　　Start Date: 16JUN2010
Originating Unit: Sector Astoria　　Owning Unit: Sector Columbia River
Target Location Method: Visual sighting only　　Distance Traveled: 45 Nautical Miles
Sortie Type: Search and Rescue
Requested Time: 17JUN2010 02:33:00Z
Launch Time: 17JUN2010 02:35:00Z
On Scene/CSP Time: 17JUN2010 02:51:00Z
Target Located Time: 17JUN2010 02:51:00Z
Alongside/Overhead Time: 17JUN2010 02:51:00Z
Depart Time: 17JUN2010 03:04:00Z
Sortie End Time: 17JUN2010 03:43:00Z

**Weather:**

Observed Date/Time: 17JUN2010 02:51Z

| | | |
|---|---|---|
| Area Observed: 16 yoa hiker at Cascade Head | | |
| Water Temp: 55 (F°) | Water Depth: | Wave Height: |
| Wind Speed: 19 Knots | Wind Gust: | Wind Direction: 40 ° |
| Ceiling: | Visibility: 1.0 Nautical Miles | Sea Pressure: |
| Sky Cond: Overcast | Precipitation Type: Rain showers | |


EAL — Electronic Asset Logbook

Welcome: CAPT
Last successful login: 05 Dec 2025 / 1914 Z
Log Portal | ALMIS Customer Support | Site Map | Help
05 Dec 2025 / 2015 Z

**ISO Operation River Wall, the following have been created:**

Mission Operations | Asset Maintenance | Operations | Engineering | Training | Administration | RMM

Mission Operations > Mission Records > Mission Record Review [ NORTH BEND (air station) : 20276 ]

- This record is older than JAN 01 2024 and may not be edited.

Previous Record | Next Record
[Email]   Signed? ✓   Approved? 🔒   Updated 17 Jun 2010 / 0408 Z by ▓▓▓▓ LCDR 3652

| Asset Type | Asset Number | Unit | Mission Schedule Time | Zulu Departure Time | TFT | Report # | Unit SAR Case # |
|---|---|---|---|---|---|---|---|
| H65 | 6537 | NORTH BEND (air station)-AIRFAC NEWPORT | 16 Jun 2010 / 1930 | 17 Jun 2010 / 0235 Z | 1.0 | 6-10-83 | 075 |

**Remarks**
SAR, teenager stranded on cliff north of proposal rock.

### Mission Crew Roster and Times (6537)

| Position | Name | TFT | FP | CP | NAV | NVG | NVGFORM | IP | Inst. Time ACT | Inst. Time SIM | Night Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PIC | LCDR 3652 | 1.0 | 0.6 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| CP | LT 2814 | 1.0 | 0.4 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| Position | Name | TFT | NVG | Night Time |
|---|---|---|---|---|
| FM | AMTCS 0599 | 1.0 | 0.0 | 0.0 |
| RS | ASTCS 0276 | 1.0 | 0.0 | 0.0 |

### Operations (6537)

| Pilots | | | | Crew | | | |
|---|---|---|---|---|---|---|---|
| Name | No. | Type (Legend) | Cond. | Name | No. | Type (Legend) | Cond. |
| -- | -- | -- | -- | -- | -- | -- | -- |

### Mission Itinerary (6537)

| Arrived (Zulu) Date | Arrived (Zulu) Time | Place | Departed (Zulu) Date | Departed (Zulu) Time | Passenger | Cargo Weight (lbs) | Cargo Volume (cu ft) |
|---|---|---|---|---|---|---|---|
| -- | -- | KOnp | 17 Jun 2010 / 0235 Z | | 0 | -- | -- |
| 17 Jun 2010 / 0335 Z | | KOnp | -- | -- | 0 | -- | -- |

### Approaches and Landings (6537)

| Instrument Approaches | | | | Landings And Takeoffs | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | No. | Type (Legend) | Cond. | Name | No. | Type | Surface | Cond. | Takeoffs |
| -- | -- | -- | -- | LT 2814 | 1 | Full Stop | Land | Day | 1 |

### Recurrent Training (6537)

| Name | Recurrent Training |
|---|---|
| -- | -- |

## Utilization and Deployment (6537)

### Utilization

| Employment Category | Missions | Sorties | Land Based Resource Hours | | Shipboard Resource Hours | Employ. Hours | Claimant |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Day | Duty | | | |
| 3 - SAR | 1 | 1 | 0.0 | 1.0 | 0.0 | 1.0 | 13th District – Seattle, Washington |

### Local Utilization

| Unit Defined Code | Missions | Sorties | Res. Hours | Quantity | Law Enf. Case No. |
| --- | --- | --- | --- | --- | --- |
| - - | - - | - - | - - | - - | - - |

### Deployment

| From (Zulu) | | Thru (Zulu) | | Days Away From Home Station | Days Deployed Aboard Ship |
| --- | --- | --- | --- | --- | --- |
| Date | Time | Date | Time | | |
| - - | - - | - - | - - | - - | - - |

## Passengers and Cargo (6537)

### Passengers

☐ Paper Passenger Manifest  ☐ Senior Federal Official Passengers

| Last Name, First Name M.I. | Grade | Passenger Category | Transportation Type | Destination FAA Code | Purpose | Agency | Passenger Hrs |
| --- | --- | --- | --- | --- | --- | --- | --- |
| - - | - - | - - | - - | - - | - - | - - | - - |

### Cargo

| Code | Load | | Volume | |
| --- | --- | --- | --- | --- |
| | Range | Count | Range | Count |
| A | 0 - 250 (lbs) | - - | 0 - 100 (cu ft) | - - |
| B | 251 - 500 (lbs) | - - | 101 - 200 (cu ft) | - - |
| C | 501 - 1000 (lbs) | - - | 201 - 300 (cu ft) | - - |
| D | 1001 - 2500 (lbs) | - - | 301 - 400 (cu ft) | - - |
| E | 2501 - 9999999 (lbs) | - - | 401 - 9999999 (cu ft) | - - |