| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 6597537 | 13DEC2018 23:00:37Z | SEC NorBnd | Initial Notification - Injured logger North of mapelton. CGR6512 was launched and will conduct a 200ft vertical hoist of the injured logger. | |
| 6597537 | 13DEC2018 23:00:54Z | SEC NorBnd | Sector North Bend assumed SMC. SMC - LT ▆▆▆ OU - OS1 ▆▆▆ CU - OS3 ▆▆▆ Case evaluated as Distress. SNB CC conducted ORM, Risk Medium, Gain High. Concerns are hoisting operations. | |
| 6597537 | 13DEC2018 23:10:08Z | SEC NorBnd | Briefed OPS and SMC of injured logger. | |
| 6597537 | 13DEC2018 23:18:13Z | SEC NorBnd | Sounded the SAR ALARM | |
| 6597593 | 13DEC2018 23:18:28Z | SEC NorBnd | Response Resource Requested | |
| 6597537 | 13DEC2018 23:25:15Z | SEC NorBnd | Briefed D13 CC of current Inland Sar case involving the Injured Logger. | |
| 6597537 | 13DEC2018 23:30:21Z | SEC NorBnd | Lane county dispatch updated the CC on the current status of the Injured Loggger. Lane county reported the indivdual is had fell approx 60ft and sustained multiple injuries | |
| 6597593 | 13DEC2018 23:45:58Z | SEC NorBnd | MH-65 6512 Launched | Launch/Start Location |
| 6597537 | 13DEC2018 23:48:08Z | SEC NorBnd | CGR6512 A/B for Injured logger hoist. | |
| 6597593 | 14DEC2018 00:08:00Z | SEC NorBnd | Target Located at 14DEC2018 00:08:00Z | Target Located Location |
| 6597537 | 14DEC2018 00:14:33Z | SEC NorBnd | CGR6512 O/S with injured logger. | |
| 6597593 | 14DEC2018 01:08:02Z | SEC NorBnd | MH-65 6512 Departed Scene | |
| 6597537 | 14DEC2018 01:48:09Z | SEC NorBnd | R6512 reports that they are on deck at Eegene Airport after having safely transferred the patient to the hospital. | |
| 6597593 | 14DEC2018 03:25:44Z | SEC NorBnd | MH-65 6512 Sortie Ended | Sortie End Location |
| 6597537 | 14DEC2018 14:23:00Z | SEC NorBnd | Case validated by OS1 ▆▆▆ Case closed | |

# Case Report

**MISLE Case Id:** 1156567    **Opened Date:** 14DEC2018 00:24Z    **Scheduled End Date:**

**Status:** Closed - Agency Action Complete

**Title:** Injured logger N of Mapleton,OR

**Incident Type/Subtype:** Search and Rescue / Special Operation

**SMC/IC:** Sector North Bend

**Activities:** None

**IMA Timeline:**

    **MISLE Activity Id :** 6597537    **MISLE Case Id:** 1156567

    **Case Title:** Injured logger N of Mapleton,OR

    **Date/Time:** 140014ZDEC18    **Entered By:** ▮▮▮▮▮

    **Message:** CGR6512 O/S with injured logger.

    **Date/Time:** 140148ZDEC18    **Entered By:** ▮▮▮▮▮

    **Message:** R6512 reports that they are on deck at Eegene Airport after having safely transferred the patient to the hospital.

    **Date/Time:** 141423ZDEC18    **Entered By:** ▮▮▮▮▮

    **Message:** Case validated by OS1 ▮▮▮▮ Case closed

**Quick Response Cards:** None

```
P
FM: SECTOR NORTH BEND
TO:
INFO:
BT
UNCLAS //N16130//
SUBJ: SEARCH AND RESCUE/SPECIAL OPERATION/LAT: 44°15.5 N LONG: 123°49.7 W
PERIOD: 140000Z DEC 18 - 052359Z DEC 25
1.  SITUATION.
A.  CURRENT STATUS: CLOSED - AGENCY ACTION COMPLETE
B.  NOTIFICATION: 13 DEC 2018 , CELLULAR PHONE CALL TO COAST GUARD
C.  NARRATIVE: AT 2300Z DEC 13TH LANE COUNTY DISPATCH CONTACTED THE SEC NB CC REQUESTING
A HELO RESPOND TO A INJURED LOGGER APPROX N OF MAPLETON, OR. THE INJURED LOGGER FELL
APPROX 60FT AND SUSTATINED MULTIPLE INJURIES INCLUDING NECK AND BACK INJURIES. CGR6512
WAS LAUNCHED AND PROCEEDED TO THE INCIDENT LOCATION. CGR6512 CONDUCTED A NIGHTIME HOIST
OF THE INJURED LOGGER AND TRANSITTED TO RIVERBEND HOSPITAL IN EUGENE,OR WHERE THEY
TRANSFERRED THE PATIENT.
D.  INVOLVED SUBJECTS:
PERSON NAME: LANE COUNTY DISPATCH, DOB: , ROLE:
E.  WEATHER:
WEATHER DTTM: 14DEC2018 14:16:00(Z), WEATHER DESC: SIUSLAW NATIONAL FOREST, LOCATION: N
OF MAPELTON, WEATHER SOURCE:  WIND SPEED: 25 KTS, WIND DIR:  T, GUST SPEED:  KTS, AIR
TEMP:  F, VISIBILITY: 7.0 NM, SEA LEVEL PRESSURE:  SKY CONDITION:   PRECIP AMT (LAST 24
HRS):  PRECIPITATION DESC:  VISIBILITY PRECIPITATION DESC:  WATER CONDITION SOURCE:
WATER TEMP:  F, WATER DEPTH:  FT ABOVE MLLW, TIDE:  TIDAL SPEED:  KTS, TIDAL DIR:  T,
RIVER SPEED:  KTS, RIVER DIR:  T, ICE COVERAGE:  %, ICE CHARACTER:  WAVE HT:  FT, WAVE
DIR:  T, WAVE PERIOD:  SECONDS, SWELL HT:  FT, SWELL DIR:  T, SWELL PERIOD:  SECONDS,
WARNINGS IN EFFECT:
2.  ACTION TAKEN:
140014Z DEC18: CGR6512 O/S WITH INJURED LOGGER.
140148Z DEC18: R6512 REPORTS THAT THEY ARE ON DECK AT EEGENE AIRPORT AFTER HAVING SAFELY
TRANSFERRED THE PATIENT TO THE HOSPITAL.
141423Z DEC18: CASE VALIDATED BY OS1 ███████  CASE CLOSED
3.  PLANS AND RECOMMENDATIONS:
4.  AMPLIFYING INFO:
5.  SORTIE DATA:
B.  UNIT: SECTOR NORTH BEND, RESOURCE ID: MH-65 6512, RISK ASSESSMENT: RED:38, TIME ON
SORTIE: 03:39 TIME SEARCHING:
6.  MISLE CASE ID: 1156567
```

https://misleprod.osc.uscg.mil/web/desktop/Uscg.Osc.Misle.Infrastructure.Shell.application?workflow=107

**Inspection Activities: None**

**Incident Investigations: None**

# Case History Report

**05DEC2025 12:07Z**

## ---Administrative Data---

**MISLE Case Id: 1156567**  Open Date: 14DEC2018 00:24Z
Status: Closed - Agency Action Complete
Title: Injured logger N of Mapleton,OR
Owning Unit: Sector North Bend  Originating Unit: Sector North Bend

**Other Activities (Non IMA or Non Sortie) in Case:**
None

## ---Incident Data---

●**MISLE Activity Id: 6597537**  Status: Closed - Agency Action Complete  Start Date: 13DEC2018
Type: Incident Management
Originating Unit: Sector North Bend  Owning Unit: Sector North Bend
Notification Method: Cellular phone call to Coast Guard
Incident Summary:  At 2300Z Dec 13th Lane county dispatch contacted the Sec NB CC requesting a HELO respond to a injured logger approx N of Mapleton, OR. The injured logger fell approx 60ft and sustatined multiple injuries including neck and back injuries. CGR6512 was launched and proceeded to the incident location. CGR6512 conducted a nightime hoist of the injured logger and transitted to RiverBend hospital in Eugene,OR where they transfered the patient.

## ---Involved Subjects---

Person Name: LANE COUNTY DISPATCH,  Status:
    Role:  Birth Date:
    Identification(s)

**Resource List:**
Name: MH-65 6512
    Kind: Aircraft (Helicopter)

## ---Sortie Data---

**●MISLE Activity Id: 6597593**                                    Status: Closed - Agency Action Complete
Activity Type: Resource Sortie                                     Start Date: 13DEC2018
Originating Unit: Sector North Bend                                Owning Unit: Sector North Bend
Target Location Method:  Other frequency                           Distance Traveled: 40 Nautical Miles
Sortie Type: Search and Rescue
Requested Time: 13DEC2018 23:18:28Z
Launch Time: 13DEC2018 23:45:58Z
On Scene/CSP Time:
Target Located Time: 14DEC2018 00:08:00Z
Alongside/Overhead Time:
Depart Time: 14DEC2018 01:08:02Z
Sortie End Time: 14DEC2018 03:25:44Z

**Weather:**
Observed Date/Time: 14DEC2018 00:01Z
    Area Observed: Remote forested hillside ~9NM west of Mapleton, OR

| Water Temp: | Water Depth: | Wave Height: |
| --- | --- | --- |
| Wind Speed: 3 Knots | Wind Gust: | Wind Direction: 190 ° |
| Ceiling: | Visibility: 10.0 Nautical Miles | Sea Pressure: |
| Sky Cond: Clear | Precipitation Type: | |

Exhibit 2, Page 5



**EAL** — Electronic Asset Logbook

Welcome: [redacted]
Last successful login: 05 Dec 2025 / 1914 Z
1 Log Portal   ALMIS Customer Support   Site Map   Help
05 Dec 2025 / 2018 Z

Mission Operations | Asset Maintenance | Operations | Engineering | Training | Administration | RMM

**ISO Operation River Wall, the following have been created:**

Mission Operations > Mission Records > Mission Record Review [ NORTH BEND (sector) : 37410 ]

- This record is older than JAN 01 2024 and may not be edited.

Previous Record | Next Record

[Email]   Signed ? ✓   Approved ? 🔒   Updated 19 Jun 2019 / 1408 Z by [redacted]

| Asset Type | Asset Number | Unit | Mission Schedule Time | Zulu Departure Time | TFT | Report # | Unit SAR Case # |
|---|---|---|---|---|---|---|---|
| H65 | 6512 | NORTH BEND (sector) | 13 Dec 2018 / 1600 | 13 Dec 2018 / 2345 Z | 3.0 | 12-18-62 | 156567 |

**Remarks**
Injured Logger MEDEVAC ivo Mapleton complete; took patient to Riverbend Hospital in Eugene. MISLE 1156567.

### Mission Crew Roster and Times (6512)

| Position | Name | TFT | FP | CP | NAV | NVG | NVGFORM | IP | Inst. Time ACT | Inst. Time SIM | Night Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PIC | [redacted] | 3.0 | 1.5 | 1.5 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| CP | [redacted] | 3.0 | 1.5 | 1.5 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |

| Position | Name | TFT | NVG | Night Time |
|---|---|---|---|---|
| FM | [redacted] | 3.0 | 0.0 | 2.0 |
| RS | [redacted] | 2.7 | 0.0 | 1.7 |

### Operations (6512)

**Pilots**

| Name | No. | Type (Legend) | Cond. |
|---|---|---|---|
| [redacted] | 1 | HL | Night |
| | 1 | HL | Day |
| | 1 | RLS | Night |
| | 1 | RSS | Night |

**Crew**

| Name | No. | Type (Legend) | Cond. |
|---|---|---|---|
| [redacted] | 1 | HL | Day |
| | 1 | HL | Night |
| | 1 | RSS | Night |
| | 1 | RSS | Night |

### Mission Itinerary (6512)

| Arrived (Zulu) Date | Arrived (Zulu) Time | Place | Departed (Zulu) Date | Departed (Zulu) Time | Passenger | Cargo Weight (lbs) | Cargo Volume (cu ft) |
|---|---|---|---|---|---|---|---|
| -- | -- | KOTH | 13 Dec 2018 | 2345 Z | 1 | 140 | 3 |
| 14 Dec 2018 | 0142 Z | KEUG | 14 Dec 2018 | 0224 Z | 0 | -- | -- |
| 14 Dec 2018 | 0325 Z | KOTH | -- | -- | 0 | -- | -- |

### Approaches and Landings (6512)

### Instrument Approaches

| Name | No. | Type (Legend) | Cond. |
|---|---|---|---|
| -- | -- | -- | -- |

### Landings And Takeoffs

| Name | No. | Type | Surface | Cond. | Takeoffs |
|---|---|---|---|---|---|
|  | 1 | Full Stop | Land | G | 1 |
|  | 1 | Full Stop | Land | Night |  |
|  | 1 | Full Stop | Land | G | 3 |
|  | 1 | Full Stop | Land | Night |  |

## Recurrent Training (6512)

| Name | Recurrent Training |
|---|---|
| -- | -- |

## Utilization and Deployment (6512)

### Utilization

| Employment Category | Missions | Sorties | Land Based Resource Hours | | Shipboard Resource Hours | Employ. Hours | Claimant |
|---|---|---|---|---|---|---|---|
| | | | Day | Duty | | | |
| 3 - SAR | 1 | 2 | 0.3 | 2.7 | 0.0 | 3.0 | 13th District - Seattle, Washington |

### Local Utilization

| Unit Defined Code | Missions | Sorties | Res. Hours | Quantity | Law Enf. Case No. |
|---|---|---|---|---|---|
| 1 - MAJOR SAR | 1 | 1 | 3.0 | 0 | -- |
| 21 - LIVES SAVED | 1 | 1 | 3.0 | 1 | -- |

### Deployment

| From (Zulu) | | Thru (Zulu) | | Days Away From Home Station | Days Deployed Aboard Ship |
|---|---|---|---|---|---|
| Date | Time | Date | Time | | |
| -- | -- | -- | -- | -- | -- |

## Passengers and Cargo (6512)

### Passengers

☐ Paper Passenger Manifest  ☐ Senior Federal Official Passengers

| Last Name, First Name M.I. | Grade | Passenger Category | Transportation Type | Destination FAA Code | Purpose | Agency | Passenger Hrs |
|---|---|---|---|---|---|---|---|
| -- | -- | -- | -- | -- | -- | -- | -- |

### Cargo

| Code | Load | | Volume | |
|---|---|---|---|---|
| | Range | Count | Range | Count |
| A | 0 - 250 (lbs) | 1 | 0 - 100 (cu ft) | 1 |
| B | 251 - 500 (lbs) | -- | 101 - 200 (cu ft) | -- |
| C | 501 - 1000 (lbs) | -- | 201 - 300 (cu ft) | -- |
| D | 1001 - 2500 (lbs) | -- | 301 - 400 (cu ft) | -- |
| E | 2501 - 9999999 (lbs) | -- | 401 - 9999999 (cu ft) | -- |