| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 6668168 | 23APR2019 02:31:00Z | SEC NorBnd | Initial Notification - At 0231Z, SNB rcvd a call from Lincoln County Dispatch requesting an agency assist. They have located a missing elderly man but the terrain is very steep and is very difficult to get the person to EMS. They are requesing a helo to hoist the person to EMS. | |
| 6668168 | 23APR2019 02:32:00Z | SEC NorBnd | SNBCC Assumed SMC: LCDR ████████ OU is OS1 █████ CU is OS3 ██████ Emergency Phase evaluated as Alert. Sector conducted ORM , GAR Overall Risk Medium vs Gain High. No mitigation of concerns at this time. | |
| 6668168 | 23APR2019 02:40:00Z | SEC NorBnd | SMC brfd | |
| 6669796 | 23APR2019 02:50:00Z | SEC NorBnd | Response Resource Requested | |
| 6668168 | 23APR2019 02:51:00Z | SEC NorBnd | AIRFAC brfd | |
| 6668168 | 23APR2019 02:55:00Z | SEC NorBnd | D13 brfd | |
| 6668168 | 23APR2019 03:00:00Z | SEC NorBnd | Contacted ████████ ORS #: ████████ | |
| 6669796 | 23APR2019 03:22:00Z | SEC NorBnd | CGNR 6514 Launched | Launch/Start Location |
| 6668168 | 23APR2019 03:25:00Z | SEC NorBnd | R6514 A/B for SAR | |
| 6668168 | 23APR2019 03:27:00Z | SEC NorBnd | D13 brfd | |
| 6668168 | 23APR2019 03:33:00Z | SEC NorBnd | SMC brfd | |
| 6669796 | 23APR2019 03:40:00Z | SEC NorBnd | CGNR 6514 On Scene at 23APR2019 03:40:00Z | On Scene/CSP Location |
| 6668168 | 23APR2019 03:40:00Z | SEC NorBnd | R6514 is on scene. Has good comms with local agency on scene on 22A | |
| 6669796 | 23APR2019 03:40:34Z | SEC NorBnd | Target Located at 23APR2019 03:40:34Z | Target Located Location |
| 6668168 | 23APR2019 03:42:00Z | SEC NorBnd | Patient is not ambulatory. Locals are on scene but cannot extract patient. Patient is in a skid streacher. | |
| 6668168 | 23APR2019 03:45:00Z | SEC NorBnd | R6514 requests EMS to meet them at the AIRFAC in Newport. | |
| 6669796 | 23APR2019 03:47:00Z | SEC NorBnd | CGNR 6514 Alongside | Alongside/Overhead Location |
| 6668168 | 23APR2019 03:47:00Z | SEC NorBnd | Lincoln CO Dispatch brfd. | |
| 6668168 | 23APR2019 04:05:00Z | SEC NorBnd | Rescue swimmer on the ground with the patient. Getting patient ready for hoist. | |
| 6669796 | 23APR2019 04:30:00Z | SEC NorBnd | CGNR 6514 Departed Scene | |
| 6668168 | 23APR2019 04:33:00Z | SEC NorBnd | R6514 is on deck at AIRFAC Newport. Xtfr patient to EMS | |

| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 6668168 | 23APR2019 04:34:00Z | SEC NorBnd | SMC brfd | |
| 6669796 | 23APR2019 04:35:00Z | SEC NorBnd | CGNR 6514 Sortie Ended | Sortie End Location |
| 6668168 | 23APR2019 04:36:00Z | SEC NorBnd | D13 brfd - Case Closed. MISLE entries validated by OS1 ▓▓▓ | |

# Case Report

**MISLE Case Id:** 1169348   **Opened Date:** 23APR2019 03:21Z   **Scheduled End Date:**

**Status:**   Closed - Agency Action Complete

**Title:**   Agency Assist - Helo Hoist - Inland Newport

**Incident Type/Subtype:** Search and Rescue / Assist Other Agency

**SMC/IC:**   Sector North Bend

**Activities:**

  **MISLE Activity Id:** 6669796        **Title/Description:** Agency Assist - Helo Hoist IVO Newport
    **Enf Activity Id:**
    **Incident Summary:**
    **MISLE Attachments:**

  **MISLE Activity Id:** 6668168        **Title/Description:** Search and Rescue Assist Other Agency/   /230231ZA
    **Enf Activity Id:**
    **Incident Summary:**   At 0231Z, SNB rcvd a call from Lincoln County Dispatch requesting an agency assist.
    They have located a missing elderly man but the terrain is very steep and is very difficuly
    to get the person to EMS. They are requesing a helo to hoist the person to EMS. SNB
    contacted AIRFAC Newport and launched 6514 to assist. Once 6514 arrived on scene
    they were able to hoise the elderly man to the helo and transport him back to the AIRFAC
    where he was transfered to awaiting EMS. Case Closed.
    **MISLE Attachments:** 23 APR 19.docx
    Agency Assist - Newport - Initial SAR.pdf

**IMA Timeline:**

  **MISLE Activity Id :**   6668168        **MISLE Case Id:**   1169348
    **Case Title:**      Agency Assist - Helo Hoist - Inland Newport

| Date/Time: | 230231ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** Initial Notification - At 0231Z, SNB rcvd a call from Lincoln County Dispatch requesting an agency assist. They have located a missing elderly man but the terrain is very steep and is very difficulty to get the person to EMS. They are requesing a helo to hoist the person to EMS.

| Date/Time: | 230232ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** SNBCC Assumed SMC: LCDR████████ OU is OS1██████ CU is OS3████████ Emergency Phase evaluated as Alert. Sector conducted ORM , GAR Overall Risk Medium vs Gain High. No mitigation of concerns at this time.

| Date/Time: | 230240ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** SMC brfd

| Date/Time: | 230251ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** AIRFAC brfd

| Date/Time: | 230255ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** D13 brfd

| Date/Time: | 230300ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** Contacted █████████ ORS #: ████████

| Date/Time: | 230325ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** R6514 A/B for SAR

| Date/Time: | 230327ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** D13 brfd

| Date/Time: | 230333ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** SMC brfd

| Date/Time: | 230340ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** R6514 is on scene. Has good comms with local agency on scene on 22A

| Date/Time: | 230342ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** Patient is not ambulatory. Locals are on scene but cannot extract patient. Patient is in a skid streacher.

| Date/Time: | 230345ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** R6514 requests EMS to meet them at the AIRFAC in Newport.

| Date/Time: | 230347ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** Lincoln CO Dispatch brfd.

| Date/Time: | 230405ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** Rescue swimmer on the ground with the patient. Getting patient ready for hoist.

| Date/Time: | 230433ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** R6514 is on deck at AIRFAC Newport. Xtfr patient to EMS

| Date/Time: | 230434ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** SMC brfd

| Date/Time: | 230436ZAPR19 | **Entered By:** | █████████ |
|---|---|---|---|

**Message:** D13 brfd - Case Closed. MISLE entries validated by OS1████████

**Quick Response Cards: None**

Exhibit 3, Page 4

P
FM: SECTOR NORTH BEND
TO:
INFO:
BT
UNCLAS //N16130//
SUBJ: SEARCH AND RESCUE/ASSIST OTHER AGENCY/LAT: 44°33.3 N LONG: 124°00.8 W
PERIOD: 230000Z APR 19 - 052359Z DEC 25
1.  SITUATION.
A.  CURRENT STATUS: CLOSED - AGENCY ACTION COMPLETE
B.  NOTIFICATION: 23 APR 2019 LINCOLN COUNTY DISPATCH
C.  NARRATIVE: AT 0231Z, SNB RCVD A CALL FROM LINCOLN COUNTY DISPATCH REQUESTING AN
AGENCY ASSIST. THEY HAVE LOCATED A MISSING ELDERLY MAN BUT THE TERRAIN IS VERY STEEP AND
IS VERY DIFFICULY TO GET THE PERSON TO EMS. THEY ARE REQUESING A HELO TO HOIST THE PERSON
TO EMS. SNB CONTACTED AIRFAC NEWPORT AND LAUNCHED 6514 TO ASSIST. ONCE 6514 ARRIVED ON
SCENE THEY WERE ABLE TO HOISE THE ELDERLY MAN TO THE HELO AND TRANSPORT HIM BACK TO THE
AIRFAC WHERE HE WAS TRANSFERED TO AWAITING EMS. CASE CLOSED.
D.  INVOLVED SUBJECTS:
PERSON NAME: UNKNOWN REPORTING PARTY, LINCOLN COUNTY DISPATCH, DOB: , ROLE:
E.  WEATHER:
WEATHER DTTM: 23APR2019 04:02:00(Z), WEATHER DESC: NEWPORT, OR, LOCATION: LOCATION OF
THE MISING PERSON, WEATHER SOURCE: LOCAL WX SOURCE, WIND SPEED: 2 KTS, WIND DIR:  T,
GUST SPEED:  KTS, AIR TEMP: 52 F, VISIBILITY: 4.0 NM, SEA LEVEL PRESSURE:  SKY
CONDITION: OVERCAST, PRECIP AMT (LAST 24 HRS):  PRECIPITATION DESC:  VISIBILITY
PRECIPITATION DESC:  WATER CONDITION SOURCE:  WATER TEMP: F, WATER DEPTH:  FT ABOVE
MLLW, TIDE:  TIDAL SPEED:  KTS, TIDAL DIR:  T, RIVER SPEED:  KTS, RIVER DIR: T, ICE
COVERAGE: %, ICE CHARACTER:  WAVE HT:  FT, WAVE DIR:  T, WAVE PERIOD:  SECONDS, SWELL
HT:  FT, SWELL DIR:  T, SWELL PERIOD:  SECONDS, WARNINGS IN EFFECT:
2.  ACTION TAKEN:
230231Z APR19: INITIAL NOTIFICATION - AT 0231Z, SNB RCVD A CALL FROM LINCOLN COUNTY
DISPATCH REQUESTING AN AGENCY ASSIST. THEY HAVE LOCATED A MISSING ELDERLY MAN BUT THE
TERRAIN IS VERY STEEP AND IS VERY DIFFICULY TO GET THE PERSON TO EMS. THEY ARE REQUESING
A HELO TO HOIST THE PERSON TO EMS.
230232Z APR19: SNBCC ASSUMED SMC: LCDR ██████████  OU IS OS1 ██████████  CU IS OS3 ██████
EMERGENCY PHASE EVALUATED AS ALERT. SECTOR CONDUCTED ORM , GAR OVERALL RISK MEDIUM VS
GAIN HIGH. NO MITIGATION OF CONCERNS AT THIS TIME.
230240Z APR19: SMC BRFD
230251Z APR19: AIRFAC BRFD
230255Z APR19: D13 BRFD
230300Z APR19: CONTACTED ████████████  ORS #: █████████
230325Z APR19: R6514 A/B FOR SAR
230327Z APR19: D13 BRFD
230333Z APR19: SMC BRFD
230340Z APR19: R6514 IS ON SCENE. HAS GOOD COMMS WITH LOCAL AGENCY ON SCENE ON 22A
230342Z APR19: PATIENT IS NOT AMBULATORY. LOCALS ARE ON SCENE BUT CANNOT EXTRACT
PATIENT. PATIENT IS IN A SKID STREACHER.
230345Z APR19: R6514 REQUESTS EMS TO MEET THEM AT THE AIRFAC IN NEWPORT.
230347Z APR19: LINCOLN CO DISPATCH BRFD.
230405Z APR19: RESCUE SWIMMER ON THE GROUND WITH THE PATIENT. GETTING PATIENT READY FOR
HOIST.
230433Z APR19: R6514 IS ON DECK AT AIRFAC NEWPORT. XTFR PATIENT TO EMS
230434Z APR19: SMC BRFD
230436Z APR19: D13 BRFD - CASE CLOSED. MISLE ENTRIES VALIDATED BY OS1 ██████████
3.  PLANS AND RECOMMENDATIONS:
4.  AMPLIFYING INFO:
5.  SORTIE DATA:
B. UNIT: SECTOR NORTH BEND, RESOURCE ID: CGNR 6514, RISK ASSESSMENT: AMBER:20, TIME ON
SORTIE: 01:12 TIME SEARCHING:
6.  MISLE CASE ID: 1169348
https://misleprod.osc.uscg.mil/web/desktop/Uscg.Osc.Misle.Infrastructure.Shell.applicati
on?workflow=107
Inspection Activities: None

Inspection Activities: None

# Case History Report

## 05DEC2025 11:39Z

## ---Administrative Data---

**MISLE Case Id:  1169348**                          Open Date: 23APR2019 03:21Z
Status: Closed - Agency Action Complete
Title: Agency Assist - Helo Hoist - Inland Newport
Owning Unit: Sector North Bend                Originating Unit:  Sector North Bend

**Other Activities (Non IMA or Non Sortie) in Case:**
None

## ---Incident Data---

●**MISLE Activity Id: 6668168**       Status: Closed - Agency Action Complete      Start Date: 23APR2019
Type:  Incident Management
Originating Unit: Sector North Bend                      Owning Unit: Sector North Bend
Notification Method:
Incident Summary:  At 0231Z, SNB rcvd a call from Lincoln County Dispatch requesting an agency assist. They have located a missing elderly man but the terrain is very steep and is very difficuly to get the person to EMS. They are requesing a helo to hoist the person to EMS. SNB contacted AIRFAC Newport and launched 6514 to assist. Once 6514 arrived on scene they were able to hoise the elderly man to the helo and transfer him back to the AIRFAC where he was transfered to awaiting EMS. Case Closed.

## ---Involved Subjects---

Person Name: Unknown Reporting Party, Lincoln County Dispatch  Status:
        Role:                                                        Birth Date:
        Identification(s)

**Resource List:**
Name: CGNR 6514
        Kind: Aircraft (Helicopter)

# ---Sortie Data---

●**MISLE Activity Id: 6669796**

Activity Type: Resource Sortie

Originating Unit: Sector North Bend

Target Location Method:  NAVSTAR/GPS

Sortie Type: Search and Rescue

Requested Time: 23APR2019 02:50:00Z

Launch Time: 23APR2019 03:22:00Z

On Scene/CSP Time: 23APR2019 03:40:00Z

Target Located Time: 23APR2019 03:40:34Z

Alongside/Overhead Time: 23APR2019 03:47:00Z

Depart Time: 23APR2019 04:30:00Z

Sortie End Time: 23APR2019 04:35:00Z

Status: Closed - Agency Action Complete

Start Date: 23APR2019

Owning Unit: Sector North Bend

Distance Traveled: 3 Nautical Miles

**Weather:**

Observed Date/Time:

    Area Observed:

    Water Temp:        Water Depth:        Wave Height:

    Wind Speed:        Wind Gust:        Wind Direction:

    Ceiling:        Visibility:        Sea Pressure:

    Sky Cond:        Precipitation Type:



**EAL**

Electronic Asset Logbook

**ISO Operation River Wall, the following have been created:**

Welcome: **CAPT**

Last successful login: 05 Dec 2025 / 2012 Z

1 Log Portal  ALMIS Customer Support  Site Map  Help

05 Dec 2025 / 2030 Z

Mission Operations    Asset Maintenance    Operations    Engineering    Training    Administration    RMM

Asset Maintenance > Maintenance Records > Asset Maintenance Records [ 6514 ] [ NORTH BEND (sector): 37410 ]

Print View

Discrepancy History Discrepancy Information for Mission Schedule Event – 5 Records

**6514**

**Date Range:** Previous | Current | Next

‹ Asset ˅  › Date  11/28/2025  📅 GO  ‹ Current ›  View by ˅  Sort by ˅  Filter by ˅ 🌐

| Aircraft Type | Status / RFB | Condition | Test Flight/ Flight Verification | Ground Check | Pre-mission | Fuel Samples | Fuel Load | Asset Hours | Open Discreps | A/C Landings | Discrep Count | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H65 | ⚠ FMC | ⬆ | - - | - - | ⚠ PR 1504 Z | ⚠ 1501Z | 1600 | 21029.1 | 1 | 42415 | 1 **NG** / 4 **CF** / 1 **CFD** / 1 **PP** | | |

**Special Inspections present. Next Due at 21039.1 Hours and on 08 Dec 2025 and Daily.**    Expand | Special Inspections

| Discrep Status | X if Grounded | Discrepancy | Corrective Action | Mech | GC | QA | Release | TF/FV |
|---|---|---|---|---|---|---|---|---|
| 🔒 | | Departure Time: 23 Apr 2019 / 0322 Z    TFT : 1.2 | PIC: ▓▓▓▓▓LCDR 9286    TSN: 18114.6 | | | | FLT Report #: 1151 | |
| **C** ✈ | | 23 Apr 2019 / 0552 Z **HIDS Audio Switch requires breakaway wire** - ▓▓▓▓▓LCDR 9286 – 23 Apr 2019 / 0553 Z | 23 Apr 2019 / 0633 Z **Installed breakaway wire IAW MPC 93331.0.** **QA'd by LT** ▓▓▓▓▓ - ▓▓▓▓▓AET3 3945 – 23 Apr 2019 / 0635 Z    Toolbox: PTU | ✔ | | ✔ | | |
| **C** ✈ | | 23 Apr 2019 / 0552 Z **Litter used for hoisting** - ▓▓▓▓▓LCDR 9286 – 23 Apr 2019 / 0552 Z | 23 Apr 2019 / 0638 Z **Inspected litter IAW MPC 256028.0.** - ▓▓▓▓▓AET3 3945 – 23 Apr 2019 / 0639 Z    Toolbox: NTU | ✔ | | | | |
| **C** ✈ | | 23 Apr 2019 / 0551 Z **01 weight bag expended** - ▓▓▓▓▓LCDR 9286 – 23 Apr 2019 / 0552 Z | 23 Apr 2019 / 0630 Z **Replaced weight bag IAW 05200.8** - ▓▓▓▓▓AET3 3945 – 23 Apr 2019 / 0630 Z | ✔ | | | | |

| Discrep Status | X if Grounded | Discrepancy | Corrective Action | Mech | GC | QA | Release | TF/FV |
|---|---|---|---|---|---|---|---|---|
| | | | Toolbox: NTU | | | | | |
| C | | 23 Apr 2019 / 0551 Z<br>**02 trail lines expended**<br>- ▓▓▓▓▓▓▓ LCDR 9286 – 23 Apr 2019 / 0551 Z | 23 Apr 2019 / 0629 Z<br>**Replaced 02 Trail lines IAW MPC 05200.8.**<br>- ▓▓▓▓▓ AET3 3945 – 23 Apr 2019 / 0629 Z<br><br>Toolbox: NTU | ✓ | | | | |
| C | | 23 Apr 2019 / 0547 Z<br>**Jettisoned 600# of fuel offshore**<br>- ▓▓▓▓▓▓▓ LCDR 9286 – 23 Apr 2019 / 0551 Z | 23 Apr 2019 / 0636 Z<br>**Reinstalled breakaway wire IAW MPC 28019.4**<br><br>**QA'd by LT**<br>- ▓▓▓▓▓ AET3 3945 – 23 Apr 2019 / 0637 Z<br><br>Toolbox: PTU | ✓ | | ✓ | | |

**Return to Top**