## FUEL QUANTITY INDICATING SYSTEM FAILURE

Symptom:

- The EICAS page FUEL QTY 1, FUEL QTY 2, or TOTAL does not indicate as expected, blanks, or dashes out

Corrective action:

1. FUEL QTY 1 or FUEL QTY 2 - Cross check on TDL 1/2 page

If TDL and EICAS page indications are similar:

2. FUEL G circuit breakers (4) - CYCLE

   a. FUEL G1 - Copilot panel R2 No. 2/pilot aft panel R2 No. 12

   b. FUEL G2 - Copilot panel R2 No. 3/pilot aft panel R2 No. 13

If failure persists:

3. Fuel log - Maintain and plan to land with sufficient reserve

**NOTE**

All CAAS performance numbers incorporating fuel quantity (i.e., aircraft weight, bingo, torque margin, max range, etc.), will be affected in the event of a fuel quantity indicating system failure.

**(End of Procedure)**

---

## FUEL JETTISON PROCEDURE

1. Crew - Brief

**WARNING**

Center of gravity limits should be considered before jettisoning fuel.

**NOTE**

Fuel may be jettisoned following an inflight emergency or during an urgent mission.

2. Communications - Transmit intentions

3. HF - MANUAL

   a. Ensure HF position reporting is toggled OFF

**WARNING**

Fuel may be jettisoned at any rate-of-climb, or descents up to 1,500 ft/min.

4. Airspeed - 40 to 120 KIAS (wheels down if below 60 KIAS)

**NOTE**

The landing gear shall be extended if jettisoning below 60 KIAS to help keep the fuel clear of the fuselage.

5. FUEL JETT1 or FUEL JETT2 - ON

**CAUTION**

If not manually secured, fuel will jettison to approximately 150 lb remaining in the left system and approximately 170 lb in the right system.

**NOTE**

If the situation allows, fuel should be jettisoned from one system at a time. Simultaneous jettison from both systems is at the rate of approximately 270 lb per minute. Fuel will continue to flow for several minutes after jettison valves are closed.

6. Fuel quantity - Monitor

7. FUEL JETT1 or FUEL JETT2 - OFF (ensure fuel flow has stopped)

**NOTE**

- Several gallons of fuel may remain in the tube after securing the jettison valves if the aircraft is in a forward flight attitude. Consideration should be given to conducting a level speed change in order to purge any residual fuel in the jettison tube by establishing a nose-high attitude.

- Allow at least 1 minute after jettison is secured before hovering or landing.

**(End of Procedure)**