

Exhibit 5, Page 1