**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SUSANNE LUSE, OSB # 142489**
Assistant United States Attorney
Susanne.Luse@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2936
Telephone:   (503) 727-1000
Facsimile:   (503) 727-1117
        Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| NEWPORT FISHERMEN'S WIVES; LINCOLN COUNTY, | Case No. 6:25-cv-02165-AA (Lead)<br>Case No. 6:25-cv-02172-AA (Trailing) |
| Plaintiffs, | |
| v. | DECLARATION OF DR. M. CRISTINA FORBES IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| UNITED STATES COAST GUARD; KRISTI NOEM, | |
| Defendants. | |

I, Dr. M. Cristina Forbes, Oceanographer, United States Coast Guard make the following Declaration in lieu of an affidavit as permitted by 28 USC Section 1746. I understand that this Declaration may be filed in this action with the United States District Court for the District of Oregon and is the legal equivalent of a statement made under oath.

I, Dr. M. Cristina Forbes, being sworn, say:

1. I am over 18 years of age and competent to make this declaration. I have personal knowledge of the facts stated in this declaration.

## CREDENTIALS AND QUALIFICATIONS

2. I am an Oceanographer at the Office of Search and Rescue Unit (SAR). I hold a Doctorate in Meteorology and Physical Oceanography from the University of Miami, Florida. My training is extensive in a variety of topics: geophysical fluid dynamics, numerical ocean and atmospheric prediction models, statistics, satellite data and other observational data, running real-time ocean/met/storm surge models. I have served in my current position for more than six years and am responsible for SAR Oceanography and Meteorology, I have run hundreds of SAR simulations for guidance and analysis. Through my career I have worked in academia, private companies and government agencies developing algorithms for improving atmospheric, ocean and storm surge numerical prediction models, some of the models are currently used in SAR and other institutions. I serve as Advisory Board Member and Scientific Evaluation Contributor in various oceanographic and meteorologic projects for the benefit of the USCG SAR mission. My main day-to-day task is to research and communicate with scientists all over the world to bring the best, innovative and cutting-edge existing oceanography/meteorology models into our Search and Rescue Optimal Planning System ("SAROPS"). This research and collaboration make the drift simulations performed more accurately and provide the best guidance for search and planning, reducing

search areas and times for rescue of missing persons/crafts at sea. I am on call to answer questions from SAR operators around the world to provide environmental guidance and parameters for survivability time estimates in extremely challenging cases. I am in a unique position in which my scientific expertise and operational understanding allows me to bring together science and operations to synergistically assist and improve both, in a direct meaningful way, to save lives.

## COLD WATER SURVIVAL SCIENCE

3. The U.S. Coast Guard Search and Rescue Response Standard Review ("Search and Rescue Standard") is the primary guide to the SAR mission. The Search and Rescue Response Standard has been in force since the mid-1970s and provides a comprehensive analysis of factors contributing to an effective search and rescue operation. *See* Exhibit 1.

4. The Coast Guard also uses a number of tools in search and rescue planning. This includes the Probability of Survival Decision Aid ("PSDA"), a computer program developed by US Army Research Institute of Environmental Medicine (USARIEM). A report describing the research used to create the program is attached as Exhibit 2. This program helps determine survivability according to several factors including water temperature, clothing, physical body attributes, weather, and meteorological factors.

5. The Search and Rescue Standard, the PSDA, and the Maximum Immersed Survival Time ("MIST") are employed to assist in the search operations and as guidance on when to suspend operations.

## A TWO-HOUR TIME PERIOD IS THE STANDARD FOR RESPONSE PLANNING

6. As determined by the Search and Rescue Response Standard, the standard response time for search and rescue aims for two hours. This includes thirty minutes for preparation and planning and ninety minutes for arriving in the target area.

# WATER TEMPERATURE IS THE PRIMARY FACTOR IN SURVIVABILITY CALCULATIONS

7. According to the Search and Rescue Response Standard, water temperature is the primary factor in determining survivability rates. There are a number of other factors which contribute to survivability, including weather, sea conditions, clothing, body weight and fat content, and safety gear.

# REVIEW OF SURVIVABILITY

8. I have reviewed the environmental data patterns of the waters off the coast of Oregon using NOAA's National Centers for Environmental Information. The average annual minimum sea surface temperature (SST) range for the waters of the Coast Guard Northwest District (includes the states of Oregon and Washington) is 43.65-68.55°F. Using the PSDA program and a minimum SST of 43.65°F and the minimum SST stated in the Declaration of Dr. Leann Cyr, ¶4, of 50-54 °F, assuming a person of medium body characteristics, wearing either summer or winter clothing, and a turbulent water flow for ocean environment, I calculated the probability of survival time estimates from the PSDA tool and the MIST equation in the waters off Oregon and entered the results in the table below:

| Sea T (°F) | Air T (°F) | Wind (kts) | Rel Hum (%) | Immersion State | Flow Type | Clothing | Gender | Height | Weight | Fat | PSDA Cold Func. Time (hrs) | PSDA Cold Surv. Time (hrs) | MIST (hrs) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43.7 | 43.8 | 11.9 | 40% | Water to Neck | Turbulent | Summer | Male | Medium | Medium | Medium | 1.9 | 6.4 | 10.98 |
| 43.7 | 43.8 | 11.9 | 40% | Water to Neck | Turbulent | Summer | Female | Medium | Medium | Medium | 1.8 | 6.2 | 10.98 |
| 43.7 | 43.8 | 11.9 | 40% | Water to Neck | Turbulent | Winter | Male | Medium | Medium | Medium | 3.4 | 7.7 | 10.98 |
| 43.7 | 43.8 | 11.9 | 40% | Water to Neck | Turbulent | Winter | Female | Medium | Medium | Medium | 2.4 | 7.2 | 10.98 |
| 50.0 | 50.1 | 11.9 | 40% | Water to Neck | Turbulent | Summer | Male | Medium | Medium | Medium | 5.9 | 8.5 | 15.63 |
| 50.0 | 50.1 | 11.9 | 40% | Water to Neck | Turbulent | Summer | Female | Medium | Medium | Medium | 5.3 | 8.2 | 15.63 |
| 50.0 | 50.1 | 11.9 | 40% | Water to Neck | Turbulent | Winter | Male | Medium | Medium | Medium | 7.6 | 10.2 | 15.63 |
| 50.0 | 50.1 | 11.9 | 40% | Water to Neck | Turbulent | Winter | Female | Medium | Medium | Medium | 6.9 | 9.5 | 15.63 |

9. The PSDA provides

   a.) Predicted Cold Functional Time which is the time when core temperature reaches 34°C (93.2°F) and represents the point when the capability to participate in self-rescue or the ability to perform effective external work stops;

   b.) Predicted survival time which is the time for core temperature to reach 28°C (82.4°F), or dehydration level to reach 20% of body weight.

The MIST model only provides the estimated time of survival without considerations of body characteristics, clothing, etc.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 5th day of December 2025 in Miami, Florida.

FORBES.MARIA.CRISTINA.1467578690
Digitally signed by FORBES.MARIA.CRISTINA.1467578690
Date: 2025.12.05 16:07:18 -05'00'

_____
DR. M. CRISTINA FORBES