U.S. Department
of Transportation 

**United States
Coast Guard**

Commandant
United States Coast Guard

2100 Second Street, S.W.
Washington, DC 20593-0001
Staff Symbol: G-OPR
Phone: (202) 267-1089

16100

NOV 1 4 2000

From: Commandant
To: Commander, Ninth Coast Guard District
Via: Commander, Atlantic Area

Subj: SEARCH AND RESCUE (SAR) STANDARDS REVIEW

Ref: (a) CCGD9 ltr 16130 dtd 20 DEC 99
(b) Coast Guard Addendum to the National SAR Manual, COMDTINST M16130.2B

1. In response to your recommendation in reference (a) for a review of the SAR response standard, I directed the Office of Search and Rescue to provide me with information regarding the basis of that standard and its viability. Based on that information, I do not believe a formal review of the SAR response standard is necessary. The following paragraphs detail the basis of my assessment.

2. The response standard was most recently reviewed in 1993. The results of that review are provided as enclosure (1). That review concluded the response standard is reasonable and appropriate. It provided the historical basis of the standard; explained the approach used to verify the factors applied in establishing the standard; detailed the standard's environmental foundation and how that was the key to the selection of two hours for the standard; and confirmed the analytical nature of the standard.

3. The Coast Guard's use of a single uniform response standard is founded on these key principles.

    a. First, mariners should be responsible for equipping themselves for the location and climate in which they operate. This concept is not new to the Coast Guard. It is found in our implementation of vessel safety regulations, which require a survival suit for each person on board certain vessels when operating in colder waters. It is also found in regulations regarding additional equipment for vessels operating greater distances offshore and in different trades. The Coast Guard itself applies this same basic principle of safe practice to our own boat crews by prescribing protective clothing guidelines for our boat crews and offshore distance restrictions for lesser equipped boats.

    b. Second, if mariners take responsibility for preparing properly to survive, they can then rely on the Coast Guard to have SAR resources (Coast Guard or other SAR system partners) reach them within the established two hour response standard. We recognize that some areas will not be reached in two hours and have accounted for that in a statement prepared for the Addendum (reference (b)). It reads, "This response standard may not be met in all

SUBJ: SEARCH AND RESCUE (SAR) STANDARDS REVIEW

areas over which the Coast Guard has the responsibility for SAR coordination, including vast areas of open ocean (both Atlantic and Pacific) and remote areas with little or no SAR demand."

c. Third, the SAR system exists in multiple layers. As you know, we use both air and surface assets to provide the two hour coverage. In some areas, the presence of one mode is sufficient for the level of service required, while in other areas multiple layers are needed due to the risk involved. In addition to Coast Guard resources, we rely on other federal, state, local and volunteer agencies to provide coverage and strengthen the system. This added layer is generally not considered when applying our two hour response standard but rather acts as reinforcement.

d. Finally, a single established response standard provides a uniform starting point for asset allocation. It provides a disciplined methodology that allocates scarce search and rescue resources throughout the United States and its territories balanced against an acceptable level of risk.

4. How the response standard impacts the Coast Guard's SAR mission performance is a critical indicator of its viability. An examination of the effect of our response standard on our primary safety goal of saving lives was made by comparing the results for each district for fiscal years 1995 through 1999. The results, provided as enclosure (2), indicate no significant difference between "cold-water" and "warm-water" districts. In fact, the colder climates performance measures are better than some warmer climates.

5. Lastly, the Coast Guard's SAR response standard has proven to be defensible within the government and with the general public. This has been facilitated by the ease with which the standard can be applied, explained and understood.

6. Thank you for your thoughtful suggestion. It has provided us with an opportunity to reflect on a critical performance standard. I fully appreciate the Coast Guard's need to align resources with demand. We are committed to maintaining standards that not only make sense, but also provide for the strongest possible SAR system within available resources.

Terry M. Cross
Assistant Commandant for Operations

Encl: (1) G-N memo 16100 dtd 11 JAN 93
      (2) Lives saved goal by CG District; fiscal years 1995 - 1999

Exhibit 1, Page 2


# Memorandum

| | |
|---|---|
| Subject: SAR PROGRAM STANDARDS | Date: JAN 11 1993 |
| | 16100 |
| From: Chief, Office of Navigation Safety and Waterway Services | Reply to: G-NRS-1 <br> Attn. of: R. Schaefer <br> 267-1559 |
| To: Chief of Staff | |

Ref: (a) G-CPP memo 16000 of 2 OCT 92

1. In response to reference (a) and a verbal query from the Commandant, the Program Branch of the Search and Rescue Division conducted an in depth review of the Coast Guard Search and Rescue (SAR) Response Standard, enclosure (1). They have concluded that the current two hour SAR Response Standard is reasonable and should continue to be used. In general, I concur with this assessment; overall, if we wish to set one standard for the entire Coast Guard, two-hour response is most appropriate.

2. As you will note from the data in the report, water temperature is the primary determinant of survivability, and water temperature varies significantly by location and time of year. In light of this, I believe it appropriate to review our standard to determine if it should be adjusted geographically and/or seasonally. We currently plan for further review of SAR program standards during the search theory review planned to begin in FY95 as part of the Improvement of Search and Rescue Capabilities (ISARC) Project at the R&D Center.

3. Paragraph two of reference (a) requests the methodology, rationale and analysis used in determining the Coast Guard's B-0 aircraft requirements be compiled and forwarded to G-CPP. G-NRS and G-CPP staffs have conferred and agreed that the facilities manager for aircraft, G-OAV, would be the appropriate source for this information.

4. There is still much work to do. In our FY95 Issues, we intend to discuss how we might apply a "clean sheet of paper" design to a SAR (and other program) response capability in a geographic area. One factor to be used would be the SAR Response Standard(s) for the area and season, as appropriate, versus an array of various response asset (cutter, boat, aircraft, etc.) capabilities. In areas with large seasonal variations in water temperature, this analysis should also

assist us in assessing the costs and practicality of designing for worst case (lowest temperature situations), using additional seasonal response assets, and/or applying additional safety regulations (e.g., mandatory wearing of survival suits).

5. In view of the Commandant's interest in SAR Program Standards, I suggest this report be forwarded.

W. U. ECKER

Encl: (1) G-NRS memo 16100 of 24 DEC 92

U.S. Department
of Transportation

**United States
Coast Guard**

Subject: SAR PROGRAM STANDARDS

Date: DEC 24

16100

Reply to: G-NRS-1
Attn. of: R. Schaefer
267-1559

From: Chief, Search and Rescue Division

To: Chief, Office of Navigation Safety
and Waterway Services

Ref: (a) G-CPP memo 16000 of 2 OCT 92
(b) National SAR Manual, COMDTINST M16120.5/.6, 01 NOV 86.
(c) National SAR Manual, COMDTINST M16120.5A/.6A, 01 FEB 91.
(d) U.S. Navy Marine Climatic Atlas of the World, CD-ROM
Version 1.0, March 1992.
(e) U.S. Navy Manual of Preventive Medicine, P50-10-3.

1.  In response to reference (a) and a verbal query from G-C,
G-NRS has been examining the current Coast Guard SAR Response
Standards to determine their continued viability.  In this
memo we look at:

   a.  SAR Program Goals,

   b.  SAR Program Standards,

   c.  the SAR Response Standard,

   d.  how the SAR Response Standard and goals relate,

   e.  the environmental basis for the SAR Response
       Standard,

   f.  how we are doing with respect to meeting the SAR
       Response Standard and goals, and

   g.  recommendations for the future of the SAR Response
       Standard.

2.  In addition to review of the standard, paragraph 2 of
reference (a) requests the methodology, rationale and analysis
used in determining the Coast Guard's B-0 aircraft
requirements be compiled and forwarded to G-CPP.  In
discussion with G-CPP staff, we have advised that we will be
providing only the material relative to the standard.  G-OAV
will have to provide the resource information.  G-CPP agrees
the resource issue clearly needs to be determined by G-OAV.

3.  **General Program Objectives.** There are three general objectives which provide direction for the Search and Rescue Program:

    a.  To minimize loss of life, personnel injury, and property loss and damage in the maritime environment.

    b.  To take the "Search" out of Search and Rescue through education, research and development, and employment of technology.

    c.  To maintain world leadership in maritime search and rescue.

In our examination of the SAR Response Standards, we are concerned with the first of these objectives.

4.  **Life/Property Objectives.**  As stated in the SAR Program Description dated 04 November 1990, the effectiveness of the program must be measured in terms of how well it minimizes loss of life and property in the maritime environment.  We use two "macro" indicators of how well we are doing our job, which we have defined as **Program Goals:**

    After Coast Guard notification,

    (1) Save 90% of those people at risk of death on waters over which the Coast Guard has SAR responsibility, and

    (2) Prevent the loss of 70% of the property that is at risk of destruction on waters over which the Coast Guard has SAR responsibility.

These indicators directly relate effectiveness to the primary benefits to society of the SAR Program.  It is important to note at this point that the goals consider all cases where the Coast Guard was notified, even if in remote areas of the world.  And, "lives saved" (goal #1) is often a subjective determination, even though we have provided guidance to make the proper determination.  We grant that these goals are somewhat arbitrary. We usually come close to meeting them each year.  If these goals were set higher, then we would have to expend greater effort (translated: need more boats, planes, and people) to meet them; the converse would be true if they were set lower.

The primary objective of the Coast Guard, and the SAR Program, is the saving of lives.  The saving of property is always of secondary importance during the execution of a SAR case.  It is therefore reasonable to set a goal for saving lives that is higher than the goal for saving property (90% vice 70%). Additionally, the Coast Guard is frequently not notified of a distress until the craft containing the lives to be saved has

2

already sunk or is no longer salvable.  Personnel who enter the water or embark into life rafts might be saved hours or possibly weeks after the property is lost.

5.  **SAR Program Standards.**  In order to achieve the goals of the program, a set of standards have been developed.  These standards provide guidance for performance in various stages of the SAR incident.  Adherence to each of the standards directly supports achieving the program goals.  There are seven primary SAR program standards:

   a.  **VHF-FM distress net** is the primary distress alerting and SAR controlling communications method for U.S. coastal waters.  Standard of 100% VHF-FM continuous coverage to receive a one watt signal out to 20 nautical miles around the U.S. Atlantic, Pacific, Gulf of Mexico and Great Lakes coasts.

   b.  **406 MHz Emergency Position Indicating Radio Beacon (EPIRB).**  Program endorses the 406 as the primary distress and position indicating device.  Carriage is mandatory for certain vessel categories and recommended for all.

   c.  **SAR Planner Training for SAR Mission Coordinators.**  100% attendence/completion of resident SAR planner training at the National SAR School for area, district, section, and group SAR planner watchstanders.

   d.  **Command and control.**  Process and evaluate information about a SAR incident, determine appropriate action.  Initiate action within five minutes of initial notification of a distress incident.

   e.  **SAR Response.**  A two hour total response time which is further defined:

      (1) Readiness.  Search and rescue unit ready to proceed within 30 minutes of notification of a distress.

      (2) Transit.  Search and rescue unit on scene, at datum, or in the search area within 90 minutes of getting underway.

      [Note: Readiness for a particular unit is not established by the SAR Program but has been explicitly assigned to the District Commander.  In certain areas at certain times of the year a lower readiness than B-0 (greater than 30 minutes) is justified.]

   f.  **Computer Aided Search Planning (CASP).**  Use of CASP for planning guidance for all cases involving incidents outside the 30 fathom mark when:

                                        3

    (1) The duration of an incident has or could have
        exceeded 24 hours, and

    (2) There is uncertainty concerning the incident time,
        incident location, type of search object(s) involved.

  g. **Automated Mutual Assistance Vessel Rescue System (AMVER)
     Participation.**  Use of AMVER for identification of rescue
     resources for all cases involving incidents on the high
     seas.

Each of these standards contribute to the attainment of the SAR
program goals.  The SAR system is dependent on all these
standards to be successful.  Yet, most people, even within the
Coast Guard, normally only think of the SAR Response Standard.
It is an important standard since it affects our cutter,
aircraft, and small boat resources - both numbers and siting.

6.  **SAR Response Standard.**  The SAR Response Standard,
timeliness, is a key to the prevention of loss of life and
property, and a successful SAR system.  The Response Standard of
two hours is currently broken down into 30 minutes (B-0) for a
search and rescue unit to be ready to proceed, and 90 minutes for
it to arrive on scene or in the search area.  The basic two hours
of the SAR response standard has remained unchanged since its
inception in the mid 1970s.  It was established as a result of
recommendations following a comprehensive study of the SAR
program conducted from 1967 through 1971.  The standard is based
on the expected survival time of a person in the water as
determined by Figure 4-1, Water Chill Without Antiexposure Suit,
of reference (b).  The temperature used, 60°F, was based on the
mean water temperature in the maritime region around the United
States.  The source for that temperature is not given.  Reference
(c), which superceded reference (b), contained a NEW and much
improved Figure 4-1 which relates water chill directly to
expectancy of death from hypothermia.  Death from other causes,
including drowning following unconsciousness from being immersed
in cold water, are not directly reflected in Figure 4-1.  These
issues are addressed in paragraph 9 below.  Enclosure (1) details
further the evolution of the SAR Response Standard.

7.  **Response Standard - Goal Relationship.**  All of the SAR
Program Standards contribute to the success the program has in
regards to reaching the Program Goals.  There are links between
standards and goals; changes in regards to standards will affect
the goals.  We examined how the SAR Response Standards related to
meeting the SAR Program Goals.  To simplify our task, we only
examined data related to the goal regarding preventing loss of
lives, the more stringent of the two goals.  Enclosure (2)
contains the data and clarifications on that data we used in this
examination.  A plot of portions of the data, enclosure (3)
graphs, show that a majority of the lives we affect, either saved
or lost, occur within the two hour SAR Response Standard.

<center>4</center>

After two hours, CG small boats and helos (the primary Coast Guard SAR resources performing 88% (FY91) of Coast Guard underway sorties, 64% of all resource underway sorties!), have saved 83% of the total lives they can affect. This equates to lives saved divided by lives saved plus lives lost after Coast Guard notification (explained further in enclosure (2)). These resources achieved their maximum effect in this area within the first two hours. The data shows that overall, these resources saved 91% of the total lives they could affect. The results for all resources were only slightly lower at two hours, and the same overall.

**What the graphs show us is the two hour SAR Response Standard is reasonable in relation to the Program Goals.**

8. **Environment.** The SAR Response Standard has been based on information that the Mean Surface Water Temperature for the maritime region is 60°F. No basis for the 60°F is listed in the history of the standard. Because this is one of the primary factors in developing the standard, validation of this temperature is very important. We conducted an analysis of surface water temperatures for the U.S. coastal waters. We more narrowly defined our area from "maritime region" to "U.S. coastal waters" because that is where we perform the vast majority of our missions (approximately 95% of all cases occur within 20 nautical miles of the coast). In our analysis, enclosure (4), we determined the mean surface water temperature in U.S. coastal waters to be 64.6°F (18.1°C).

In addition to water temperature we looked at three other environmental factors for U.S. coastal waters: seas height, air temperature, and surface winds. Although not previously considered in developing the SAR response standard, these factors can have a significant effect on survival in the water. The mean values for each factor resulting from our evaluation are:

Mean sea height - 3.2 feet

Mean air temperature - 64.7°F

Mean surface wind speed - 11.9 knots

Enclosure (5) contains the spreadsheets for each of these environmental factors.

9. **Survival.** When considering the amount of time a unit has to arrive on scene, we must look at the point when persons first start dying. For many, this may occur only moments after a rescue agency is notified due to injuries sustained in an accident. Those lives we can not reasonably affect. We are left to consider those who have come through an accident without fatal or severe injury and are faced with the effects of the environment on their ability to survive.

5

Until recently the Coast Guard, and others involved in maritime
rescue, had relied on a survival graph (figure 4-1 of reference
(b)) which had been in use for over 40 years.  Recent study and
advances in the understanding of the effects of hypothermia have
lead to the adoption of a new graph showing survival expectation
based on hypothermia (figure 4-1 of reference (c)).  The new
graph provides much better information to the SAR planner in
suspension or continued search decisions.  However, it is limited
when using it as a guide to determine how soon a search unit must
arrive to prevent loss of life.  This is primarily because only
the likelihood of death from hypothermia is considered but not
drowning due to exhaustion, unconsciousness or the sea state.
Our source for environmental data in this analysis, reference
(d), also contains information on survival times and the point
when persons in the water may become exhausted or unconscious.
This data is based on information contained in reference (e).
Unlike the previous graphs, it considers other factors which may
lead to death prior to death from hypothermia.  This is very
important when considering a response standard.  We must keep in
mind that the survival graphs and data are based on tests with a
limited number of test subjects.  These graphs are not absolute;
they are an aid in the total search planning process.  These
survival graphs are designed to provide guidance in making
survival decisions.  A comparison of these graphs and more in
depth discussion on the survival is given in enclosure (6).

Exhibit 1, Page 10

10. **Standards and Survival.** As the graph below shows, at the mean water temperature of 64.6°F, expectancy of death from hypothermia occurs over two hours later than exhaustion and unconsciousness; these latter two states may lead to death. Because the hypothermia curve is calculated on calm water survival time, other environmental factors: winds, seas, and air temperature, must be considered for their effect on survival time when using that curve. Although there are no specific data tables developed for each of these, we can conclude with confidence that the mean of each of these (see paragraph 8) will reduce the expected calm water survival time. These factors along with water temperature are some of the factors which lead to exhaustion, unconsciousness and possible death prior to expectancy of death from hypothermia. Unconsciousness, exhaustion, and possible death at the mean water temperature from the lower curve is approximately one and two-thirds hours. Because we are concerned with the earliest possible time for a life to be in jeopardy from these environmental factors, the conservative lower curve warrants strong consideration for this purpose.



7

11. **Standard - Goal Performance.** Enclosure (2) tabulates data on how well the SAR Program has performed in relationship to the SAR Response Standards and SAR Program Goals for FY89 - FY91. Of primary interest are the following CG wide data.

a. For those three years and FY92 partial data the program as a whole achieved the following in meeting the program goals:

|  | Lives Saved Goal - 90% | Property Saved Goal - 70% |
|---|---|---|
| FY89 | 88.4% | 54.6% |
| FY90 | 90.3% | 59.8% |
| FY91[1] | 93.5% | 73.4% |
| FY92[2] | 92.2% | 63.2% |

b. For those three years and FY92 partial data CG small boats and helicopters have achieved the following in meeting the response standard:

|  | Underway within 30 minutes | On Scene within 2 hours |
|---|---|---|
| FY89 | 87.4% | 93.3% |
| FY90 | 86.9% | 92.9% |
| FY91[1] | 88.3% | 93.1% |
| FY92[2] | 84.0%[3] | 89.0%[4] |

[1] District 5 and 17 data incomplete
[2] Data base only 90% complete
[3] Small boats 89%; Helicopters 70%
[4] Small boats 92%; Helicopters 90%

[Note: in processing this data, for multi-unit cases, the system selects the first unit to arrive on scene and discards the rest. This process can result in the combined result being other than an average of the individual resource type results. Also, the "average" may be skewed towards one resource or the other depending on relative number of sorties completed by each.]

12. **Other Relationships.** Finally, to discover if there is a relationship between lives lost and saved with time, a regression analysis was done. The regression analysis on the data showed that two-thirds of the variance of the data is explained by time. That is, the number of lives lost and saved have a strong correlation to response time. This is important as we work to determine if adjustments are called for in our SAR Response Standards. If adjustments are made to the response standard, a direct change in lives lost and saved can be expected.

8

13. **Recommendations for Future of the SAR Response Standard.**
The continuance of a two hour SAR Response Standard appears
reasonable based on the environmental data available, the
survival data available, and this our latest analysis. The
additional information from references (d) and (e) indicate a
possible survival time of somewhat less than two hours. However,
considering the "guidance" nature of the survival graphs and
lacking evidence that our current standard is either ineffective
or wasteful, a change does not appear warranted. We will
continue to evaluate additional survival information as it
becomes available and will include work on survival information
and SAR standards as part of the search theory review planned to
begin in FY95 as part of our ISARC Project at the R&D Center.

14. Since the establishment of the SAR Response standard, many
advances in technology have been made and many more are in
progress. Examples are: faster/more capable aircraft, cutters
and small boats; improved sensors; upgrades to CASP; improved
environmental data for SAR planners; new satellite-tracked self
locating datum marker buoys; and VHF-FM network upgrade.
Politics aside, technological advances in SAR equipment the Coast
Guard has or is acquiring should allow for reduction in the
number of facilities and resources for SAR. Or, by maintaining
the number of facilities and resources, results in a better SAR
response.

15. SAR Program points of contact for this review are CDR Steve
Osmer, 7-1581, and Mr. Richard Schaefer, 7-1559, of G-NRS-1.

M. F. COWAN

Encl: (1) Brief History of the USCG SAR Response Standard.
      (2) SAR Response Standard and Program Goals performance
          data for FYs 89 - 91.
      (3) Graphs: Lives Saved / Lives Lost After CG
          Notification, 3 Year Average for FYs 89 - 91.
      (4) Determining Mean Water Temperature in U.S. Coastal
          Waters.
      (5) Environmental Data - Spreadsheets (Sea Surface
          Temperature, Sea Heights, Air Temperature, Surface
          Winds).
      (6) Survival Discussion.

Copy: G-CPA, G-CPP, G-OP, G-OAV, G-OCU, G-ER
      CG R&D CENTER (3) (CO, ISARC Project; Attn: R.Q. Robe,
                        CASP Project; Attn: CDR J. Frost)
      Commander, International Ice Patrol

9

Exhibit 1, Page 13

BRIEF HISTORY OF

THE USCG SEARCH AND RESCUE RESPONSE STANDARD

1. Prior to the 1970's the Coast Guard SAR response standards varied according to resource type, expected incident density, and severity of general conditions. In 1967 the Coast Guard started evaluating the SAR system and the need for a consistent SAR response standard. That study, <u>The SAR Criteria and Force Analysis</u>, November 1971, recommended that the SAR Program Manager establish a standard based on the needs of persons and craft in distress. The report stated in part "... **should provide the data necessary to analyse client survivability as a function of time in order to establish a relationship between client waiting time and probability of death**". This is clearly the basis for the survival time based SAR response standard we have today.

2. By the end of the '70s, a standard of two hours total response time was in place. It was based on the expected "normal" survival time of a person in the average water temperature (60°F) to be experienced in waters around the United States coasts. This value and rationale continue to be the basis for our current standard. The earliest two hour response standard was further broken down into several sub-standards.

    a. From initial notification, 5 minutes to initiate operational action for distress cases, 30 minutes for other then distress cases.

    b. From notification to B-0 SAR unit, 30 minutes to dispatch a suitable resource in 98% of the distress cases.

    c. From dispatch of suitable resources, 45 minutes to arrive on scene or in the search area for 90% of the distress cases.

    d. From arrival on scene, 45 minutes to locate and rescue the persons or craft in distress in 90% of the distress cases.

3. Over succeeding years minor refinements were made to the two hour standard, culminating in the present standard, in place since 1989, which says: "The program standard is to provide equipment and personnel capable of being ready to proceed within 30 minutes after unit notification" and "The program standard is to locate SAR facilities such that SRUs [search and rescue units] can arrive on scene or in the search area within 90 minutes after getting underway".

<u>Coast Guard Resource Effort</u>
vs.
<u>Program Goals of Saving Lives and Property</u>

The following tables show the results of CG effort in our
endeavor to save lives and property.  The program goals in this
area are stated as:

**Save 90% of those lives in peril after the CG is notified of
an incident.**  Calculated using the equation:

$$\frac{LS}{LS + LLA}$$  where:  LS = lives saved
LLA = lives lost after CG notification

**Save 70% of the property endangered after the CG is notified
of an incident.**  Calculated using the equation:

$$\frac{PLP}{PLP + PL}$$  where:  PLP = property loss prevented
PL = property lost

These first two tables represent data for **all CG resources**
involved in moderate and severe cases only.

### CG Wide Statistics

|        | Lives Saved (Goal - 90%) | Property Saved (Goal - 70%) |
|--------|--------------------------|------------------------------|
| FY89   | 88.4%                    | 54.6%                        |
| FY90   | 90.3%                    | 59.8%                        |
| FY91[1] | 93.5%                   | 73.4%                        |

### FY89-91 (Totals) by District

| District | Lives Saved(%) (Goal - 90%) | Property Saved(%) (Goal - 70%) |
|----------|------------------------------|---------------------------------|
| D1       | 88.4                         | 63.0                            |
| D2       | 61.8                         | 86.1                            |
| D5[1]    | 88.3                         | 50.4                            |
| D7       | 94.8                         | 77.1                            |
| D8       | 90.7                         | 56.0                            |
| D9       | 88.9                         | 80.0                            |
| D11      | 88.4                         | 60.6                            |
| D13      | 86.4                         | 43.7                            |
| D14      | 93.1                         | 79.2                            |
| D17[1]   | 92.1                         | 22.4                            |
| LANTAREA | 96.5                         | 94.6                            |
| PACAREA  | 83.2                         | 35.7                            |

[1] Districts 5 and 17 FY91 data is incomplete.

These two tables represent data for **Coast Guard Small Boats** and **Helicopters** involved in moderate and severe cases only.  Small boats and helicopters are the CG's primary quick response resources.

### CG Wide Small Boat and Helo Resource

|        | Lives Saved<br>(Goal - 90%) | Property Saved<br>(Goal - 70%) |
|--------|-----------------------------|--------------------------------|
| FY89   | 89.7%                       | 50.9%                          |
| FY90   | 90.1%                       | 70.8%                          |
| FY91[1] | 92.7%                      | 75.5%                          |

### CG Small Boat and Helo FY89-91 (Totals) by District

| District | Lives Saved(%)<br>(Goal - 90%) | Property Saved(%)<br>(Goal - 70%) |
|----------|--------------------------------|-----------------------------------|
| D1       | 88.4                           | 62.3                              |
| D2       | 60.6                           | 90.7                              |
| D5[1]    | 90.3                           | 70.1                              |
| D7       | 94.9                           | 79.1                              |
| D8       | 90.2                           | 54.6                              |
| D9       | 88.9                           | 80.5                              |
| D11      | 89.3                           | 65.3                              |
| D13      | 86.2                           | 43.1                              |
| D14      | 98.4                           | 86.4                              |
| D17[1]   | 93.2                           | 36.5                              |
| LANTAREA | 99.2                           | 9.8                               |
| PACAREA  | 96.8                           | 40.7                              |

[1] Districts 5 and 17 FY91 data is incomplete.

<u>Coast Guard Small Boat and Helicopter Effort</u>
vs.
<u>Program Two Hour Response Standard</u>

The following tables show the results of CG effort in meeting the two hour SAR response standard; a key in our endeavor to save lives and property. These tables represent data for **Small Boats and Helicopters only**. The program SAR Response Standard in this area is stated as:

**Maintain a two hour response standard for all cases in which there is a threat to life and/or property.** This response standard is broken down as 30 minutes for a unit to get underway (from unit notification) and 90 minutes for the unit to arrive on scene (in the search area, at datum, or along side the distressed vessel).

**CG Wide Small Boat and Helo Ability to Meet the Two Hour Response Standard after CG Unit Notification**

|        | Underway within 30 min of notification | On Scene within two hrs of notification |
|--------|----------------------------------------|-----------------------------------------|
| FY89   | 87.4%                                  | 93.3%                                   |
| FY90   | 86.9%                                  | 92.9%                                   |
| FY91[1] | 88.3%                                  | 93.1%                                   |

**FY89-91 (Totals)**

**CG District Small Boat and Helo Ability to Meet the Two Hour Response Standard after CG Unit Notification**

| District | Underway within 30 min of notification(%) | On Scene within two hrs of notification(%) |
|----------|-------------------------------------------|--------------------------------------------|
| D1       | 91.8                                      | 96.0                                       |
| D2       | 75.4                                      | 87.3                                       |
| D5[1]    | 88.7                                      | 93.8                                       |
| D7       | 84.7                                      | 90.1                                       |
| D8       | 85.0                                      | 90.5                                       |
| D9       | 92.5                                      | 96.1                                       |
| D11      | 87.4                                      | 93.8                                       |
| D13      | 89.9                                      | 95.7                                       |
| D14      | 78.5                                      | 89.9                                       |
| D17[1]   | 51.5                                      | 74.0                                       |
| LANTAREA | 54.8                                      | 66.1                                       |
| PACAREA  | 33.3                                      | 75.0                                       |

[1] Districts 5 and 17 FY91 data is incomplete.

3                    ENCLOSURE (2)

## Response Time Breakdown for FY 89 - 91

The following tables show the response time for the first unit on scene (along side or overhead) for FY89-FY91 SAR Cases where lives were saved or lost after Coast Guard notification. Response time is defined here as the time between unit notification and the unit's resource arriving on scene. Also included are cases where the Coast Guard was notified of an incident, conducted a search but failed to locate anything, and lives were lost.

Table 1 shows the results of responses by the entire SAR system, including all resources and agencies, i.e., commercial, DOD, Coast Guard, state, local, etc..

**Table 1. Cases Involving All Available Resources FY 89-91**

| Response Time (minutes) | Cases | After CG Notification Lives Saved | Lives Lost |
|---|---|---|---|
| 0 - 10 | 1516 | 2695 | 342 |
| 11 - 20 | 1250 | 2540 | 265 |
| 21 - 30 | 772 | 1434 | 163 |
| 31 - 40 | 621 | 1362 | 140 |
| 41 - 50 | 471 | 1078 | 93 |
| 51 - 60 | 287 | 575 | 45 |
| 61 - 70 | 270 | 499 | 33 |
| 71 - 80 | 186 | 366 | 26 |
| 81 - 90 | 130 | 434 | 8 |
| 91 - 00 | 119 | 307 | 10 |
| 101 - 110 | 95 | 207 | 21 |
| 111 - 120 | 85 | 264 | 13 |
| **2 HOUR SUBTOTAL** | **5802** | **11761** | **1159** |
| 121 - 130 | 61 | 97 | 15 |
| 131 - 140 | 67 | 279 | 10 |
| 141 - 150 | 41 | 80 | 3 |
| 151 - 160 | 42 | 91 | 3 |
| 161 - 170 | 27 | 66 | 1 |
| 171 - 180 | 21 | 37 | 1 |
| 181 - 190 | 9 | 10 | 1 |
| 191 - 200 | 17 | 21 | 20 |
| 201 - 210 | 16 | 33 | 1 |
| 211 - 220 | 10 | 17 | 0 |
| 221 - 230 | 16 | 31 | 1 |
| 231 - 240 | 11 | 31 | 4 |
| 241 + | 256 | 570 | 50 |
| **2+ HOUR SUBTOTAL** | **599** | **1396** | **110** |
| **TOTAL** | **6401** | **13157** | **1269** |

Exhibit 1, Page 18

Table 2 shows only those cases involving Coast Guard small boats and helicopters. These two unit types were chosen because they are the primary Coast Guard response units and perform the majority of Coast Guard SAR responses. Coast Guard small boats and helicopters statistics reflect the Coast Guard's response effectiveness.

**TABLE 2.** CG Small Boat and Helicopter Cases Only FY 89-91

| Response Time (minutes) | After CG Notification | | |
| --- | --- | --- | --- |
| | Cases | Lives Saved | Lives Lost |
| 0 - 10 | 961 | 1580 | 233 |
| 11 - 20 | 1024 | 1947 | 221 |
| 21 - 30 | 693 | 1366 | 156 |
| 31 - 40 | 578 | 1163 | 127 |
| 41 - 50 | 465 | 1011 | 95 |
| 51 - 60 | 284 | 571 | 47 |
| 61 - 70 | 246 | 493 | 26 |
| 71 - 80 | 170 | 339 | 24 |
| 81 - 90 | 126 | 365 | 7 |
| 91 - 100 | 95 | 136 | 9 |
| 101 - 110 | 83 | 187 | 10 |
| 111 - 120 | 60 | 139 | 8 |
| **2 HOUR SUBTOTAL** | 4785 | 9297 | 963 |
| 121 - 130 | 44 | 56 | 11 |
| 131 - 140 | 54 | 127 | 4 |
| 141 - 150 | 27 | 57 | 0 |
| 151 - 160 | 26 | 55 | 9 |
| 161 - 170 | 33 | 117 | 4 |
| 171 - 180 | 15 | 31 | 0 |
| 181 - 190 | 5 | 9 | 0 |
| 191 - 200 | 12 | 16 | 3 |
| 201 - 210 | 12 | 23 | 0 |
| 211 - 220 | 11 | 21 | 1 |
| 221 - 230 | 11 | 18 | 1 |
| 231 - 240 | 10 | 9 | 7 |
| 241 + | 115 | 359 | 10 |
| **2+ HOUR SUBTOTAL** | 375 | 898 | 50 |
| **TOTAL** | 5160 | 10195 | 1013 |

# LIVES SAVED/LOST – ALL RESOURCES
## 3 YEAR AVERAGE FOR FY's 89 –91

LIVES SAVED          LIVES LOST AFTER CG NOTIFICATION



ENCLOSURE(3)

# CUMULATIVE LIVES SAVED/LOST — ALL RESOURCES
## 3 YEAR AVERAGE FOR FY's 89 — 91

LIVES SAVED          LIVES LOST AFTER CG NOTIFICATION



ENCLOSURE(3)

# LIVES SAVED/LOST — CG BOATS & HELOS
## 3 YEAR AVERAGE FOR FY's 89 — 91

LIVES SAVED        LIVES LOST AFTER CG NOTIFICATION



LIVES

TIME IN MINUTES

ENCLOSURE(3)

# CUMULATIVE LIVES SAVED/LOST – CG BOATS & HELOS
## 3 YEAR AVERAGE FOR FY's 89 – 91

LIVES SAVED          LIVES LOST AFTER CG NOTIFICATION



## DETERMINING MEAN WATER TEMPERATURE IN U.S. COASTAL WATERS

We determined the mean water temperature based on data obtained
from the U.S. Navy's Marine Climatic Atlas of the World.  The
version of the Atlas used is the CD-ROM Version 1.0 of March
1992.

### LOCATIONS

In this atlas data is retrievable on either a 1x1 degree or 5x5
degree grid basis.  The 5x5 was chosen for reducing the time
required for this macro view analysis.  The 5x5 resulted in the
following 22 areas:

| AREA NAME | SOUTHERN BOUNDARY | NORTHERN BOUNDARY | WESTERN BOUNDARY | EASTERN BOUNDARY |
|-----------|-------------------|-------------------|------------------|------------------|
| *Atlantic Coast* | | | | |
| ATL-1 | 40 N | 45 N | 070 W | 065 W |
| ATL-1A | 40 N | 45 N | 075 W | 070 W |
| ATL-2 | 35 N | 40 N | 080 W | 075 W |
| ATL-2A | 35 N | 40 N | 075 W | 070 W |
| ATL-3 | 30 N | 35 N | 085 W | 080 W |
| ATL-3A | 30 N | 35 N | 080 W | 075 W |
| ATL-4 | 25 N | 30 N | 080 W | 075 W |
| ATL-4A | 25 N | 30 N | 085 W | 080 W |
| *Gulf Coast* | | | | |
| GUL-1 | 25 N | 30 N | 090 W | 085 W |
| GUL-1A | 25 N | 30 N | 095 W | 090 W |
| GUL-1B | 30 N | 35 N | 090 W | 085 W |
| GUL-2 | 25 N | 30 N | 100 W | 095 W |
| *Great Lakes* | | | | |
| GRL-1 | 40 N | 45 N | 090 W | 085 W |
| GRL-2 | 40 N | 45 N | 085 W | 080 W |
| GRL-3 | 40 N | 45 N | 080 W | 075 W |
| *Pacific Coast* | | | | |
| PAC-1 | 30 N | 35 N | 120 W | 115 W |
| PAC-2 | 35 N | 40 N | 125 W | 120 W |
| PAC-3 | 40 N | 45 N | 125 W | 120 W |
| PAC-4 | 45 N | 50 N | 125 W | 120 W |
| *Alaska* | | | | |
| AK-1 | 55 N | 60 N | 155 W | 150 W |
| AK-2 | 55 N | 60 N | 135 W | 130 W |
| *Hawaii* | | | | |
| HI-1 | 20 N | 25 N | 160 W | 155 W |

These areas do not cover all the areas where the Coast Guard
responds to cases.  They do cover a majority of the cases and
provide a good basis for mean temperature analysis.

## DATE

For each area the temperature was recorded for four months, one in each quarter of the year. These months were chosen based on expected warmest and coldest water temperature for the year, and two intermediate temperatures. The warmest/coldest were determined by a quick examination of data in area ATL-1 and ATL-2 for each month of the year. The months were then chosen to be spaced evenly (one in each quarter) and keeping consistent with the data. The resulting chosen months were:

Coldest February
Warmest August
Intermediate May & November

The temperature data for each area for each of the four months was retrieved and entered into a spreadsheet.

## WEIGHTING

Because we are using this mean water temperature in the analysis of our SAR Response Standard, we concluded that the temperatures in each of the areas must be weighted to reflect the level of responses during the period when that temperature occurs. To address the relative importance in the mean of each temperature data point, it was related to the chance a response will be necessary in that area based on past occurance. The Search and Rescue Management Information System (SARMIS) data base was queried for number of cases occuring during each quarter of the year for each of the areas we previously selected for temperature data. Three years data, FY89 thru FY91, was used to avoid the influence of any anomalies that may occur in a single year.

Weighting was achieved by simply multiplying the temperature for each area and month (quarter) by the corresonding number of cases.

## RESULTS

The weighted temperatures from each area/month combination were added together and then divided by the total number of cases to find the weighted mean water temperature. 64.6°F (18.1°C) is the resultant weighted mean water temperature in U.S. coastal waters.

## A MATTER OF INTEREST

The simple (no weighting) mean water temperature for U.S. coastal waters was calculated for comparison with the weighted mean. 62.7°F (17.1°C) is the simple mean water temperature in U.S. coastal waters... a difference of ONLY 1.3°F (1°C) from the weighted mean!

ENCLOSURE (4)

## SEA SURFACE TEMPERATURE DEG F / TOTAL CASES FY 89 - 91 / CASES x TEMP

| AREA | AREA DESCRIPTION | SEA SURFACE TEMPERATURE DEG F | | | | TOTAL CASES FY 89 - 91 | | | | CASES x TEMP | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FEB | MAY | AUG | NOV | FEB | MAY | AUG | NOV | FEB | MAY | AUG | NOV |
| TL-1 | 40N-45N/70W-65W | 41.3 | 47.2 | 63.0 | 53.0 | 282 | 540 | 1161 | 460 | 11647 | 25488 | 73143 | 24380 |
| TL-1A | 40N-45N/75W-70W | 46.0 | 49.6 | 69.4 | 53.6 | 963 | 7233 | 12778 | 3125 | 44298 | 358757 | 886793 | 167500 |
| TL-2 | 35N-30N/80W-75W | 36.2 | 62.2 | 78.1 | 61.2 | 587 | 3923 | 4870 | 1746 | 21249 | 244011 | 380347 | 106855 |
| TL-2A | 35N-40N/75W-70W | 55.3 | 61.6 | 78.2 | 65.2 | 289 | 2193 | 3904 | 736 | 15982 | 135089 | 305293 | 47987 |
| TL-3 | 30N-35N/85W-80W | 47.6 | 76.3 | 82.2 | 73.7 | 280 | 688 | 562 | 401 | 13328 | 52494 | 46196 | 29554 |
| TL-3A | 30N-35N/80W-75W | 71.5 | 76.8 | 83.6 | 77.0 | 278 | 804 | 716 | 529 | 19877 | 61747 | 59858 | 40733 |
| TL-4 | 25N-30N/80W-75W | 65.0 | 78.8 | 84.6 | 79.1 | 290 | 487 | 478 | 260 | 18850 | 38376 | 40439 | 20566 |
| TL-4A | 25N-30N/85W-80W | 73.2 | 79.3 | 85.0 | 78.7 | 2754 | 3934 | 3414 | 2582 | 201593 | 311966 | 290190 | 203203 |
| JL-1 | 25N-30N/90W-85W | 74.6 | 79.2 | 85.4 | 78.6 | 282 | 511 | 592 | 390 | 21037 | 40471 | 50557 | 30654 |
| JL-1A | 25N-30N/95W-90W | 68.6 | 77.4 | 85.6 | 76.0 | 393 | 861 | 906 | 551 | 26960 | 66641 | 77554 | 41876 |
| JL-1B | 30N-35N/90W-85W | 63.0 | 75.9 | 85.2 | 73.2 | 332 | 1056 | 1146 | 450 | 20916 | 80150 | 97639 | 32940 |
| UL-2 | 25N-30N/100W-95W | 67.9 | 77.3 | 84.9 | 76.5 | 396 | 720 | 1016 | 420 | 26888 | 55656 | 86258 | 32130 |
| RL-1 | 40N-45N/90W-85W | 37.2 | 39.3 | 64.5 | 45.6 | 91 | 2192 | 3613 | 381 | 3385 | 86146 | 233039 | 17374 |
| RL-2 | 40N-45N/85W-80W | 43.0 | 44.3 | 65.4 | 47.8 | 198 | 4030 | 5755 | 890 | 8514 | 178529 | 376377 | 42542 |
| RL-3 | 40N-45N/80W-75W | 35.1 | 42.8 | 69.1 | 47.2 | 21 | 1078 | 1960 | 174 | 737 | 46138 | 135436 | 8213 |
| AC-1 | 30N-35N/120W-115W | 58.6 | 60.7 | 67.3 | 63.0 | 649 | 1074 | 1210 | 734 | 38031 | 65192 | 81433 | 46242 |
| AC-2 | 35N-40N/125W-120W | 53.7 | 54.7 | 59.2 | 57.4 | 1004 | 2010 | 2374 | 1060 | 53915 | 109947 | 140541 | 60844 |
| AC-3 | 40N-45N/125W-120W | 50.5 | 52.0 | 55.5 | 54.2 | 435 | 1478 | 2224 | 571 | 21968 | 76856 | 123432 | 30948 |
| AC-4 | 45N-50N/125W-120W | 47.0 | 51.8 | 58.1 | 50.2 | 679 | 1589 | 3462 | 773 | 31913 | 82310 | 201142 | 38805 |
| K-1 | 55N-60N/155W-150W | 38.2 | 41.5 | 52.1 | 44.2 | 52 | 165 | 189 | 97 | 1986 | 6848 | 9847 | 4287 |
| K-2 | 55N-60N/135W-130W | 35.1 | 42.8 | 69.1 | 47.2 | 121 | 183 | 212 | 161 | 4247 | 7832 | 14649 | 7599 |
| I-1 | 20N-25N/160W-155W | 76.6 | 76.9 | 79.6 | 78.4 | 272 | 309 | 358 | 256 | 20835 | 23762 | 28497 | 20070 |
| | TOTAL: | | | | | 10648 | 37058 | 52900 | 16747 | 628157 | 2154407 | 3738659 | 1055303 |
| | AVERAGE: | 53.9 | 61.3 | 73.0 | 62.8 | | | | | | | | |

SIMPLE AVG:   62.7 DEG F
WEIGHTED AVG:   64.6 DEG F

## SEAS IN FT / TOTAL CASES FY 89 -91 / CASES x SEAS

| AREA | AREA DESCRIPTION | SEAS IN FT | | | | TOTAL CASES FY 89 -91 | | | | CASES x SEAS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FEB | MAY | AUG | NOV | FEB | MAY | AUG | NOV | FEB | MAY | AUG | NOV |
| TL-1 | 40N-45N/70W-65W | 6.1 | 3.2 | 2.7 | 5.4 | 282 | 540 | 1161 | 460 | 1720 | 1728 | 3135 | 2484 |
| TL-1A | 40N-45N/75W-70W | 4.6 | 2.8 | 2.5 | 4.0 | 963 | 7233 | 12778 | 3125 | 4430 | 20252 | 31945 | 12500 |
| TL-2 | 35N-30N/80W-75W | 4.2 | 2.9 | 2.8 | 3.7 | 587 | 3923 | 4870 | 1746 | 2465 | 11377 | 13636 | 6460 |
| TL-2A | 35N-40N/75W-70W | 5.9 | 3.7 | 3.5 | 5.2 | 289 | 2193 | 3904 | 736 | 1705 | 8114 | 13664 | 3827 |
| TL-3 | 30N-35N/85W-80W | 3.8 | 2.5 | 2.4 | 3.2 | 280 | 688 | 562 | 401 | 1064 | 1720 | 1349 | 1283 |
| TL-3A | 30N-35N/80W-75W | 5.7 | 3.9 | 3.5 | 4.9 | 278 | 804 | 716 | 529 | 1585 | 3136 | 2506 | 2592 |
| TL-4 | 25N-30N/80W-75W | 4.5 | 3.1 | 2.8 | 4.3 | 290 | 487 | 478 | 260 | 1305 | 1510 | 1338 | 1118 |
| TL-4A | 25N-30N/85W-80W | 3.7 | 2.7 | 2.0 | 3.7 | 2754 | 3934 | 3414 | 2582 | 10190 | 10622 | 6828 | 9553 |
| UL-1 | 25N-30N/90W-85W | 4.3 | 2.9 | 2.1 | 3.9 | 282 | 511 | 592 | 390 | 1213 | 1482 | 1243 | 1521 |
| UL-1A | 25N-30N/95W-90W | 4.1 | 3.1 | 2.1 | 3.9 | 393 | 861 | 906 | 551 | 1611 | 2669 | 1903 | 2149 |
| UL-1B | 30N-35N/90W-85W | 3.2 | 2.1 | 1.9 | 2.7 | 332 | 1056 | 1146 | 450 | 1062 | 2218 | 2177 | 1215 |
| UL-2 | 25N-30N/100W-95W | 4.4 | 3.6 | 2.6 | 4.3 | 396 | 720 | 1016 | 420 | 1742 | 2592 | 2642 | 1806 |
| RL-1 | 40N-45N/90W-85W | 4.0 | 2.5 | 2.7 | 4.0 | 91 | 2192 | 3613 | 381 | 364 | 5480 | 9755 | 1524 |
| RL-2 | 40N-45N/85W-80W | 4.1 | 2.0 | 2.2 | 3.8 | 198 | 4030 | 5755 | 890 | 812 | 8060 | 12661 | 3382 |
| RL-3 | 40N-45N/80W-75W | 2.0 | 1.1 | 1.5 | 2.9 | 21 | 1078 | 1960 | 174 | 42 | 1186 | 2940 | 505 |
| AC-1 | 30N-35N/120W-115W | 3.3 | 3.2 | 2.7 | 3.0 | 649 | 1074 | 1210 | 734 | 2142 | 3437 | 3267 | 2202 |
| AC-2 | 35N-40N/125W-120W | 5.4 | 5.6 | 5.1 | 5.0 | 1004 | 2010 | 2374 | 1060 | 5422 | 11256 | 12107 | 5300 |
| AC-3 | 40N-45N/125W-120W | 5.4 | 5.0 | 4.6 | 6.1 | 435 | 1478 | 2224 | 571 | 2349 | 7390 | 10230 | 3483 |
| AC-4 | 45N-50N/125W-120W | 5.0 | 4.3 | 3.1 | 5.2 | 679 | 1589 | 3462 | 773 | 3395 | 6833 | 10732 | 4020 |
| K-1 | 55N-60N/155W-150W | 6.8 | 4.5 | 4.2 | 7.5 | 52 | 165 | 189 | 97 | 354 | 743 | 794 | 728 |
| K-2 | 55N-60N/135W-130W | 4.3 | 2.8 | 2.7 | 5.1 | 121 | 183 | 212 | 161 | 520 | 512 | 572 | 821 |
| I-1 | 20N-25N/160W-155W | 6.0 | 4.4 | 4.4 | 5.3 | 272 | 309 | 358 | 256 | 1632 | 1360 | 1575 | 1357 |
| | TOTAL: | | | | | 10648 | 37058 | 52900 | 16747 | 47124 | 113675 | 147000 | 69830 |
| | AVERAGE: | 4.6 | 3.3 | 2.9 | 4.4 | | | | | | | | |

SIMPLE AVG:   3.8 FT
WEIGHTED AVG:   3.2 FT

# ENCLOSURE(5)

## AIR TEMP DEG F

| AREA | AREA DESCRIPTION | AIR TEMP DEG F FEB | MAY | AUG | NOV | TOTAL CASES FY 89-91 FEB | MAY | AUG | NOV | CASES x TEMP FEB | MAY | AUG | NOV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 'L-1 | 40N-45N/70W-65W | 36.2 | 49.7 | 65.0 | 49.4 | 282 | 540 | 1161 | 460 | 10208 | 26838 | 75465 | 22724 |
| 'L-1A | 40N-45N/75W-70W | 35.5 | 53.4 | 70.9 | 49.4 | 963 | 7233 | 12778 | 3125 | 34187 | 386242 | 905960 | 154375 |
| L-2 | 35N-30N/80W-75W | 45.2 | 65.2 | 78.1 | 56.4 | 587 | 3923 | 4870 | 1746 | 26532 | 255780 | 380347 | 98474 |
| L-2A | 35N-40N/75W-70W | 47.4 | 62.0 | 77.3 | 58.8 | 289 | 2193 | 3904 | 736 | 13699 | 135966 | 301779 | 43277 |
| L-3 | 30N-35N/85W-80W | 59.3 | 75.2 | 81.6 | 67.0 | 280 | 688 | 562 | 401 | 16604 | 51738 | 45859 | 26867 |
| L-3A | 30N-35N/80W-75W | 61.9 | 74.3 | 81.8 | 68.6 | 278 | 804 | 716 | 529 | 17208 | 59737 | 58569 | 36289 |
| L-4 | 25N-30N/80W-75W | 69.4 | 77.3 | 83.2 | 74.2 | 290 | 487 | 478 | 260 | 20126 | 37645 | 39770 | 19292 |
| L-4A | 25N-30N/85W-80W | 69.7 | 78.6 | 83.9 | 74.6 | 2754 | 3934 | 3414 | 2582 | 191954 | 309212 | 286435 | 192617 |
| L-1 | 25N-30N/80W-85W | 69.0 | 78.5 | 83.4 | 73.6 | 282 | 511 | 592 | 390 | 19458 | 40114 | 49373 | 28704 |
| L-1A | 25N-30N/95W-90W | 65.2 | 77.4 | 84.1 | 71.1 | 393 | 861 | 906 | 551 | 25624 | 66641 | 76195 | 39176 |
| L-1B | 30N-35N/90W-85W | 57.9 | 75.4 | 83.0 | 66.1 | 332 | 1056 | 1146 | 450 | 19223 | 79622 | 95118 | 29745 |
| L-2 | 25N-30N/100W-95W | 65.1 | 77.4 | 84.0 | 72.1 | 396 | 720 | 1016 | 420 | 25780 | 55728 | 85344 | 30282 |
| L-1 | 40N-45N/90W-85W | 26.4 | 45.8 | 66.6 | 41.5 | 91 | 2192 | 3613 | 381 | 2402 | 100394 | 240626 | 15812 |
| L-2 | 40N-45N/85W-80W | 18.5 | 49.6 | 66.2 | 42.9 | 198 | 4030 | 5755 | 890 | 3663 | 199888 | 380981 | 38181 |
| L-3 | 40N-45N/80W-75W | 29.2 | 48.8 | 70.3 | 43.1 | 21 | 1078 | 1960 | 174 | 613 | 52606 | 137788 | 7499 |
| AC-1 | 30N-35N/120W-115W | 57.6 | 60.3 | 66.4 | 62.3 | 649 | 1074 | 1210 | 734 | 37512 | 64762 | 80344 | 45728 |
| AC-2 | 35N-40N/125W-120W | 53.4 | 55.5 | 59.9 | 57.3 | 1004 | 2010 | 2374 | 1060 | 53614 | 111555 | 142203 | 60738 |
| AC-3 | 40N-45N/125W-120W | 50.1 | 53.0 | 58.4 | 53.7 | 435 | 1478 | 2224 | 571 | 21794 | 78334 | 129882 | 30663 |
| AC-4 | 45N-50N/125W-120W | 45.4 | 53.7 | 60.9 | 48.5 | 679 | 1589 | 3462 | 773 | 30827 | 85329 | 210836 | 37491 |
| I-1 | 55N-60N/155W-150W | 33.5 | 43.2 | 54.7 | 39.7 | 52 | 165 | 189 | 97 | 1742 | 7128 | 10338 | 3851 |
| I-2 | 55N-60N/135W-130W | 38.8 | 47.4 | 55.9 | 42.1 | 121 | 183 | 212 | 161 | 4695 | 8674 | 11851 | 6778 |
| -1 | 20N-25N/160W-155W | 75.1 | 76.1 | 78.9 | 76.8 | 272 | 309 | 358 | 256 | 20427 | 23515 | 28246 | 19661 |
| TOTAL: | | | | | | 10648 | 37058 | 52900 | 16747 | 597890 | 2237449 | 3773307 | 988224 |
| AVERAGE: | | 50.5 | 62.6 | 72.5 | 58.6 | | | | | | | | |

SIMPLE AVG: 61.0 DEG F
WEIGHTED AVG: 64.7 DEG F

## SURFACE WINDS KTS

| AREA | AREA DESCRIPTION | SURFACE WINDS KTS FEB | MAY | AUG | NOV | TOTAL CASES FY 89-91 FEB | MAY | AUG | NOV | CASES x WINDS FEB | MAY | AUG | NOV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| rL-1 | 40N-45N/70W-65W | 18.0 | 11.3 | 9.5 | 1.2 | 282 | 540 | 1161 | 460 | 5076 | 6102 | 11030 | 552 |
| rL-1A | 40N-45N/75W-70W | 15.0 | 10.5 | 9.4 | 14.2 | 963 | 7233 | 12778 | 3125 | 14445 | 75947 | 120113 | 44375 |
| rL-2 | 35N-30N/80W-75W | 14.4 | 11.3 | 10.2 | 13.4 | 587 | 3923 | 4870 | 1746 | 8453 | 44330 | 49674 | 23396 |
| rL-2A | 35N-40N/75W-70W | 17.7 | 12.2 | 11.3 | 15.9 | 289 | 2193 | 3904 | 736 | 5115 | 26755 | 44115 | 11702 |
| rL-3 | 30N-35N/85W-80W | 14.7 | 11.1 | 10.0 | 14.2 | 280 | 688 | 562 | 401 | 4116 | 7637 | 5620 | 5694 |
| rL-3A | 30N-35N/80W-75W | 17.5 | 13.1 | 11.5 | 15.3 | 278 | 804 | 716 | 529 | 4865 | 10532 | 8234 | 8094 |
| rL-4 | 25N-30N/80W-75W | 14.2 | 10.9 | 9.6 | 13.8 | 290 | 487 | 478 | 260 | 4118 | 5308 | 4589 | 3588 |
| rL-4A | 25N-30N/85W-80W | 12.7 | 10.0 | 8.1 | 12.8 | 2754 | 3934 | 3414 | 2582 | 34976 | 39340 | 27653 | 33050 |
| JL-1 | 25N-30N/90W-85W | 14.1 | 10.8 | 8.5 | 13.5 | 282 | 511 | 592 | 390 | 3976 | 5519 | 5032 | 5265 |
| JL-1A | 25N-30N/95W-90W | 13.8 | 11.2 | 8.6 | 13.5 | 393 | 861 | 906 | 551 | 5423 | 9643 | 7792 | 7439 |
| JL-1B | 30N-35N/90W-85W | 14.4 | 9.9 | 9.4 | 12.5 | 332 | 1056 | 1146 | 450 | 4781 | 10454 | 10772 | 5625 |
| JL-2 | 25N-30N/100W-95W | 14.0 | 12.3 | 9.8 | 14.3 | 396 | 720 | 1016 | 420 | 5544 | 8856 | 9957 | 6006 |
| RL-1 | 40N-45N/90W-85W | 19.7 | 15.2 | 14.0 | 19.1 | 91 | 2192 | 3613 | 381 | 1793 | 33318 | 50582 | 7277 |
| RL-2 | 40N-45N/85W-80W | 18.3 | 14.3 | 14.4 | 19.1 | 198 | 4030 | 5755 | 890 | 3623 | 57629 | 82872 | 16999 |
| RL-3 | 40N-45N/80W-75W | 14.2 | 11.8 | 11.3 | 16.8 | 21 | 1078 | 1960 | 174 | 298 | 12720 | 22148 | 2923 |
| AC-1 | 30N-35N/120W-115W | 9.4 | 9.8 | 8.7 | 8.5 | 649 | 1074 | 1210 | 734 | 6101 | 10525 | 10527 | 6239 |
| AC-2 | 35N-40N/125W-120W | 11.8 | 14.6 | 13.5 | 11.0 | 1004 | 2010 | 2374 | 1060 | 11847 | 29346 | 32049 | 11660 |
| AC-3 | 40N-45N/125W-120W | 13.2 | 13.3 | 12.1 | 13.4 | 435 | 1478 | 2224 | 571 | 5742 | 19657 | 26910 | 7651 |
| AC-4 | 45N-50N/125W-120W | 11.2 | 8.5 | 7.5 | 9.9 | 679 | 1589 | 3462 | 773 | 7605 | 13507 | 25965 | 7653 |
| K-1 | 55N-60N/155W-150W | 16.7 | 12.8 | 12.0 | 18.1 | 52 | 165 | 189 | 97 | 868 | 2112 | 2268 | 1756 |
| K-2 | 55N-60N/135W-130W | 14.7 | 10.5 | 13.8 | 16.3 | 121 | 183 | 212 | 161 | 1779 | 1922 | 2926 | 2624 |
| I-1 | 20N-25N/160W-155W | 13.3 | 11.6 | 78.9 | 13.5 | 272 | 309 | 358 | 256 | 3618 | 3584 | 28246 | 3456 |
| TOTAL: | | | | | | 10648 | 37058 | 52900 | 16747 | 144162 | 434744 | 589074 | 223024 |
| AVERAGE: | | 14.7 | 11.7 | 13.7 | 13.7 | | | | | | | | |

SIMPLE AVG: 13.4 KTS
WEIGHTED AVG: 11.9 KTS

**ENCLOSURE (5)**

## SURVIVAL DISCUSSION

In considering survival times, two distinct uses for the information are made by search and rescue (SAR) planners. First for Response, determining how quickly a unit must respond in given conditions to prevent a loss of life. Second for Suspension of Search Activity, how long a search must be continued before there is any reasonable hope a person still survives. Here we will discuss primarily the application as it applies to the first of these, Response.

### OLD SURVIVAL DATA

In the past (up until 1991) the Coast Guard used a survival graph which was developed following World War II. Much of the data was gathered from survival statistics of marine casualties incurred during the war. The below pictured graph (redrawn/modified for ease of comparison), was contained in the National SAR Manual as the primary guidance for expected survival times for both Response and Suspension. Its greatest limitation was the presentation of data to only six hours.

[OLD] Figure 4-1. Water Chill Without Antiexposure suit

In conjunction with previously accepted 60°F mean water temperature for U.S. Coastal waters, this graph formed the basis of the two hour Response Standard currently in use today [on the graph the 60°F line intersects the "Marginal 50% Expectancy of Death" zone close to the two hour mark].

## NEW SURVIVAL DATA

Research into immersion hypothermia done over the past two decades greatly increased the knowledge and available data on water survival. In 1991 the Interagency Committee on Search and Rescue, on a U.S. Navy recommendation, adopted the use of a new water chill/survival graph. The adopted water chill graph is from the work of Dr. J.S. Hayward, [The Physiology of Immersion Hypothermia, in The Nature and Treatment of Hypothermia, edited by Pozos, R.S., Ph.D. and Wittmers, L.E., Jr., Ph.D., Copyright (c) 1983, University of Minnesota Press]. It provides far better data for use of SAR planners, particularly in terms of expected length of survival time. This graph replaced the old one in the National SAR Manual.



[NEW] Figure 4-1. Water Chill Without Antiexposure suit

This graph however, still has it's limitations. An extension of data to 12 hours, although better then the old graph, is still a limitation. The data is based on survival in calm waters/weather, so does not account for the effects of seas, winds, or air temperature. It clearly relates temperature and time to likelyhood of death from hypothermia, but does not show expectancy of death based on ALL causes. In the accompanying text it does state that, "...cold water greatly facilitates death from drowning, often in the first 10 to 15 minutes, particularly for those not wearing flotation devices."

Exhibit 1, Page 29

OTHER SURVIVAL INFORMATION

In the Navy's Marine Climatic Atlas of the World (CD-ROM, Version 1.0, March 1992) is the following paragraph and companion table based on information found in the Navy Manual of Preventive Medicine, P50-10-3:

"Sea surface temperature can be used to estimate the approximate time a person in ordinary clothes and life preserver may be expected to survive in the water."

| Water Temp (degrees C) | Exhaustion or Unconsciousness | Expected Time of Survival |
|---|---|---|
| < 0 | < 15 min | < 15 to 45 min |
| 0 to 5 | 15 to 30 min | 30 to 90 min |
| 5 to 10 | 30 to 60 min | 1 to 3 hrs |
| 10 to 15 | 1 to 2 hrs | 1 to 6 hrs |
| 15 to 20 | 2 to 7 hrs | 2 to 40 hrs |
| 20 to 25 | 3 to 12 hrs | 4 to indefinite hrs |
| > 25 | indefinite | indefinite |

We created the following graph based on this table.



The upper limit of Expected Time of Survival is nearly the same as that for the new Figure 4-1 from the National SAR Manual [the obvious deviation is the straight line from 10°C to 15°C, this occurs because a finite set of points were provided. It is reasonable to expect the curve between 10°C and 15°C behaves much as the upper curve edge in figure 4-1.]. Our interest however is primarily the lower edges as they pertain to response time. Note

Exhibit 1, Page 30

that at 15°C to 20°C the Expected Time of Survival and time to
Exhaustion or Unconsciousness coincide. At that point, according
to this data and graph, death may occur as soon as exhaustion or
unconsciousness.

Based on this graph, we expect that a person NOT wearing a
personnel flotation device could die (from drowning) on reaching
the point where exhaustion or unconsciousness occurs. Recall,
the words accompanying the hypothermia based survival graph,
"...cold water greatly facilitates death from drowning, often in
the first 10 to 15 minutes, particularly for those not wearing
flotation devices."

SURVIVAL TIME VS. MEAN WATER TEMPERATURE

In examining the Coast Guard Response Standard we determined the
mean surface water temperature in U.S. coastal waters to be
64.6°F (18.1°C).



This graph shows the lower limit from all three survival graphs
with lines drawn in for the newly calculated and previously used
mean water temperature, 64.6°F, and 60°F respectively. The old
survival line and water temperature are shown for comparison. As
expected, the amount of time between exhaustion/unconsciousness
and death from hypothermia increases as the water temperature
rises. At the mean water temperature this difference is
approximately two hours.

ENCLOSURE (6)

When considering survival as it relates to response standards, we must look at the earliest point where lives are in jeopardy. That occurs at approximately one and two-thirds hours, on the bottom curve. In addition to mean water temperature, the mean air temperature 64.7°F, sea height 3.2 feet, and surface winds 11.9 knots, were calculated from the Navy Marine Climatic Atlas. Although the absolute affect each of these have on survival is not tabulated, we can say with confidence that each of the mean levels we determined for these factors would act to lower the survival time from the hypothermia graph, which is based on calm weather/waters. In effect, this would draw the hypothermia curve downward towards the unconsciousness/exhaustion curve. This lends support to the value of the curve based on the Navy's information.

We must use caution when drawing conclusions from the above data/graphs. The studies conducted to establish the data used a limited number of subjects. This is shown in part by the wide bands used in each curve for survival expectation, the width of the band accounts (in part) for the variability of different body sizes, cooling rates, etc. Applying the data to the general population must be done with care.

| SAR Lives Saved Goal (93%) | D1 | D5 | D7 | D8 | D9 | D11 | D13 | D14 | D17 | CG |
|---|---|---|---|---|---|---|---|---|---|---|
| 1995 | 94.7% | 94.6% | 94.2% | 95.9% | 93.8% | 89.6% | 92.3% | 96.2% | 88.7% | 93.7% |
| 1996 | 96.7% | 79.2% | 96.4% | 94.3% | 93.3% | 89.4% | 94.9% | 95.3% | 95.1% | 93.2% |
| 1997 | 93.6% | 92.9% | 95.2% | 92.9% | 94.3% | 89.0% | 89.4% | 96.4% | 92.2% | 93.1% |
| 1998 | 96.2% | 96.3% | 92.8% | 94.3% | 93.2% | 92.8% | 95.4% | 91.5% | 95.4% | 94.4% |
| 1999 | 96.0% | 93.8% | 96.7% | 97.4% | 92.8% | 92.8% | 92.4% | 90.7% | 95.4% | 95.4% |
| 5 year average | 95.4% | 91.4% | 95.1% | 94.9% | 93.5% | 90.7% | 92.9% | 94.0% | 93.3% | 94.0% |

| CG Lives Saved Goal (85%) | D1 | D5 | D7 | D8 | D9 | D11 | D13 | D14 | D17 | CG |
|---|---|---|---|---|---|---|---|---|---|---|
| 1995 | 91.3% | 85.5% | 89.0% | 79.5% | 88.4% | 81.5% | 84.0% | 85.1% | 77.9% | 85.3% |
| 1996 | 81.2% | 74.1% | 82.9% | 82.6% | 86.3% | 79.4% | 91.9% | 90.1% | 89.6% | 83.8% |
| 1997 | 88.2% | 85.6% | 89.5% | 81.9% | 86.9% | 78.8% | 85.9% | 68.3% | 87.0% | 84.0% |
| 1998 | 91.3% | 89.8% | 84.4% | 75.8% | 85.3% | 71.5% | 87.9% | 78.7% | 88.9% | 84.1% |
| 1999 | 91.0% | 85.4% | 91.1% | 88.3% | 82.5% | 80.6% | 82.9% | 77.2% | 90.3% | 87.5% |
| 5 year average | 88.6% | 84.1% | 87.4% | 81.6% | 85.9% | 78.3% | 86.5% | 79.9% | 86.7% | 84.9% |

ENCLOSURE(2)

# History of USCG Search and Rescue Response Standard

The two-hour Search and Rescue (SAR) response standard has remained unchanged since its inception in the mid 1970s. It was established as a result of recommendations following a comprehensive study of the Coast Guard SAR program conducted from 1967 through 1971. The two-hour response time is a SAR system resource-planning standard that consists of 30-min of SAR planning and a 90-min sortie to arrive on-scene. This standard does not apply for every case, since circumstances of any given mission may make it impossible or contrary to proper ORM. It is also understood that this response standard may not be met in all areas of responsibility, especially in those which include vast areas of open ocean and/or remote locations with little or no SAR demand.

Prior to the 1970's the Coast Guard SAR response standards varied according to resource type, expected incident density, and severity of general conditions. In 1967, the Coast Guard started evaluating the SAR system and the need for a consistent SAR response standard. That study, The SAR Criteria and Force Analysis completed in November 1971, recommended that the SAR Program Manager establish a response standard based on the needs of persons and craft in distress. The report stated in part "… the data necessary [should] analyze client survivability as a function of time in order to establish a relationship between client waiting time and probability of death." This is the basis for the SAR response standard we have today.

The USCG standard of two hours total response time was established by the end of the 1970s. It was based on the expected "normal" survival time of a person in the average water temperature (60°F) around the United States' coasts. Over succeeding years minor refinements were made to the two-hour standard, culminating in the USCG's present standard that has been in place since 1989; it states "…the program standard is to provide equipment and personnel capable of being ready to proceed within 30 minutes after unit notification," and "…to locate SAR facilities such that SRUs (search and rescue units) can arrive on scene or in the search area within 90 minutes after getting underway." The two-hour SAR response standard was re-examined and validated in 1992 and 2000 with no changes. The underlying assumptions to the two-hour response standard include: mean environmental conditions (60°F water, 3.2ft seas, 64.7°air, 11.9kts wind), published survival standards, relationship between time and lives lost and saved, and relationship to CG-SAR's program goals.

In November 2000, Vice Admiral Cross, Assistant Commandant for Operations, reiterated the justification for the USCG single response standard and included the following principles -

"First, mariners should be responsible for equipping themselves for the location and climate in which they operate. Second, if mariners take responsibility for preparing properly to survive, they can then rely on the USCG to have SAR resources reach them within the established two-hour response standard. Third, the SAR system exists in multiple layers (both surface and air as well as state, local and volunteer agencies to provide coverage). Fourth, a single established response standard provides a uniform starting point for asset allocation. It provides a disciplined methodology that allocates scarce SAR resources throughout the United Sates and it territories balanced against an acceptable level of risk."

The November 2000 study also determined there was no significant difference in performance measures between "cold-water" and "warm-water" districts. In fact, the performance measures in colder climates are better than in some warmer climates. Finally, Admiral Cross stated "…the Coast Guard's SAR response standard has proven to be defensible within the government and with the general public. This has been facilitated by the ease which the standard can be applied, explained and understood."

Although the most recent study was conducted in 2000, CG-SAR believes the two-hour response standard remains valid and judicious; it balances the USCG's duty and commitment to aid those in peril on the sea and the organization's responsibility to fiscal stewardship.