IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NEWPORT FISHERMEN'S WIVES, an Oregon nonprofit corporation; LINCOLN COUNTY<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES COAST GUARD, an agency of the United States Department of Homeland Security, KRISTI NOEM in her official capacity as the Secretary of Homeland Security,<br><br>        Defendants. | Civ. No. 6:25-cv-02165-AA (Lead Case)<br>Civ. No. 6:25-cv-02172-AA (Trailing Case)<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION** |

AIKEN, District Judge.

    The Court GRANTS Plaintiffs' Motions for Preliminary Injunction, (ECF 39, 42), and ORDERS as follows:

    1.    The October 29, 2025, Memorandum from Scott J. Giard, Coast Guard District Northwest, regarding Air Facility Newport Staffing Management Efficiencies (ECF 44-4 at 5), is STAYED and ENJOINED.

    2.    Defendants are further ORDERED to maintain the status quo ante by forward deploying a rescue helicopter to the U.S. Coast Guard Air Facility Newport, together with full operational capabilities, infrastructure, and personnel support, in operational status seven days a week, 24 hours a day.

    3.    Defendants shall file with the Court a Status Report seven days from the date of this Order, and each seven days thereafter, documenting the actions that Defendants have taken to comply with this Order. Such reports shall include information regarding

Defendants' compliance with this Order during the prior week, Defendants' planned compliance for the following week, and any changes to U.S. Coast Guard operations in or around Newport, Oregon, including operations or plans to support other Department of Homeland Security operations.

4. Defendants are further ORDERED to promptly report to this Court if maintenance or a breakdown in U.S. Coast Guard's available helicopters prevent compliance with this Order such that this Court may consider modifications of this Order as necessary.

This injunction is effective immediately and remains in effect during the pendency of this lawsuit unless modified by a final judgment or other order of the Court.

It is so ORDERED and DATED this _____ day of December 2025 at \_\_\_\_\_

_____
THE HONORABLE ANN L. AIKEN
United States District Judge