DAN RAYFIELD
Attorney General
BRIAN SIMMONDS MARSHALL #196129
NINA ENGLANDER #106119
Senior Assistant Attorneys General
DEREK OLSON #225504
Assistant Attorney General
Trial Attorneys
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: 971-673-1880
Fax: 971-673-5000
Email:  Brian.S.Marshall@doj.oregon.gov
        Nina.Englander@doj.oregon.gov
        Derek.Olson@doj.oregon.gov

Attorneys for Plaintiff, State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NEWPORT FISHERMEN'S WIVES, INC., an Oregon nonprofit corporation, and LINCOLN COUNTY, a political subdivision of the State of Oregon,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES COAST GUARD, an agency of the United States Department of Homeland Security, and KRISTI NOEM in her official capacity as the Secretary of Homeland Security<br><br>Defendants. | Case No. 6:25-cv-02165-AA (Leading Case)<br><br>SUPPLEMENTAL DECLARATION OF DEREK OLSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION<br><br>Consolidated with:<br>*State of Oregon v. Noem, et al.*<br>No. 6:25-cv-02172-AA (Trailing Case) |

Page 1 -   SUPPLEMENTAL DECLARATION OF DEREK OLSON IN SUPPORT OF MOTION
           FOR PRELIMINARY INJUNCTION
    BM2/jt3
                            Department of Justice
                            100 SW Market Street
                            Portland, OR 97201
                        971-673-1880 / Fax: 971-673-5000

I, Derek Olson, declare:

1. I am employed as an Assistant Attorney General with the Oregon Department of Justice. I represent the State of Oregon in this case.

2. Attachment 1 to this declaration is a true and correct copy of Plaintiff State of Oregon's supplemental excerpts from the deposition transcript of U.S. Coast Guard Captain Kent Reinhold, which was taken on December 3, 2025.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on December <u>8th,</u> 2025.

<i>s/ Derek Olson</i><br>
DEREK OLSON

Page 2 - SUPPLEMENTAL DECLARATION OF DEREK OLSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
BM2/jt3

Department of Justice
100 SW Market Street
Portland, OR 97201
971-673-1880 / Fax: 971-673-5000