# ATTACHMENT 1



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NEWPORT FISHERMEN'S WIVES,
INC., ET AL.,                Case No. 6:25-cv-02165-AA
    Plaintiff,              (Lead Case)
v.                Case No. 6:25-cv-02172-AA UNITED
STATES COAST GUARD, ET AL.,     (Trailing Case)
    Defendants.
_____

VIDEOTAPED DEPOSITION OF

CAPTAIN KENT REINHOLD

TAKEN ON

WEDNESDAY, DECEMBER 3, 2025

9:34 A.M.

UNITED STATES COAST GUARD BASE ALAMEDA

42 EAGLE ROAD, BUILDING 54A

ALAMEDA, CALIFORNIA 94501

1  So that's why it's -- it's a little tricky to -- to
2  call out this localized case, this acute case, and
3  say it's based on one location or another.
4     Q.   I want to look for a moment at the
5  response to interrogatory number 2.  And you may
6  have partially answered my question here, but this
7  table at the top of page 8 in response to
8  interrogatory number 2, it refers to the number of
9  lives saved, right, from SARs launched from North
10 Bend and Newport respectively?
11    A.   It refers to the number of commercial --
12 commercial fishing vessel lives saved.
13    Q.   Excuse me, you're right, you're right.
14 That's my fault.  I think interrogatory number 3 is
15 the general statistic.
16    A.   Right.
17    Q.   But regardless, in a scenario where there
18 is a helicopter assist and a small boat pulls the
19 person out of the water, those scenarios would not
20 be included in these statistics; is that right?
21    A.   If it didn't realty to lives saved -- this
22 does not account for lives assisted, no.
23    Q.   Okay.  And the same is true then of the
24 response to interrogatory number 3 which deals with
25 lives saved generally.

```
 1        A.   That's correct.
 2        Q.   So --
 3        A.   But I would -- I would -- I would continue
 4   to focus on the outcome.  The outcome is the life --
 5   a life being saved is really what I care about the
 6   most and so I want to -- I want to focus on where
 7   those assets are making the most lives saved in the
 8   -- in the appropriate amount of time, and what the
 9   data is showing is that right now our small boats
10   are doing those things.
11        Q.   I understand.  But if we were to include
12   lives assisted in these numbers, they would increase
13   significantly, would they not?
14        A.   So I -- I've kind of jogged my memory.  So
15   right now in just looking at the data, 90 -- I think
16   it's 97 percent of lives assisted in this area of
17   responsibility are done by small boats.  So it goes
18   79 percent of lives saved, 97 percent of lives
19   assisted are done by small boats.
20             And it keeps going back to that -- that
21   really in-shore type area.  I should say, you know,
22   three miles off.  There's just so many more cases
23   that happen, and they're little things, right.  If
24   it puts you into tow, that's a live assisted.
25             And so if you think about -- I get what
```

1  you're saying, I agree.  If we're on scene, we're
2  assisting, absolutely, and -- and I think we could
3  probably bear out that data, but in the end the --
4  the rescuing unit is going to be, you know, me just
5  being on scene isn't necessarily that I was saving -
6  - assisting a life.
7          Now, if I dropped a -- if I dropped a life
8  raft, if I -- if I relayed communications, if I
9  spotted a flare, I would consider that a life
10 assisted.
11     **Q.  I just -- what I'm driving at, Captain, is**
12 **I think, is it fair to say that these statistics in**
13 **response to interrogatory number 2 and 3, understate**
14 **the significance of helicopter participation in SARs**
15 **in terms of aiding mariners in distress?**
16         MS. LUSE:  Objection, form.
17 BY MR. BRICKENSTEIN:
18     **Q.  Do you understand what I'm asking?**
19     A.  I do, I just -- I don't think I can answer
20 that based on seeing just this data.  And --
21     **Q.  Is that -- is that something we could**
22 **pull?  You know, like for example, in every instance**
23 **where a small boat is credit -- credited -- I hate**
24 **that word --**
25     A.  No, I get you, I get you.

1    Q.   -- but I'll use it.  In every instance
2  where a small had boat is credited with a life saved
3  at sea, would we be able to ascertain whether and in
4  what capacity a helicopter was also on scene
5  assisting materially in that operation?
6    A.   We should be able to, yes.
7    Q.   And -- and if and when we do that, is it
8  fair for me to assume and understand that these
9  statistics, that those numbers will be greater than
10 the numbers reflected in response to interrogatories
11 2 and 3?
12   A.   Without seeing the data, I wouldn't -- I
13 don't -- I can't make that assumption, but I see
14 where you're going with this.
15   Q.   And what's your view, am I making a
16 reasonable statement?
17   A.   You're making a reasonable statement, but
18 I keep going back to the data that we do that shows
19 that helicopters are still only involved in 3
20 percent of lives assisted across the whole AOR.
21 That's a pretty small number.
22   Q.   What's the AOR?
23   A.   Area of responsibility.  So the North Bend
24 area of responsibility which covers north and south
25 along that coast all the way up into the Astoria

1  one, is in -- and all that data that's included, the
2  predominance of cases are happening by -- are
3  occurring via small boat.
4      Q.   Is that percentage concentrated in more
5  serious and urgent cases, would you say?  Like for
6  example, I'm struggling with this, so bear with me.
7      A.   Sure.
8      Q.   Like for example, if it's calm seas on a
9  bright sunny day and a fishing vessel is out on the
10 water and runs out of gas.  And they need to be
11 towed back to port in Newport.  You're not going to
12 send a helicopter for that, right?  That's going to
13 be a small boat assist, and that's going to be a
14 life assisted, correct?
15     A.   Correct.
16     Q.   Conversely, if it's 20-feet seas and
17 there's people in the water and the boat's going
18 down and it's a true emergent situation, that's more
19 likely to receive helicopter assist, correct?
20     A.   Depending on the location.  So if it's on
21 the bar, there's a good chance I -- we're sending a
22 small boat.  So that's why -- that's why it's just -
23 - that's why it's so important to have very capable
24 small boats, and that's -- that's why they self-
25 right.  They go under water, they flip back up.