**Eric J. Brickenstein**, OSB No. 142852
Email: eric@northcurrentlegal.com
**Mark J. Kimbrell**, OSB No. 143607
Email: mark@northcurrentlegal.com
**NORTH CURRENT LEGAL LLC**
1050 SW 6th Avenue, Suite 1414
Portland, Oregon 97204
Phone: (503) 489-9020

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
(Eugene Division)

| | |
|---|---|
| **NEWPORT FISHERMEN'S WIVES, INC.,** an Oregon nonprofit corporation and **LINCOLN COUNTY,** a political subdivision of the State of Oregon,<br><br>        Plaintiffs,<br>    v.<br><br>**UNITED STATES COAST GUARD**, an agency of the United States Department of Homeland Security, and **KRISTI NOEM** in her official capacity as Secretary of the Department of Homeland Security<br><br>        Defendant. | Case No.   6:25-cv-02165-AA<br><br>**SUPPLEMENTAL DECLARATION OF ERIC J. BRICKENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Eric J. Brickenstein, being sworn, say:

1.      I am over 18 years of age and competent to make this declaration. I have personal knowledge of the facts stated herein.

2.      I am one of the attorneys in this action for plaintiffs Lincoln County and Newport Fishermen's Wives, Inc.

**Page 1 – SUPPLEMENTAL DECLARATION OF ERIC J. BRICKENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

3. Attached as Exhibit A is a true copy of a document titled "Cold Water Survival & Hypothermia–You May Not Know As Much As You Think." The document states that it is provided by the USCG Commercial Fishing Vessel Safety Program.

4. Attached as Exhibit B is a true copy of excerpts of the deposition of Captain Kent Reinhold that I attended on December 3, 2025.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

DATED this ___8th____ day of December, 2025.

/s/ Eric J. Brickenstein_____
Eric J. Brickenstein

**Page 2 – SUPPLEMENTAL DECLARATION OF ERIC J. BRICKENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**