**Eric J. Brickenstein**, OSB No. 142852
Email: eric@northcurrentlegal.com
**Mark J. Kimbrell**, OSB No. 143607
Email: mark@northcurrentlegal.com
**NORTH CURRENT LEGAL LLC**
1050 SW 6th Avenue, Suite 1414
Portland, Oregon 97204
Phone: (503) 489-9020

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
(Eugene Division)

| | |
|---|---|
| **NEWPORT FISHERMEN'S WIVES, INC.,** an Oregon nonprofit corporation and **LINCOLN COUNTY,** a political subdivision of the State of Oregon,<br><br>Plaintiffs,<br>v.<br><br>**UNITED STATES COAST GUARD**, an agency of the United States Department of Homeland Security, and **KRISTI NOEM** in her official capacity as Secretary of the Department of Homeland Security<br><br>Defendant. | Case No. 6:25-cv-02172-AA<br><br><br>**SUPPLEMENTAL DECLARATION OF LEANN CYR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Leann Cyr, being sworn, say:

1. I am over 18 years of age and competent to make this declaration. I have personal knowledge of the facts stated herein.

2. I previously submitted a declaration in support of Plaintiffs' Motion for Temporary Restraining Order filed in this case. In that declaration, I explained what is commonly referred to in the marine safety community as the "1-10-1" principle, which summarizes the effects of cold-water immersion on human beings. In general, a person immersed

**1 – SUPPLEMENTAL DECLARATION OF LEANN CYR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

in cold water (approximately 50-54 degrees) will experience a cold shock response within approximately one to three minutes that causes involuntary gasping and hypothermia that can lead to drowning. Within about 10 minutes, the person will lose meaningful swimming ability and dexterity, and within about one hour the person will lose consciousness leading to near certain drowning, particularly without a floatation device. This is a correct statement of the consensus scientific view of cold-water maritime safety on this issue.

3. I have reviewed the Declaration of Dr. Christine Forbes submitted in this case, including the chart located at paragraph eight of her declaration that includes modeled functioning and survival times for individuals immersed in water under various conditions. The fifth line of that chart, for example, indicates that an average male wearing summer clothes and immersed in turbulent 50-degree water has a "cold functional" time of 5.9 hours and a "cold survival time" of 8.5 hours. I understand from paragraph nine of Dr. Forbes' declaration that these statistics refer respectively to "the point when the capability to participate in self-rescue or the ability to perform effective external work stops" and the "predicted survival time" for the immersed person.

4. Although I have not used the PSDA modeling program that Dr. Forbes relies on, I can state with absolute certainty that 5.9 hours is vastly beyond the time within which any person wearing ordinary clothing would have any meaningful chance of surviving while immersed in turbulent 50 to 54-degree water off of Oregon's coast, let alone remain capable of assisting in their own rescue. Before reading Dr. Forbes' declaration, I have never encountered any expert in maritime safety who I believe would assert or defend such an extreme position.

///

**2 – SUPPLEMENTAL DECLARATION OF LEANN CYR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

5. Nor have I ever in my experience heard of a case of a person surviving under these conditions for anything remotely approaching 5.9 hours. A person's chances of surviving in normal clothing in rough winter seas off Oregon's coast for much beyond the one-hour threshold are low and decline rapidly with each passing minute. The chances that a person would survive, let alone be able to assist with their own rescue after almost six hours under such conditions are effectively zero. The other statistics cited in the paragraph eight chart are similarly unrealistic.

6. I am particularly surprised to see Dr. Forbes take this position, because it is contrary to what the Coast Guard teaches publicly. Attached as Exhibit A is a document published by the Coast Guard in 2006 and titled "Cold Water Survival & Hypothermia– You May Not Know As Much As You Think". In it, the Coast Guard explains that death "can occur between 3 and 30 minutes after immersion." This statement by the Coast Guard is far more consistent with the scientific consensus and the training and advocacy that the Coast Guard has presented to the maritime safety community and the general public for many years, than the aberrant assertions regarding functioning and survivability timelines presented in Dr. Forbes' declaration.

7. In sum, minutes matter in cold water emergencies. I disagree strongly with the modeled conclusions presented by Dr. Forbes, which bear no relationship whatsoever to the life-threatening realities of drowning from cold-water immersion.

///

///

///

**3 – SUPPLEMENTAL DECLARATION OF LEANN CYR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this ___8th____ day of December, 2025.

/s/_____
Leann Cyr