IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

NEWPORT FISHERMEN'S WIVES, INC., an Oregon nonprofit corporation; LINCOLN COUNTY,

        Plaintiffs,

v.

UNITED STATES COAST GUARD, an agency of the United States Department of Homeland Security; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,

        Defendants.

Civ. No. 6:25-cv-02165-AA (lead case)
Civ. No. 6:25-cv-2172-AA (trailing)

**ORDER**

AIKEN, District Judge.

    At approximately 8:21 p.m. on December 11, 2025, the Government notified the Court and Plaintiffs that there was severe flooding in Washington state and that the Coast Guard helicopters stationed in North Bend, including the helicopter assigned to the Newport Air Facility, might be required to assist in life-saving measures. The Government expressed concern that allowing the helicopter at the Newport Air Facility to be dispatched to Washington would violate the TRO. The Court understands that Plaintiffs do not object to the Coast Guard's use of the helicopter in the Washington emergency.

Page 1 –ORDER

The Court wishes to clarify the scope of the injunction. In the Court's prior order, ECF No. 15, it framed the injunction as follows:

> The Court hereby issues an injunction ORDERING the U.S. Coast Guard and the Department of Homeland Security acting by and through Secretary Kristi Noem to immediately restore and maintain the status quo ante that has prevailed since 1987 by returning the rescue helicopter to the Coast Guard's Newport Air Facility, together with full operational capabilities, infrastructure and personnel support.

Opinion & Order, at 14.

Plaintiffs' claims concern Defendants' efforts to indefinitely or permanently remove the helicopter from the Newport Air Facility without following the procedures established by Congress in 14 U.S.C. § 912(a).

The Court's injunction restored the status quo ante. The Court is confident that under that status quo the Coast Guard, from time to time, sent its helicopters, including the one positioned in Newport, to respond to crises like the flooding in Washington state and that they did so without closing, ceasing operations, or significantly reducing the personnel and use of the Newport Air Facility. As such, the use of the Newport helicopter for such lifesaving purposes would not violate the plain terms of the TRO.

It is so ORDERED and DATED this ___12th___ day of December 2025.

      /s/Ann Aiken
      ANN AIKEN
      United States District Judge