**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SUSANNE LUSE, OSB # 142489**
Assistant United States Attorney
Susanne.Luse@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2936
Telephone:    (503) 727-1000
Facsimile:    (503) 727-1117
    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **NEWPORT FISHERMEN'S WIVES;** **LINCOLN COUNTY,** | Case No. 6:25-cv-02165-AA (Lead) Case No. 6:25-cv-02172-AA (Trailing) |
| Plaintiffs, | |
| v. | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTFFS' FIRST AMENDED COMPLAINT** |
| **UNITED STATES COAST GUARD;** **KRISTI NOEM,** | |
| Defendants. | |

#### CERTIFICATE OF COMPLIANCE PURSUANT TO LR 7-1

Counsel undersigned for Defendants conferred via phone and email on multiple occasions with counsel for Plaintiffs attempting to resolve the issues, but they oppose this motion.

#### MOTION

Defendants United States Coast Guard and Kristi Noem, by Scott E. Bradford, United States Attorney for the District of Oregon, through Assistant United States Attorney Susanne Luse, hereby respectfully move for an extension of time to respond to Plaintiff Newport Fishermen's Wives/Lincoln County's Complaint and the State of Oregon's First Amended Complaint until February 20, 2026. There is good cause to grant this request.

#### BACKGROUND

Pursuant to FRCP 12(a)(2), when the United States, its Officers or agencies are served with process, the responsive pleading is due sixty (60) days following service upon the United States Attorney's Office. Upon information and belief, the Newport Fishermen's Wives Complaint was properly served on Defendant United States Coast Guard on December 1, 2025, and upon the United States Attorney's Office on November 24, 2025. Defendant United States Immigration and Customs Enforcement, and Defendant Todd Lyons, were served with the State of Oregon's First Amended Complaint on December 30, 2025. Neither the Newport Fishermen's Wives nor the State of Oregon has effectuated service upon either Department of Homeland Security or Secretary Noem.

Based upon the Rule 12(a)(2), the responsive pleadings for the United States Coast Guard, United States Immigration and Customs Enforcement, and Todd Lyons was due on or before January 23, 2026. Through an error in calculating time for responsive pleadings under the rules, undersigned counsel did not provide a timely response.

Page 2       Defendants' [Opposed] Motion for Extension of Time

Undersigned respectfully requests this extension to allow sufficient time to prepare the appropriate responsive pleading for all Defendants (presuming the DHS Defendants are properly served). In addition, there is a pending Motion to Consolidate the *City of Newport v. Noem, et al.*, 6-25-CV-02396-MC, for which a responsive pleading is due on February 20, 2026. Given the Declaration of Ralph Ferguson provided, there is no prejudice to the Plaintiffs by the late response as ICE has stated there is no plan or intention to begin construction or open an ICE facility in the City of Newport or at Newport Municipal Airport between now and May 1, 2026[1]. *See* Declaration of Ralph F. Ferguson.

## CONCLUSION

For the foregoing reasons, counsel undersigned respectfully requests an extension of Defendants' United States Coast Guard, United States Immigration and Customs Enforcement and Todd Lyons responsive pleading deadline to February 20, 2026.

DATED this __ day of January 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Susanne Luse*
SUSANNE LUSE
Assistant United States Attorney
*Attorneys for Defendant*

---

[1] This was a deadline requested by Plaintiffs during our negotiations on a briefing schedule and the request for expedited discovery.