**Eric J. Brickenstein**, OSB No. 142852
Email: eric@northcurrentlegal.com
**Mark J. Kimbrell**, OSB No. 143607
Email: mark@northcurrentlegal.com
**NORTH CURRENT LEGAL LLC**
1050 SW 6th Avenue, Suite 1414
Portland, Oregon 97204
Phone: (503) 489-9020

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
(Eugene Division)

| | |
|---|---|
| **NEWPORT FISHERMEN'S WIVES, INC.,** an Oregon nonprofit corporation and **LINCOLN COUNTY,** a political subdivision of the State of Oregon, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES COAST GUARD**, an agency of the United States Department of Homeland Security, and **KRISTI NOEM** in her official capacity as the Secretary of Homeland Security <br><br> Defendants. | Case No. 6:25-cv-02165-AA (Leading Case) <br><br> **JOINT STATUS REPORT** <br><br> Consolidated with: *State of Oregon v. Noem, et al.* No. 6:25-cv-02172-AA (Trailing Case) |

Counsel for all parties in these consolidated cases have conferred, and, pursuant to the

Court's order dated February 18, 2026 (ECF No. 76) submit the following Joint Status Report:

**Page 1 – JOINT STATUS REPORT**

## JOINT STATUS REPORT

The parties continue to engage in ongoing discussions regarding potential resolution of the issues in these consolidated cases. The parties therefore respectfully ask that the Court extend the stay currently in place for an additional 60 days from the date of this Joint Status Report to permit discussions to continue. The parties further request that the Court's Preliminary Injunction Order (ECF No. 59) continue to remain in place during the stay.

DATED this 3rd day of April, 2026.


/s/ Eric Brickenstein
Eric J. Brickenstein
North Current Legal LLC
Attorneys for Plaintiffs
Newport Fishermen's Wives, Inc. and
Lincoln County

/s/ Susanne Luse
Susanne Luse
Assistant United States Attorney
Attorneys for Defendants


/s/ Brian Simmonds Marshall
Brian Simmonds Marshall
Oregon Department of Justice
Attorneys for Plaintiff State of Oregon


**Page 2 – JOINT STATUS REPORT**