**Eric J. Brickenstein**, OSB No. 142852
Email: eric@northcurrentlegal.com
**Mark J. Kimbrell**, OSB No. 143607
Email: mark@northcurrentlegal.com
**NORTH CURRENT LEGAL LLC**
1050 SW 6th Avenue, Suite 1414
Portland, Oregon 97204
Phone: (503) 489-9020

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
(Eugene Division)

| | |
|---|---|
| **NEWPORT FISHERMEN'S WIVES, INC.,** an Oregon nonprofit corporation and **LINCOLN COUNTY,** a political subdivision of the State of Oregon, <br><br> Plaintiffs, <br> v. <br><br> **UNITED STATES COAST GUARD**, an agency of the United States Department of Homeland Security, and **KRISTI NOEM** in her official capacity as the Secretary of Homeland Security <br><br> Defendants. | Case No. 6:25-cv-02165-AA (Leading Case) <br><br> **JOINT STATUS REPORT** <br><br> Consolidated with: *State of Oregon v. Noem, et al.* No. 6:25-cv-02172-AA (Trailing Case) |

Counsel for all parties in these consolidated cases have conferred, and, pursuant to the

Court's order dated April 6, 2026 (ECF No. 78) submit the following Joint Status Report:

 **Page 1 – JOINT STATUS REPORT**

**JOINT STATUS REPORT**

The parties continue to engage in ongoing discussions regarding potential resolution of the issues in these consolidated cases. However, while discussions remain ongoing, the parties request that the stay be lifted, that a schedule by set, and that the case proceed. The parties request until June 26 to confer and submit a proposed schedule.

DATED this 2nd day of June, 2026.


/s/ Eric Brickenstein
Eric J. Brickenstein
North Current Legal LLC
Attorneys for Plaintiffs
Newport Fishermen's Wives, Inc. and
Lincoln County


/s/ Brian Simmonds Marshall
Brian Simmonds Marshall
Oregon Department of Justice
Attorneys for Plaintiff State of Oregon

/s/ Susanne Luse
Susanne Luse
Assistant United States Attorney
Attorneys for Defendants

**Page 2 – JOINT STATUS REPORT**