DAN RAYFIELD
Attorney General
BRIAN SIMMONDS MARSHALL  #196129
NINA ENGLANDER #106119
Senior Assistants Attorney General DEREK
OLSON #225504
Assistant Attorney General
Trial Attorneys
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Brian.S.Marshall@doj.oregon.gov
        Nina.Englander@doj.oregon.gov
        Derek.Olson@doj.oregon.gov

Attorneys for Plaintiff, State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NEWPORT FISHERMEN'S WIVES, INC., ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES COAST GUARD, an agency of the United States Department of Homeland Security; et al.<br><br>    Defendants. | Case No.  6:25-CV-02165-AA (Lead Case)<br>Case No.  6:25-cv-02172-AA (Trailing Case)<br><br>JOINT PROPOSED SCHEDULE |

Page 1 -   JOINT PROPOSED SCHEDULE

Consistent with the Court's order (ECF 80), the parties propose the following schedule:

| | |
|---|---|
| Administrative record | July 16, 2026 |
| Plaintiffs' motions for summary judgment | August 13, 2026 |
| Defendants' response to Plaintiffs' motions for summary judgment and cross-motion for summary judgment (if any) | September 10, 2026 |
| Plaintiffs' reply in support of Plaintiffs' motions for summary judgment and response to Defendants' cross-motion (if any) | October 1, 2026 |
| Defendants' reply in support of Defendants' cross-motion for summary judgment (if any) | October 22, 2026 |

DATED June 12, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/Brian Simmonds Marshall*
BRIAN SIMMONDS MARSHALL  #196129
NINA ENGLANDER #106119
Senior Assistants Attorney General
DEREK OLSON #225504
Assistant Attorney General
Trial Attorneys
Telephone: (971) 673-1880
Fax: (971) 673-5000
Brian.S.Marshall@doj.oregon.gov
Nina.Englander@doj.oregon.gov
Derek.Olson@doj.oregon.gov

Of Attorneys for State of Oregon

Page 2 -    JOINT PROPOSED SCHEDULE

*s/Eric J. Brickenstein*
ERIC J. BRICKENSTEIN #142852
MARK  KIMBRELL #143607
North Current Legal LLC
1050 SW 6th Ave. Ste. 1414
Portland, OR 97204
eric@northcurrentlegal.com
mark@northcurrentlegal.com
Tele: (503) 489-9020

Attorneys for Newport Fishermen's Wives


*s/Susanne Luse*
SUSANNE LUSE #142489
U.S. Attorney's Office
1000 SW 3rd Ave Ste 600
Portland, OR 97204
susanne.luse@usdoj.gov

SEAN C. DUFFY DC Bar # 4103131
United States Department of Justice
Environmental & Natural Resources Div.
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044
sean.c.duffy@usdoj.gov

Of Attorneys for Defendants

Page 3 -    JOINT PROPOSED SCHEDULE