**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SUSANNE LUSE, OSB # 142489**
Assistant United States Attorney
Susanne.Luse@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**NEWPORT FISHERMEN'S WIVES; LINCOLN COUNTY, et al.,**

Plaintiffs,

v.

**UNITED STATES COAST GUARD, et al.,**

Defendants.

Case No. 6:25-cv-02165-AA (Lead)
Case No. 6:25-cv-02172-AA (Trailing)

**STIPULATED MOTION FOR EXTENSION OF CASE DEADLINES**

## MOTION

Parties, by and through counsel, hereby stipulate and move for a twenty-one (21) day extension of case deadlines for the following reasons:

1. On June 12, 2026, the parties filed a Proposed Case Management Schedule. ECF 82.

2. On June 12, 2026, this Court adopted the parties proposed schedule. ECF 83.

3. On July 29, 2026, and August 18, 2026, the parties jointly moved for extensions of the case deadlines. ECF 84 and 86.

4. On July 30, 2026, and August 18, 2026, this Court granted the extension. ECF 85 and 87.

5. The parties have continued settlement discussions to resolve the issues, but additional time is needed to resolve remaining issues.

6. The parties ask for the following extension to allow for additional time to pursue a potential resolution:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Administrative Record | September 10, 2026 | October 8, 2026 |
| Plaintiffs' Motion for Summary Judgment | October 12, 2026 | November 9, 2026 |
| Defendants' Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment | November 10, 2026 | December 8, 2026 |
| Plaintiff's Reply in support of Motion for Summary Judgment and Response to Defendants' Cross-Motion | December 3, 2026 | December 31, 2026 |
| Defendants' Reply in support of Cross-Motion | December 23, 2026 | January 20, 2027 |

7. If the parties are unable to reach a settlement agreement by October 8, 2026, they will reach out to this Court to schedule a status conference.

DATED this 9th day of September 2026.

*/s/ Eric Brickenstein*
ERIC J. BRICKENSTEIN
North Current Legal LLC
Attorneys for Plaintiffs
Newport Fishermen's Wives, Inc. and
Lincoln County

*/s/ Brian Simmonds Marshall*
BRIAN SIMMONDS MARSHALL
Oregon Department of Justice
Attorneys for Plaintiff State of Oregon

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Susanne Luse*
SUSANNE LUSE
Assistant United States Attorney
*Attorneys for Defendant*